**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Vance Strader aka Advance Housing　　　　　　　CHAPTER 13

　　　　　　　Debtor(s)　　　　　　　BKY. NO. 20-20346 CMB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

　　　　　　　Respectfully submitted,

　　　　　　　**/s/James C. Warmbrodt, Esquire**
　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　Attorney I.D. No. 42524
　　　　　　　KML Law Group, P.C.
　　　　　　　BNY Mellon Independence Center
　　　　　　　701 Market Street, Suite 5000
　　　　　　　Philadelphia, PA 19106
　　　　　　　412-430-3594
　　　　　　　jwarmbrodt@kmllawgroup.com