**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

IN RE:                                                       CASE NO.: 20-20346-CMB
                                                                               **CHAPTER 13**

**Vance Strader,**

    **Debtor.**

_____/

## REQUEST FOR SERVICE

      **PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170,**
**DULUTH, GA 30097**

                                               Robertson, Anschutz, Schneid & Crane LLC
                                               Attorney for Secured Creditor
                                               10700 Abbott's Bridge Road, Suite 170,
                                               Duluth, GA 30097
                                               Telephone: 470-321-7112

                                               By: <u>/s/Sindi Mncina</u>
                                                   Sindi Mncina
                                                   Email: smncina@rascrane.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 5, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Vance Strader
231 Yosemite Dr.
Pittsburgh, PA 15235

And via electronic mail to:

Ronda J. Winnecour
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

U.S. Trustee
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

    Robertson, Anschutz, Schneid & Crane LLC
    Attorney for Secured Creditor
    10700 Abbott's Bridge Road, Suite 170,
    Duluth, GA 30097
    Telephone: 470-321-7112

    By: /s/Sindi Mncina
    Sindi Mncina
    Email: smncina@rascrane.com