Fill in this information to identify your case and this filing

Debtor 1 *Vance* *Stryder*
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: *Western* District of *Pa*

Case number *2020346*

FILED
2020 MAR -9 P 4:24
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☒ Yes. Where is the property?

1.1. *231 Yosemite dr*
Street address, if available, or other description

*Pgh*    *Pa*    *15235*
City    State    ZIP Code

*Allegheny*
County

**What is the property?** Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: *I have a setoff see GAAP*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? $*106,000*

Current value of the portion you own? $*106,000*

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known. *fee simple*

☒ Check if this is community property (see instructions)

If you own or have more than one, list here:

1.2. _____
Street address, if available, or other description

*7234 Kedron st*
*Pgh*    *Pa*    *15235*
City    State    ZIP Code

*Allegheny*
County

**What is the property?** Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: *I have*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? $*20,000*

Current value of the portion you own? $*20,000*

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known. *fee simple*

☒ Check if this is community property (see instructions)

*attachment*

Fill in this information to identify your case and this filing.

Debtor 1 *Vance Strader*
First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the *Western* District of *Pa*

Case number *2020346*

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☒ Yes. Where is the property?

*7218 Somerset St*
Street address, if available, or other description

*Pgh   Pa   15235*
City   State   ZIP Code

*Allegheny*
County

**What is the property?** Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☒ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$ *28,000*

**Current value of the portion you own?**
$ *25000*

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
*fee simple*

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

*8434 Dresam St*
Street address, if available, or other description

*Pgh   Pa   15235*
City   State   ZIP Code

*Allegheny*
County

**What is the property?** Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: *I have a set off see GAAP*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$ *30,000*

**Current value of the portion you own?**
$ *30,000*

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known. _____

☐ Check if this is community property (see instructions)

*attachment*

Fill in this information to identify your case and this filing

Debtor 1  *Vance Strader*
          First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: *Western* District of *Pa*

Case number  *20203346*

☐ Check if this is an
   amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☒ Yes. Where is the property?

**1.**

Street address, if available, or other description

*8440 Dorsam St*

*Pgh Pa 15235*
City          State     ZIP Code

*Allegheny*
County

**What is the property?** Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** *I have a set off see GAAP*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  $ *35000*

Current value of the portion you own?  $ *35000*

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

*fee sample*

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

**2.**

Street address, if available, or other description

*4525 Pershing St*

*Pgh Pa 15225*
City          State     ZIP Code

*Allegheny*
County

**What is the property?** Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** *I have a set off*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  $ *35,000*

Current value of the portion you own?  $ *35,000*

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

*fee simple*

☐ Check if this is community property (see instructions)

Debtor 1   *Vance Strader*
First Name   Middle Name   Last Name

Case number (if known) *2020346*

**1.3.** Street address, if available, or other description

*432 Ella*

*Wilkinburg Pa 15221*
City   State   ZIP Code

*Allegheny*
County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☒ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☒ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?

$ *40,000*   $ *40,000*

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

*fee simple*

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: *I have a setoff seeGAAP*

2. **Add the dollar value of the portion you own** for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. .......................................➔   $ *294,000*

---

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
- ☐ No
- ☒ Yes

**3.1.** Make: *ACURA*
Model: *RDX*
Year: *2010*
Approximate mileage: *220,00*
Other information:

**Who has an interest in the property?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?

$ *3,000*   $ *3,000*

If you own or have more than one, describe here:

**3.2.** Make: *Toyota*
Model: *Yaris*
Year: *2007*
Approximate mileage: *230,00*
Other information:

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?

$ *2000*   $ *2000*

Debtor 1 *Vance Strader*
First Name   Middle Name   Last Name

Case number (*if known*) *2020346*

**3.3.** Make: *Chevy*

Model: *HHR*

Year: *2008*

Approximate mileage: *80,000*

Other information:

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

$ *3000*

Current value of the portion you own?

$ *3000*

**3.4.** Make: *Chevy*

Model: *Tracker*

Year: *2000*

Approximate mileage: *110,000*

Other information:

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

$ *500*

Current value of the portion you own?

$ *500*

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

**4.1.** Make: _____

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

$ _____

Current value of the portion you own?

$ _____

If you own or have more than one, list here:

**4.2.** Make: _____

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

$ _____

Current value of the portion you own?

$ _____

**5.** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here .................................................... →

$ *8,500*

Debtor 1  *Vance Stramer*

First Name   Middle Name   Last Name

Case number (if known) 2020346

---

**Part 3:   Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☒ Yes. Describe.........   *all of the above*   $ 3000

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☒ Yes. Describe.........   *all of the above*   $ 1800

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☒ No
   ☐ Yes. Describe.........   $

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and ~~other hobby equipment~~; bicycles, ~~pool tables, golf clubs, skis; canoes and kayaks~~; carpentry tools; musical instruments
   ☒ No
   ☒ Yes. Describe.........   *all not crossed out*   $ 1200

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ☐ Yes. Describe.........   $

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☒ Yes. Describe.........   *Close and coats, shoes*   $ 3200

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☒ No
    ☐ Yes. Describe.........   $

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☒ No
    ☐ Yes. Describe..........   $

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☒ No
    ☐ Yes. Give specific information. ...............   $

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .................. → $ 8200.00

---

Debtor 1    *Vance Strader*

First Name    Middle Name    Last Name

Case number *(if known)*  *2020346*

---

| Part 4: | Describe Your Financial Assets |
|---|---|

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**

Do not deduct secured claims or exemptions.

### 16. Cash

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes ..................................................................................... Cash: ............... $ *1200*

### 17. Deposits of money

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☑ No
☐ Yes ....................

| | Institution name: | |
|---|---|---|
| 17.1. Checking account: | *PNC* | $ *75.00* |
| 17.2. Checking account: | *Huntington* | $ *1000.00* |
| 17.3. Savings account: | *Huntington* | $ *500.00* |
| 17.4. Savings account: | | $ |
| 17.5. Certificates of deposit: | | $ |
| 17.6. Other financial account: | | $ |
| 17.7. Other financial account: | | $ |
| 17.8. Other financial account: | | $ |
| 17.9. Other financial account: | | $ |

### 18. Bonds, mutual funds, or publicly traded stocks

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes ................

| Institution or issuer name: | |
|---|---|
| | $ |
| | $ |
| | $ |

### 19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture

☑ No
☐ Yes. Give specific information about them........................

| Name of entity: | % of ownership: | |
|---|---|---|
| | 0% % | $ |
| | 0% % | $ |
| | 0% % | $ |

Debtor 1 _*Vance Strader*_

First Name   Middle Name   Last Name

Case number (if known) _2020346_

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific
information about
them........................

| Issuer name: | |
|---|---|
| | $_____ |
| | $_____ |
| | $_____ |

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each
account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | | $_____ |
| Pension plan: | | $_____ |
| IRA: | | $_____ |
| Retirement account: | | $_____ |
| Keogh: | | $_____ |
| Additional account: | | $_____ |
| Additional account: | | $_____ |

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☐ No
☐ Yes ...........................

| | Institution name or individual: | |
|---|---|---|
| Electric: | | $_____ |
| Gas: | Peoples Gas | $ 200.00 |
| Heating oil: | | $_____ |
| Security deposit on rental unit: | | $_____ |
| Prepaid rent: | | $_____ |
| Telephone: | | $_____ |
| Water: | Pghwater and Jordantax | $ 8,008 - |
| Rented furniture: | | $_____ |
| Other: | WPJWA | $ 350 = |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes ...........................

| Issuer name and description: | |
|---|---|
| | $_____ |
| | $_____ |
| | $_____ |

Debtor 1   *Vance Strader*
First Name   Middle Name   Last Name

Case number *(if known)* 2020346

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes .................................   Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

| | $ |
|---|---|
| | $ |
| | $ |

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐ No

☑ Yes. Give specific
information about them....   *Equity Trust*   $ *1800*

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific
information about them....   $

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No

☐ Yes. Give specific
information about them....   $

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

☑ No

☐ Yes. Give specific information
about them, including whether
you already filed the returns
and the tax years. ....................

Federal:   $

State:   $

Local:   $

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information..............

Alimony:   $

Maintenance:   $

Support:   $

Divorce settlement:   $

Property settlement:   $

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information..............   $ ~~~~

Debtor 1 *Vance Brader*
First Name   Middle Name   Last Name

Case number (if known) *2020 346*

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☒ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| *Lincoln Heritage* | *Son* | $ *2500* |
| *Keystone national* | *Son* | $ *450,000* |
| | | $ |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☐ No
☒ Yes. Give specific information.............. *231 Yosemite Dir 7234 Kedan st* $ *126,000*

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☒ Yes. Describe each claim. .................. *unpaid rent* $ *35,000*

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No
☒ Yes. Describe each claim. .................. *I have set offs on all alleged mortgages* $ *260,008*
*Houses I Listed see GAAP*

**35. Any financial assets you did not already list**

☐ No
☒ Yes. Give specific information............. *check deposit liabilities owed to me*
*from frictional banking see 12 USCL and UCC4*

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here .................................................... → $ *856,627*
*874,277*

---

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |
|---|---|

**37. Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.
☒ Yes. Go to line 38.

*1045 silverdale st Pgh Pa 15221*

Current value of the portion you own?
Do not deduct secured claims or exemptions.

*1,81,000*

**38. Accounts receivable or commissions you already earned**

☒ No
☐ Yes. Describe........   $

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☒ No
☐ Yes. Describe........   $

Debtor 1   *Vance Strader*
First Name   Middle Name   Last Name

Case number *(if known)* 20 20346

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No

☑ Yes. Describe........ *Tools and appliances*   $ 1,600

**41. Inventory**

☑ No

☐ Yes. Describe........   $ _____

**42. Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe........

Name of entity:   % of ownership:

_____   _____%   $ _____

_____   _____%   $ _____

_____   _____%   $ _____

**43. Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?**

   ☐ No

   ☐ Yes. Describe........   $ _____

**44. Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
   information .........   _____   $ _____

   _____   $ _____

   _____   $ _____

   _____   $ _____

   _____   $ _____

   _____   $ _____

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here ......................................................➔   $ 19,600

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

Current value of the
portion you own?
Do not deduct secured claims
or exemptions.

**47. Farm animals**

*Examples*: Livestock, poultry, farm-raised fish

☑ No

☐ Yes.....................   $ _____

Debtor 1   *Vance Strader*

First Name   Middle Name   Last Name

Case number (*if known*) *2020346*

48. **Crops—either growing or harvested**
- ☑ No
- ☐ Yes. Give specific information. ............ | $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
- ☑ No
- ☐ Yes ..................... | $_____

50. **Farm and fishing supplies, chemicals, and feed**
- ☑ No
- ☐ Yes ..................... | $_____

51. **Any farm- and commercial fishing-related property you did not already list**
- ☑ No
- ☐ Yes. Give specific information. ............ | $_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ........................➔ | $ 0,000

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
*Examples: Season tickets, country club membership*
- ☑ No
- ☐ Yes. Give specific information. ............ | $_____  $_____  $_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...............................➔ | $_____

## Part 8: List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ..............................................➔ | $ 294,000

56. **Part 2: Total vehicles, line 5** | $ 8500

57. **Part 3: Total personal and household items, line 15** | $ 8200

58. **Part 4: Total financial assets, line 36** | $ 878,777

59. **Part 5: Total business-related property, line 45** | $ 19,600

60. **Part 6: Total farm- and fishing-related property, line 52** | $ 0

61. **Part 7: Total other property not listed, line 54** | + $ 0

62. **Total personal property. Add lines 56 through 61.** ..................... | $ 915,077   Copy personal property total ➔ | + $ 915,077

63. **Total of all property on Schedule A/B. Add line 55 + line 62** .........................................................................| $ 1,209,077

Fill in this information to identify your case

Debtor 1 _Vance Strader_
First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the _Western_ District of _PA_

Case number _2020346_
(If known)

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                                    04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

| Part 1: | Identify the Property You Claim as Exempt |
| --- | --- |

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description: _All my houses are exempt_<br>Line from Schedule A/B: _____ | | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _All houses are exempt see senate document 43_ |
| Brief description: _____<br>Line from Schedule A/B: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _Original Land patent from William Penn can't leined_ |
| Brief description: _____<br>Line from Schedule A/B: _____ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _federal reserve note are exempt from_ |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

_state taxation see Memphis Bank V. Garner, US sapren Court_

**Fill in this information to identify your case**

Debtor 1 _Vance Strader_
          First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name        Last Name

United States Bankruptcy Court for the: _Western_ District of _P.A._

Case number _2020346_
(If known)

☐ Check if this is an
   amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property       12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
| --- | --- |

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

|  | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
| --- | --- | --- | --- |

### 2.1

**Creditor's Name** _US Bank_

_4050 Cypress_
Number          Street

_Water Blvd_

_Coppell TX 75019_
City          State    ZIP Code

**Describe the property that secures the claim:**
_231 Yosemite dr Pgh Pg 15235_

$ _106,000_    $ _106,000_    $ _106,000_

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a
   community debt

Date debt was incurred _2007_

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan) _alleged_
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) _offset Liabilities_

Last 4 digits of account number _3973_

### 2.2

**Creditor's Name** _Jordon Tax_

_7100 Baptist Rd_
Number          Street

_Bethel Park_

_P.A. 15102_
City          State    ZIP Code

**Describe the property that secures the claim:**
_7234 Kedron Pgh Pg 15208_

$ _9300_    $ _20,000_    $ _1500_

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a
   community debt

Date debt was incurred _2015_

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☒ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _set off bill of exchange US Legal Tender_

Last 4 digits of account number _ _ _ _

Add the dollar value of your entries in Column A on this page. Write that number here:    $

Debtor 1 _Vance Strader_
First Name   Middle Name   Last Name

Case number (if known) _2020346_

| Part 1: | **Additional Page** | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Amount of claim Do not deduct the value of collateral. | Value of collateral that supports this claim | Unsecured portion If any |

---

**3** | Creditor's Name _JTS_

Describe the property that secures the claim: $ _7000_   $ _2580_   $ _911_

_7100 Baptist Rd_
Number   Street

_7218 Somerset Pgh Pa 15208_

_Bethel Park_
_Pg 15105_
City   State   ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☒ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) _bill of exchange Legal tender_

Date debt was incurred _2010_   Last 4 digits of account number ___ ___ ___ ___

---

**4** | Creditor's Name _JTS_

Describe the property that secures the claim: $ _9315_   $ _40,000_   $ _911_

_7100 Baptist Rd_
Number   Street

_8440 Dersam St Pgh Pa 15208_

_Bethel Park_
_Pgh Pa 15105_
City   State   ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☒ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) _bill of exchange Legal tender_

Date debt was incurred _2010_   Last 4 digits of account number ___ ___ ___ ___

---

**5** | Creditor's Name _MBM_

Describe the property that secures the claim: $ _5000_   $ _40,000_   $ _All_

_100 Purity Rd #_
Number   Street

_132 Ella St Wilkinsburg Pa 15221_

_Suit 3_
_Penn Hills Pa 15235_
City   State   ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☒ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) _bill of exchange Legal tender_

Date debt was incurred _2017_   Last 4 digits of account number _0 0 9 7_

---

Add the dollar value of your entries in Column A on this page. Write that number here: $

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here: $

Debtor 1 _Vance Strader_   Case number (if known) _2020346_

First Name   Middle Name   Last Name

| Part 1: | Additional Page | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | | |

---

**_PHH_**
Creditor's Name

_3000 Leadenhall R_
Number   Street

_Mt Laurel_
City

_NJ_ _08054_
State   ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

Date debt was incurred _12-22-05_

**Describe the property that secures the claim:**

_8430 Dersam St_
_Pgh Pa 15235_

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset) _set off Payable liabilities_

Last 4 digits of account number _0 1 8 6_

$ _14000_   $ _30,000_   $ _All_

---

**_PNC_**
Creditor's Name

_500 First ave_
Number   Street

_Pgh_ _Pa 15219_
City   State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

Date debt was incurred _6-19-7_

**Describe the property that secures the claim:**

_8440 Dersam St_
_Pgh Pa 15235_

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset) _set off liabilities_

Last 4 digits of account number _8530_

$ _16,000_   $ _35,000_   $ _All_

---

**_SPS_**
Creditor's Name

_3217 S. Decker_
Number   Street

_Lake dr. salt_
_Lake City UT 84119_
City   State   ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

Date debt was incurred _7-23-04_

**Describe the property that secures the claim:**

_452 Ella St_
_Wilkinburg Pa 15221_

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset) _set off liabilities_

Last 4 digits of account number _6694_

$ _33000_   $ _45000_   $ _All_

---

Add the dollar value of your entries in Column A on this page. Write that number here:  $ _194,000_

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:  $

Debtor 1  *Vance Strader*

First Name   Middle Name   Last Name

Case number (if known) *2020346*

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|

**Part 1:** **Additional Page**
After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

---

Creditor's Name *Tax Services*
*9100 Baptist Rd*
Number   Street
*Bethel Park*
City   *Pa 15102*   State   ZIP Code

**Describe the property that secures the claim:**
*8525 Pershing St Pgh Pa 15235*

Amount of claim: $ *6500*   Value: $ *8000.*   Unsecured: $ *all*

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred *2013*

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☒ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) *Bill of exchange*

Last 4 digits of account number ___ ___ ___ ___

---

Creditor's Name *Wells Fargo*
*1200 West 7th St*
Number   Street
*Los Angeles*
City   *CA 90017*   State   ZIP Code

**Describe the property that secures the claim:**
*8525 Pershing St Pgh Pa 15235*

Amount of claim: $ *40,000*   Value: $ *40,000*   Unsecured: $ *all*

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred *4.27.04*

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) *set off payables*

Last 4 digits of account number *7~~088~~ 7481*

---

Creditor's Name
Number   Street

City   State   ZIP Code

**Describe the property that secures the claim:**

Amount of claim: $   Value: $   Unsecured: $

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

---

**Add the dollar value of your entries in Column A on this page. Write that number here:** $
**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** $ *241,300*

## ATTECHMENT (A)

None of these fake creditors have a promissory note governed under article 3 of the UCC. They all have taken the promissory note to the Federal Reserve window,And exchanged it for credit which is called expanding the money supply, this process is not a loan. This process is called fractional banking which is explained in the Federal Reserve circulars and in their publication modern money mechanics on Page 6 and page 11. In fractional banking I'm in title to my deposit principal back from the promissory note and any checks deposited in my checking account and a bank and or financial institution as defined IRS publication 1212. IRS publication 1212 says I'm a nominee for a debt instrument and not a debtor.

Take judicial notice to the fact that I object to being called a debtor when my promissory notes have been treated as a check as defined in article 4 of the UCC an article 3- 104 d, c, e and f.All these fake creditors treated the my promissory notes as a deposit governed under Article 4 of The Uniform Commercial Code ,and title 12 United States code 1813 L1. The promissory notes are all destroyed because it was treated as a draft and/or order as Define in ucc 3-104 c,d, e and 4a of the Uniform Commercial Code. I am a private banker, the originator issuer, drawer and the maker of my own credit as defined in UCC 4a. A promissory note deposited is equivalent to cash as defined in Financial Accounting Standards Board 95 definition in the footnotes.

These instruments are governed under article 8 there is no holder in due course as governed under article 3 of The Uniform Commercial Code There are no creditor, lender ,mortgagee for my payments are being given to investors who buys securities from the receivables of my deposit that was Securitize to make a mortgage or a asset setback security and I am owed an offsetting liability . As defined in modern money mechanics by the Federal Reserve private bank as held in Lewis v US 680 f2d 1239.Pursuant to the term called the matching principle I am owed a liability as the define in 12 USC 1831 n (a)(2)(A) GAAP and in (3)(C) off-balance-sheet dealing with assets and liabilities that are owed to me the consumer and not a debtor on my own credit. Take judicial notice anyone filing a proof of claim is committing fraud on the court which is a crime of obstruction of justice when these individuals,Corporations and their attorneys AR claiming to be creditors, when they are securities intermediaries for a Securitized Trust for investors on Wall Street, security intermediaries are governed under article 8 of the Uniform Commercial Code.

Take judicial notice of my receivables from my deposits are what is securitized as defined in Financial Accounting Standards Board 140,definition on securitization. You cannot have a security in a promissory note at the same time one is governed under article 3 and the other one's government under article 8 of The Uniform Commercial Code.

Take judicial notice pursuant to 15 USC 78c a 10 says that a promissory note with the maturity date of more than nine months is a security and not a promissory note, anybody claimed to have a promissory note is committing fraud on the court.

Pursuant to 16 CFR 433.2 let's the investors know that the owner of the Securities which is me has claims and defenses and there is no holder in due course is the fine in 3 - 302 of the Uniform Commercial Code.If there is anybody with a claim of an injury of a financial loss even though there isn't it would be the investors on Wall Street who are receiving cash flow payments from the services for the pooling and servicing agreement, which I am an undisclosed third-party of the pooling and servicing agreement and I am also entitled to a set off for the dividends that are owed to me.

National Currency Act sections 27 and 28 says it's a high misdemeanor to circulated a promissory note. Financial institutions cannot hold real estate for more than 5 years.

Take judicial notice that section 53 says that if any financial institution violates any provision of this act forfeit any and all obligations for payment. These fake creditors say they have a promissory note that They countersigned and circulated that is a violation of the act. They have absolutely no claim for any type of payment. And they committed a misdemeanor at the same time pursuing this act.

Take judicial notice that all my properties are exempt. I am an assignee from the original land patent that when from the King of England to William Penn, any of his heirs and all assignee. The original land patent in Pennsylvania says the land cannot be mortgaged or liened and the land is fee simple forever.

An act of Congress fairs in Senate document 43 says the ultimate ownership of all property belongs to the state and its citizens have use of the property. Senate document 43 says I'm not the owner of the property I just have use of it. nobody can take it off me except the president of the United States and or the governor of Pennsylvania and neither one of them will be filing a proof of claim in this matter.

My other exemptions about state and local taxation is that Federal Reserve notes are exempt from state and local taxation see Memphis Bank versus Garner and 31 USC 3124.

Take judicial notice I'm the only creditor in this matter when it deals with a credit application and the promissory note.

The only other creditors are utility companies that gave lawful consideration like some sort of service like light gas water electric. no one else has given any kind of consideration when it deals with a credit application and a promissory note.

Take judicial notice pursuant to article 3 of The Uniform Commercial Code 3 - 105 and 3-306 I'm entitled to the proceeds of the sale of any instrument and or financial asset I have a right to rescind negotiations of any negotiable instrument along with the instrument back or its proceeds I want the proceeds being offset on any alleged obligation that I so-called have. The bankruptcy act says I'm entitled to set off. in Jesinosky versus Countrywide a Supreme Court case says I'm entitled to resend I want my rescission money and or have it applied to any alleged obligation.

I object to being called a debtor, when I'm not on most of these unproven claims and debts. I. I reserve all my right without recourse.

What type of species do I owe federal reserve notes, legal tender such as promissory notes and or bills of Exchange.

Vance Strader

Fill in this information to identify your case:

Debtor 1 _Vance Strader_
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name     Middle Name     Last Name

United States Bankruptcy Court for the: _Western_ District of _PA._

Case number _2020346_
(If known)

☐ Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule
A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any
creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is
needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of
any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |

1. **Do any creditors have priority unsecured claims against you?**
   ☒ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For
each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and
nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority
unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** _____
Priority Creditor's Name

_____
Number       Street

_____
City          State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___      $_____  $_____  $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were
   intoxicated
☐ Other. Specify _____

**2.2** _____
Priority Creditor's Name

_____
Number       Street

_____
City          State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___      $_____  $_____  $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were
   intoxicated
☐ Other. Specify _____

Debtor 1    _Vance_ _Strader_    Case number (if known) _2020346_
           First Name    Middle Name    Last Name

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |

---

_____
Priority Creditor's Name

_____
Number        Street

_____

_____
City              State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** __ __ __ __      $_____  $_____  $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim?**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

_____
Priority Creditor's Name

_____
Number        Street

_____

_____
City              State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** __ __ __ __      $_____  $_____  $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim?**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

_____
Priority Creditor's Name

_____
Number        Street

_____

_____
City              State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** __ __ __ __      $_____  $_____  $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim?**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

Debtor 1 _Vance Strader_
    First Name   Middle Name   Last Name

Case number *(if known)* _2020346_

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☒ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | **Total claim** |
|---|---|---|

**4.1** _Capital one_
Nonpriority Creditor's Name

_P.box 30281680 Capital one dr_
Number        Street
_McLean      VA  22102_
City                State        ZIP Code

Last 4 digits of account number _4407_

When was the debt incurred? _1-7-03_

$ _1,738_

**Who incurred the debt? Check one.**

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☒ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.2** _Capital one_
Nonpriority Creditor's Name

_1680 Capital one dr_
Number        Street
_McLean      VA  22162_
City                State        ZIP Code

Last 4 digits of account number _1700_

When was the debt incurred? _11-21-02_

$ _550_

**Who incurred the debt? Check one.**

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☒ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.3** _Credit one Bank_
Nonpriority Creditor's Name

_6801 S. Cimarron Rd_
Number        Street
_Las Vegas  Nevada 89193_
City                State        ZIP Code

Last 4 digits of account number _7500_

When was the debt incurred? _4-3-02_

$ _1998_

**Who incurred the debt? Check one.**

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☒ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

Debtor 1    *Vance Strider*
         First Name    Middle Name    Last Name

Case number (if known) *2020346*

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

☐ **Discover**
Nonpriority Creditor's Name

*500 E. Market St*
Number    Street

*Greenwood    DE    19950*
City    State    ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number  *2521*

When was the debt incurred?  *8-708*

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ *2148*

---

☐ **Mercury**
Nonpriority Creditor's Name

*520 6. St.*
Number    Street

*Brookings    SA    57006*
City    State    ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number  *8627*

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ *2106*

---

☐ **Wells Fargo Card**
Nonpriority Creditor's Name

*420 Montgomery St*
Number    Street

*Des Moines    IA    50306*
City    State    ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☒ Yes

Last 4 digits of account number  *8974*

When was the debt incurred?  *9-27-06*

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ *4325*

---

Debtor 1  *Vance Strader*
    First Name    Middle Name    Last Name                   Case number *(if known)* *2020346*

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

**Wells Fargo Card**
Name

**7000 Vista dr**
Number    Street

**W. Des Moines IA 56266**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                       ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **3437**
**I have a set off**

---

Name

Number    Street

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number    Street

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number    Street

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number    Street

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number    Street

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number    Street

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Debtor 1    *Vance Strader*
First Name    Middle Name    Last Name

Case number (if known)    *2020346*

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
    Add the amounts for each type of unsecured claim.**

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $ |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. $ |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $ |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $ |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. $ |

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $ |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $ |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. $ |

---

Fill in this information to identify your case

Debtor _Vance Strader_
First Name    Middle Name    Last Name

Debtor 2 _____
(Spouse If filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _Western_ District of _Pa_

Case number _2020346_
(If known)

☐ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.**

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | Ed Thomas | rental Lease $450 |
| | 432 Ella St | |
| | Wilkinsburg Pa 15221 | |
| 2.2 | Marta Putney | rental Lease $350 |
| | 432 Ella St | |
| | Wilkinsburg PA 15221 | |
| 2.3 | Greg Digmond | rental Lease $500 |
| | 432 Ella St | |
| | Wilkinsburg PA 15221 | |
| 2.4 | Frank Harris | rental Lease $375 |
| | 432 Ella St | |
| | Wilkinsburg PA 15221 | |
| 2.5 | 1045 Silverdale St | rental Lease $465 |
| | Pittsburgh PA 15221 | |

Debtor 1   *Vance Strader*
First Name    Middle Name    Last Name

Case number (if known)   *2020346*

**Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease | What the contract or lease is for |
|---|---|
| **2.2** Name *Candice berry*<br>Number Street *8436 Dersam St*<br>City *Pittsburgh* State *PA* ZIP Code *15235* | *Rental $565* |
| **2._** Name<br>Number Street *8440 Dersam St*<br>City *Pittsburgh* State *PA* ZIP Code *15235* | *getting a Tenant* |
| **2._** Name<br>Number Street *8525 Pershing St*<br>City *Pittsburg* State *PA* ZIP Code *15235* | *getting a Tenant* |
| **2._** Name<br>Number Street *7218 Somerset St*<br>City *Pittsburgh* State *PA* ZIP Code *15235* | *getting a tenANt* |
| **2._** Name *Aaron Strader*<br>Number Street *7234 Kedron*<br>City *Pgh* State *Pa* ZIP Code *15208* | *$400 ~~cash~~ rent* |
| **2._** Name *Shayne Strader*<br>Number Street *231 Yosemite Dr*<br>City *Pgh* State *Pa* ZIP Code *15235* | ~~...~~ *$150 rent* |
| **2._** Name *ATT WireLess*<br>Number Street *208 S. Asard St*<br>City *Dallas* State *TX* ZIP Code *75202* | *cell $45* |
| **2._** Name<br>Number Street<br>City State ZIP Code | |

Fill in this information to identify your case:

Debtor 1 *Vance Shrader*
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the *Western* District of *PA*

Case number *20-20346*
(If known)

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☒ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☒ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☒ No
      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number    Street

   _____
   City    State    ZIP Code

3. **In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |
| **3.1** *N/A* <br> Name <br><br> Number    Street <br><br> City    State    ZIP Code | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |
| **3.2** *N/A* <br> Name <br><br> Number    Street <br><br> City    State    ZIP Code | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |
| **3.3** *N/A* <br> Name <br><br> Number    Street <br><br> City    State    ZIP Code | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |

Fill in this information to identify your case:

Debtor 1    *Vance Strader*
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the *Western* District of *Pa*

Case number    *2020346*
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.**<br><br>If you have more than one job, attach a separate page with information about additional employers.<br><br>Include part-time, seasonal, or self-employed work.<br><br>Occupation may include student or homemaker, if it applies. | | |
| | **Employment status** | ☐ Employed<br>☒ Not employed | ☐ Employed<br>☐ Not employed |
| | **Occupation** | | |
| | **Employer's name** | *Uber* | |
| | **Employer's address** | *555 Market St*<br>Number  Street | Number  Street |
| | | *San Francisco CA 94105*<br>City  State  ZIP Code | City  State  ZIP Code |
| | **How long employed there?** | *2 years* | |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ *2600-3500* | $ |
| 3. | Estimate and list monthly overtime pay. | 3. + $ | + $ |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. $ *3600-3500* | $ |

*Vance Strader*

Debtor 1 _First Name_ _Middle Name_ _Last Name_

Case number *(if known)* *2020346*

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here............................................................ → 4. | *2500 3500* | $_____ |

**5. List all payroll deductions:**

| | | |
|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. $ *none* | $_____ |
| 5b. Mandatory contributions for retirement plans | 5b. $ *none* | $_____ |
| 5c. Voluntary contributions for retirement plans | 5c. $ *none* | $_____ |
| 5d. Required repayments of retirement fund loans | 5d. $ *none* | $_____ |
| 5e. Insurance | 5e. *250 mo* | $_____ |
| 5f. Domestic support obligations | 5f. *none* | $_____ |
| 5g. Union dues | 5g. *none* | $_____ |
| 5h. Other deductions. Specify: _____ | 5h. +$ *000 m* + | $_____ |
| 6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. *250* | |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. *2100·3100* | $_____ |

**8. List all other income regularly received:**

| | | |
|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm | | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. $ *see 9h* | $_____ |
| 8b. Interest and dividends | 8b. $ *0* | $_____ |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. $ *0* | $_____ |
| 8d. Unemployment compensation | 8d. $ *0* | $_____ |
| 8e. Social Security | 8e. $ *0* | $_____ |
| 8f. Other government assistance that you regularly receive | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. $ *0* | $_____ |
| 8g. Pension or retirement income | 8g. $ *0* | $_____ |
| 8h. Other monthly income. Specify: *rental* | 8h. + *2500-4500* $ | $_____ |
| 9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. $_____ | $_____ |
| 10. Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. *4600-7600* | $_____ = $_____ |

**11.** State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: *Remodeling if choose*

11. + $ *1600*

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies

12. *5600 - 8600*

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

☐ No.

☒ Yes. Explain: *200-300 day driving 6000-9000 month, 5200 from all rent*

**Fill in this information to identify your case:**

Debtor 1 _Vance Strader_
First Name      Middle Name      Last Name

Debtor 2 _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: _Western_ District of _PA_

Case number _2020346_
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☒ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**    ☒ No

   Do not list Debtor 1 and        ☐ Yes. Fill out this information for
   Debtor 2.                              each dependent..........................

   Do not state the dependents'
   names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ☒ No   ☐ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J,* check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.                                                4. $ _1320_

   If not included in line 4:

   4a.  Real estate taxes                                                              4a. $ _314_
   4b.  Property, homeowner's, or renter's insurance                                   4b. $ _200_
   4c.  Home maintenance, repair, and upkeep expenses                                  4c. $ _0_
   4d.  Homeowner's association or condominium dues                                    4d. $ _0_

Debtor 1 _Vance Strader_
First Name   Middle Name   Last Name

Case number *(if known)* 2020346

| | | Your expenses |
|---|---|---|

| | | | |
|---|---|---|---|
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. | $ _0_ |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ _150_ |
| | 6b. Water, sewer, garbage collection | 6b. | $ _161_ |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ _35_ |
| | 6d. Other. Specify: _____ | 6d. | $ _____ |
| 7. | Food and housekeeping supplies | 7. | $ _125_ |
| 8. | Childcare and children's education costs | 8. | $ _0_ |
| 9. | Clothing, laundry, and dry cleaning | 9. | $ _25_ |
| 10. | Personal care products and services | 10. | $ _25_ |
| 11. | Medical and dental expenses | 11. | $ _0_ |
| 12. | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ _400_ |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books | 13. | $ _10_ |
| 14. | Charitable contributions and religious donations | 14. | $ _0_ |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $ _30_ |
| | 15b. Health insurance | 15b. | $ _0_ |
| | 15c. Vehicle insurance | 15c. | $ _220_ |
| | 15d. Other insurance. Specify: _____ | 15d. | $ _____ |
| 16. | Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ _0_ |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ _0_ |
| | 17b. Car payments for Vehicle 2 | 17b. | $ _0_ |
| | 17c. Other. Specify: _____ | 17c. | $ _0_ |
| | 17d. Other. Specify: _____ | 17d. | $ _0_ |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I). | 18. | $ _0_ |
| 19. | Other payments you make to support others who do not live with you. Specify: _____ | 19. | $ _0_ |
| 20. | Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.* | | |
| | 20a. Mortgages on other property | 20a. | $ _0_ |
| | 20b. Real estate taxes | 20b. | $ _0_ |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ _0_ |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ _0_ |
| | 20e. Homeowner's association or condominium dues | 20e. | $ _0_ |

Debtor 1  *Vance Strader*

First Name    Middle Name    Last Name

Case number *(if known)* 2020346

21. **Other**. Specify: _____     21.   +$   0

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.     22a.   $ 3058

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2     22b.   $

    22c. Add line 22a and 22b. The result is your monthly expenses.     22c.   $

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.     23a.   $ 5600 - 8600

    23b. Copy your monthly expenses from line 22c above.     23b.   −$ 3058

    23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income*.     23c.   $ 2542 - 5542

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.
    ☒ Yes.     Explain here:  200 - 300 day for driving  8-12 hour a day
    6000 - 9000 if I have TO or choose TO.
    $4500 - 6000 for rent out all my houses.

**Fill in this information to identify your case**

Debtor 1 _Vance Strader_
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _Western_ District of _PA_

Case number _202023546_
(If known)

☐ Check if this is an
amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☒ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ☐ Yes. List all of the places you lived in the last 3 years.  Do not include where you live now.

| Debtor 1: | | Dates Debtor 1 lived there | Debtor 2: | | Dates Debtor 2 lived there |
|---|---|---|---|---|---|
| 2311 Yosemite Dr<br>Number    Street<br>Pgh Pa 15233<br>City    State    ZIP Code | From _Back_<br>To _forth_ | | ☐ Same as Debtor 1<br><br>Number    Street<br><br>City    State    ZIP Code | ☐ Same as Debtor 1<br>From _____<br>To _____ | |
| 7234 Kedron St<br>Number    Street<br>Pgh Pa 15208<br>City    State    ZIP Code | From _Back_<br>To _footh_ | | ☐ Same as Debtor 1<br><br>Number    Street<br><br>City    State    ZIP Code | ☐ Same as Debtor 1<br>From _____<br>To _____ | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☒ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2:    Explain the Sources of Your Income

Debtor 1  *Vance Strader*

First Name   Middle Name   Last Name

Case number *(if known)* *2020346*

---

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

*Driving*
*rentals*
*repair*

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ *2500-4000* | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |
| **For last calendar year:**<br>(January 1 to December 31, *2019* )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ *2500-4000* | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, *2019* )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | *2500-4800* | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |

5. **Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | *Driving*<br>*rental*<br>*repair* | $ *2500-3600 mo*<br>$ *900-1800 mo*<br>$ *0-500 mo* | | $_____<br>$_____<br>$_____ |
| **For last calendar year:**<br>(January 1 to December 31, *2019* )<br>YYYY | *Driving*<br>*rental*<br>*Repair* | $ *2500-3600*<br>$ *900-1800*<br>$ *8-500* | | $_____<br>$_____<br>$_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, *2018* )<br>YYYY | *Driving*<br>*rental*<br>*Repair* | *2500-3600*<br>$ *900-1800*<br>$ *50-800* | | $_____<br>$_____<br>$_____ |

---

Debtor 1 *Vance Strader*

First Name   Middle Name   Last Name

Case number *(if known)* 2020346

---

**Part 3:  List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No. Go to line 7.

☒ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☒ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☒ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| PDH | | $ 209 mo | $ 16,000 | ☒ Mortgage |
| Creditor's Name | | | set off owed | ☐ Car |
| 3000 headon hall Dr | | | To me | ☐ Credit card |
| Number   Street | | | | ☐ Loan repayment |
| Mt Laurel | | | | ☐ Suppliers or vendors |
| City   NJ  08956 State   ZIP Code | | | | ☐ Other _____ |
| SOS | | $ 510 mo | $ 35,000 | ☒ Mortgage |
| Creditor's Name | | | set off owed | ☐ Car |
| 3617 S. Decker | | | To me | ☐ Credit card |
| Number   Street | | | | ☐ Loan repayment |
| Lake Dr | | | | ☐ Suppliers or vendors |
| Salt Lake city VT 44119 City   State   ZIP Code | | | | ☐ Other _____ |
| Wells fargo | | $ 365 | $ 36,000 | ☒ Mortgage |
| Creditor's Name | | | set off owed | ☐ Car |
| 1200 west 7th St | | | To me | ☐ Credit card |
| Number   Street | | | see attachment | ☐ Loan repayment |
| Los Angelos | | | & set off | ☒ Suppliers or vendors |
| CA 90017 City   State   ZIP Code | | | | ☐ Other _____ |

---

Debtor 1    *Vance Streder*    Case number (if known) *2020346*

First Name    Middle Name    Last Name

---

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☒ No
☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | _____ | $_____ | $_____ | |
| Number    Street | _____ | | | |
| | _____ | | | |
| City    State    ZIP Code | | | | |
| Insider's Name | _____ | $_____ | $_____ | |
| Number    Street | _____ | | | |
| | _____ | | | |
| City    State    ZIP Code | | | | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☒ No
☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Insider's Name | _____ | $_____ | $_____ | |
| Number    Street | _____ | | | |
| | _____ | | | |
| City    State    ZIP Code | | | | |
| Insider's Name | _____ | $_____ | $_____ | |
| Number    Street | _____ | | | |
| | _____ | | | |
| City    State    ZIP Code | | | | |

Debtor 1   _Vance Strader_____
           First Name    Middle Name    Last Name

Case number (if known) _2020346_

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☒ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title _Foreclosure_ | Foreclosure  US Bank | Court Name _Court of Common Plea_  Number Street _City Grant_  City _Pgh Pa 15219_ State ZIP Code | ☒ Pending  ☐ On appeal  ☐ Concluded |
| Case number _MG-15-1358_ | | | |
| Case title _Foreclosure_ | Foreclosure  Wells Fargo | Court Name _Court of Common Plea_  Number Street _414 Grant St_  City _Pgh Pa 15219_ State ZIP Code | ☒ Pending  ☐ On appeal  ☐ Concluded |
| Case number _MG-19-06_ | | | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**

Check all that apply and fill in the details below.

☒ No.  Go to line 11.

☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Creditor's Name  Number  Street  City  State  ZIP Code | | | $ |
| | **Explain what happened** | | |
| | ☐ Property was repossessed. | | |
| | ☐ Property was foreclosed. | | |
| | ☐ Property was garnished. | | |
| | ☐ Property was attached, seized, or levied. | | |

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Creditor's Name  Number  Street  City  State  ZIP Code | | | $ |
| | **Explain what happened** | | |
| | ☐ Property was repossessed. | | |
| | ☐ Property was foreclosed. | | |
| | ☐ Property was garnished. | | |
| | ☐ Property was attached, seized, or levied. | | |

Debtor 1 _Vince Strader_

First Name   Middle Name   Last Name

Case number *(if known)* _2020346_

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☒ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | |
| | | | $ |
| Number   Street | | | |
| | | | |
| City          State   ZIP Code | Last 4 digits of account number: XXXX–___ ___ ___ ___ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☐ No

☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No

☒ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _Arron Strader_<br>Person to Whom You Gave the Gift<br>_1309 robina N_<br>Number   Street<br>_Pgh        Pg 15235_<br>City          State   ZIP Code<br>Person's relationship to you _son_ | _7132 Jonathan PL<br>Pgh Pa 15208_ | _9 mo ago_ | $ _30,000_<br><br>$ |
| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
| Person to Whom You Gave the Gift | | | $ |
| | | | $ |
| Number   Street | | | |
| City          State   ZIP Code | | | |
| Person's relationship to you _____ | | | |

Debtor 1    *Vance Strader*

First Name    Middle Name    Last Name    Case number *(if known)* 2020346

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☒ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| | | _____ | $_____ |
| Charity's Name | | _____ | $_____ |
| | | | |
| Number    Street | | | |
| | | | |
| City    State    ZIP Code | | | |

## Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

## Part 7:    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☒ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | _____ | $_____ |
| Number    Street | | _____ | $_____ |
| City    State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

Debtor 1     *Vance Strader*                                   Case number *(if known)* 2020346

First Name     Middle Name     Last Name

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | _____ | $ _____ |
| Number     Street | | _____ | $ _____ |
| City     State     ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, If Not You | | | |

**17.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | _____ | $ _____ |
| Number     Street | | _____ | $ _____ |
| City     State     ZIP Code | | | |

**18.** Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | _____ |
| Number     Street | | | |
| City     State     ZIP Code | | | |
| Person's relationship to you _____ | | | |
| Person Who Received Transfer | | | _____ |
| Number     Street | | | |
| City     State     ZIP Code | | | |
| Person's relationship to you _____ | | | |

Debtor 1   *Vance Strader*                          Case number *(if known)* 2020346

First Name    Middle Name    Last Name

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☒ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

---

**Part 8:   List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution _____ | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| Number   Street _____ | | | | |
| City        State   ZIP Code | | | | |
| Name of Financial Institution _____ | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | | $_____ |
| Number   Street _____ | | | | |
| City        State   ZIP Code | | | | |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution _____ | Name _____ | | ☐ No<br>☐ Yes |
| Number   Street _____ | Number   Street _____ | | |
| City        State   ZIP Code | City      State      ZIP Code | | |

Debtor 1  *Vance Strader*

First Name   Middle Name   Last Name

Case number *(if known)* 2020346

**22.** Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☒ No
☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Storage Facility | Name | | ☐ No ☐ Yes |
| Number   Street | Number   Street | | |
| City   State   ZIP Code | City State   ZIP Code | | |

## Part 9:   Identify Property You Hold or Control for Someone Else

**23.** Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☒ No
☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name | | | $_____ |
| Number   Street | Number   Street | | |
| City   State   ZIP Code | City   State   ZIP Code | | |

## Part 10:   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24.** Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☒ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | _____ |
| Number   Street | Number   Street | | |
| City   State   ZIP Code | City   State   ZIP Code | | |

Debtor 1 _Vance Strader_

First Name   Middle Name   Last Name

Case number (*if known*) _2020346_

**25. Have you notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number   Street | Number   Street | | |
| City   State   ZIP Code | City   State   ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No
☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title_____ | Court Name | | ☐ Pending |
| | Number   Street | | ☐ On appeal |
| Case number | City   State   ZIP Code | | ☐ Concluded |

## Part 11:   Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☒ No. None of the above applies. Go to Part 12.
☐ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| Business Name | | EIN: __ __ - __ __ __ __ __ __ __ |
| Number   Street | Name of accountant or bookkeeper | Dates business existed |
| City   State   ZIP Code | | From _____ To _____ |

| | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| Business Name | | EIN: __ __ - __ __ __ __ __ __ __ |
| Number   Street | Name of accountant or bookkeeper | Dates business existed |
| City   State   ZIP Code | | From _____ To _____ |

Debtor 1   *Vance Strader*
First Name   Middle Name   Last Name

Case number *(if known)* 2020346

| | Describe the nature of the business | Employer identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| **Business Name** | | EIN: __ __ – __ __ __ __ __ __ __ |
| | | |
| **Number   Street** | Name of accountant or bookkeeper | Dates business existed |
| | | |
| | | From _____ To _____ |
| **City         State     ZIP Code** | | |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☒ No

☐ Yes. Fill in the details below.

| | Date issued |
|---|---|
| **Name** | MM / DD / YYYY |
| **Number   Street** | |
| **City         State     ZIP Code** | |

## Part 12:   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**✗** _____        **✗** _____
Signature of Debtor 1                           Signature of Debtor 2

Date *030320*                                    Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☒ No

☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Fill in this information to identify your case:

Debtor 1    _Vance Strader_
    First Name    Middle Name    Last Name

Debtor 2    _____
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _Western_  District of _Pa_

Case number    _2020346_
(If known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes.  Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X _____    X _____
Signature of Debtor 1    Signature of Debtor 2

Date _3.3.20_    Date _____
    MM / DD / YYYY        MM / DD / YYYY

Fill in this information to identify your case

Debtor 1    _Vance Strader_
          First Name    Middle Name    Last Name

Debtor 2    _Neston Pa_
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the Western District of Pa

Case number    2020346
          (If known)

☐ Check if this is an
   amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B* ........................................... $ 294,000

   1b. Copy line 62, Total personal property, from *Schedule A/B* ............................... $ 914,077

   1c. Copy line 63, Total of all property on *Schedule A/B* ......................................... $ 1,209,077

### Part 2:   Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*............ $ 241,300

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ......................................... $ 0

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* .............................. + $ 0

   **Your total liabilities**    $ 241,300

### Part 3:   Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ....................................... $ 5600 - 8600

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ....................................... $ 3058

Debtor 1 *Vance Strader*
First Name    Middle Name    Last Name

Case number (*if known*) *2020346*

---

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?** *13*

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

7. **What kind of debt do you have?**

   ☒ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9 for statistical purposes. 28 U.S.C. § 159.

   ☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ *5000 - 7200*

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ *0* |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ *0* |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ *0* |
| 9d. Student loans. (Copy line 6f.) | $ *0* |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ *0* |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ *0* |
| 9g. **Total.** Add lines 9a through 9f. | $ *0* |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | *Vance Strader* |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) First Name          Middle Name          Last Name *Western* |
| United States Bankruptcy Court for the:    *Western*    District of *Pa* |
| Case number | *20 20 346* |
| (If known) | |

☐ Check if this is an amended filing

## Official Form 122C-2
# Chapter 13 Calculation of Your Disposable Income

04/19

To fill out this form, you will need your completed copy of *Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period* (Official Form 122C–1).

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

---

**Part 1:    Calculate Your Deductions from Your Income**

The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not include any operating expenses that you subtracted from income in lines 5 and 6 of Form 122C–1, and do not deduct any amounts that you subtracted from your spouse's income in line 13 of Form 122C–1.

If your expenses differ from month to month, enter the average expense.

Note: Line numbers 1-4 are not used in this form. These numbers apply to information required by a similar form used in chapter 7 cases.

5.   **The number of people used in determining your deductions from income**
     Fill in the number of people who could be claimed as exemptions on your federal income tax
     return, plus the number of any additional dependents whom you support. This number may
     be different from the number of people in your household.

     

**National Standards**    You must use the IRS National Standards to answer the questions in lines 6-7.

6.   **Food, clothing, and other items:** Using the number of people you entered in line 5 and the IRS National
     Standards, fill in the dollar amount for food, clothing, and other items.    $ 

7.   **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National
     Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two
     categories—people who are under 65 and people who are 65 or older--because older people have a higher IRS
     allowance for health care costs. If your actual expenses are higher than this IRS amount, you may deduct the
     additional amount on line 22.

---

Debtor 1 *Vance Strader*
First Name   Middle Name   Last Name

Case number *(if known)* *2020346*

---

**People who are under 65 years of age**

7a. Out-of-pocket health care allowance per person $ *0*

7b. Number of people who are under 65    x *0*

7c. Subtotal. Multiply line 7a by line 7b.   $ *0*   Copy here → $ *0*

**People who are 65 years of age or older**

7d. Out-of-pocket health care allowance per person $ *0*

7e. Number of people who are 65 or older    x *0*

7f. Subtotal. Multiply line 7d by line 7e.   $ *0*   Copy here → + $ *0*

7g. Total. Add lines 7c and 7f. ................   $ *0*   Copy here → ....... $ *0*

**Local Standards**   You must use the IRS Local Standards to answer the questions in lines 8-15.

Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:

- Housing and utilities – Insurance and operating expenses
- Housing and utilities – Mortgage or rent expenses

To answer the questions in lines 8-9, use the U.S. Trustee Program chart. To find the chart, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

8. **Housing and utilities – Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses.   $ *0*

9. **Housing and utilities – Mortgage or rent expenses:**

   9a. Using the number of people you entered in line 5, fill in the dollar amount listed for your county for mortgage or rent expenses.   $ *0*

   9b. Total average monthly payment for all mortgages and other debts secured by your home.

   To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Next divide by 60.

| Name of the creditor | Average monthly payment |
|---|---|
| *U.S. Bank* | $ _____ *from schedule J* |
| *Wells Fargo* | $ _____ |
| *PPH* | + $ *1894* |

   9b. Total average monthly payment   $ *1894*   Copy here → – $ *1894*   Repeat this amount on line 33a.

   9c. Net mortgage or rent expense.

   Subtract line 9b *(total average monthly payment)* from line 9a *(mortgage or rent expense)*. If this number is less than $0, enter $0.   $ _____   Copy here → ....... $ *1894*

   $ *366*

10. If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.

   Explain why:  *black area slum and ghetto*

---

Debtor 1  *Vance Strader*
First Name  Middle Name  Last Name

Case number (if known) *2020346*

---

11. **Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.

☐ 0. Go to line 14.
☒ 1. Go to line 12.
☒ 2 or more. Go to line 12.

12. **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the *Operating Costs* that apply for your Census region or metropolitan statistical area.

$~~~~488~~~~ 484~

13. **Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below. You may not claim the expense if you do not make any loan or lease payments on the vehicle. In addition, you may not claim the expense for more than two vehicles.

| Vehicle 1 | Describe Vehicle 1: | *Acura RDX      2010* |
| | | ~*Chevy HHR      2008*~ |

13a. Ownership or leasing costs using IRS Local Standard ..................................... $ ~~506~~ *508*

13b. Average monthly payment for all debts secured by Vehicle 1.

Do not include costs for leased vehicles.

To calculate the average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| Name of each creditor for Vehicle 1 | Average monthly payment |
| --- | --- |
| *0* | $ *0* |
| *0* | + $ *0* |
| Total average monthly payment | $ *0* |

Copy here ➡  − $ *0*   Repeat this amount on line 33b.

13c. Net Vehicle 1 ownership or lease expense
Subtract line 13b from line 13a. If this number is less than $0, enter $0. ........... $ *0*

Copy net Vehicle 1 expense here ➡  $ ~~506~~ *508*

| Vehicle 2 | Describe Vehicle 2: | *Chevy HHR 2008* |

*508*

13d. Ownership or leasing costs using IRS Local Standard .................................. $ ~~506~~ *508*

13e. Average monthly payment for all debts secured by Vehicle 2.

Do not include costs for leased vehicles.

| Name of each creditor for Vehicle 2 | Average monthly payment |
| --- | --- |
| *0* | $ |
| *0* | + $ |
| Total average monthly payment | $ *0* |

Copy here ➡  − $ *0*   Repeat this amount on line 33c.

13f. Net Vehicle 2 ownership or lease expense
Subtract line 13e from 13d. If this number is less than $0, enter $0. .................. $ *508*

Copy net Vehicle 2 expense here ➡  $ *508*

14. **Public transportation expense:** If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the *Public Transportation* expense allowance regardless of whether you use public transportation.

$ *217*

15. **Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for *Public Transportation.*

$ *0*

---

Debtor 1  *Vance    Strader*

First Name  Middle Name  Last Name

Case number *(if known)* 2020346

| Other Necessary Expenses | In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories. |
|---|---|

16. **Taxes:** The total monthly amount that you actually pay for federal, state and local taxes, such as income taxes, self-employment taxes, social security taxes, and Medicare taxes. You may include the monthly amount withheld from your pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes.
Do not include real estate, sales, or use taxes.                                                  $ 0

17. **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and uniform costs.
Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings.   $ 0

18. **Life insurance:** The total monthly premiums that you pay for your own term life insurance. If two married people are filing together, include payments that you make for your spouse's term life insurance.
Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term.                                                                $ _____

19. **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative agency, such as spousal or child support payments.
Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35.   $ 0

20. **Education:** The total monthly amount that you pay for education that is either required:
   ■ as a condition for your job, or
   ■ for your physically or mentally challenged dependent child if no public education is available for similar services.   $ 0

21. **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool.
Do not include payments for any elementary or secondary school education.                                       $ 0

22. **Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health savings account. Include only the amount that is more than the total entered in line 7.
Payments for health insurance or health savings accounts should be listed only in line 25.                      $ 0

23. **Optional telephones and telephone services:** The total monthly amount that you pay for telecommunication services for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer.
Do not include payments for basic home telephone, internet or cell phone service. Do not include self-employment expenses, such as those reported on line 5 of Form 122C-1, or any amount you previously deducted.            + $ 45

24. **Add all of the expenses allowed under the IRS expense allowances.**
Add lines 6 through 23.                                                                                         $ 45

| Additional Expense Deductions | These are additional deductions allowed by the Means Test. |
|---|---|
| | *Note:* Do not include any expense allowances listed in lines 6-24. |

25. **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

   Health insurance              $ 0
   Disability insurance          $ 0
   Health savings account      + $ 0
   Total                         $ 0        Copy total here ➡ ................................   $ 0

   Do you actually spend this total amount?
   ☒ No. How much do you actually spend?   $ 0
   ☐ Yes

26. **Continuing contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. These expenses may include contributions to an account of a qualified ABLE program.  26 U.S.C. § 529A(b).                             $ 0

27. **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply.
By law, the court must keep the nature of these expenses confidential.                                          $ 0

Debtor 1 *Vance Strader*

First Name    Middle Name    Last Name

Case number (*if known*) *2020346*

28. **Additional home energy costs.** Your home energy costs are included in your insurance and operating expenses on line 8.
If you believe that you have home energy costs that are more than the home energy costs included in expenses on line 8,
then fill in the excess amount of home energy costs.
You must give your case trustee documentation of your actual expenses, and you must show that the additional amount
claimed is reasonable and necessary.

$_____

29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more
than $170.83* per child) that you pay for your dependent children who are younger than 18 years old to attend a
private or public elementary or secondary school.
You must give your case trustee documentation of your actual expenses, and you must explain why the amount
claimed is reasonable and necessary and not already accounted for in lines 6-23.

*   * Subject to adjustment on 4/01/22, and every 3 years after that for cases begun on or after the date of adjustment.

$ *0*

30. **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher
than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more
than 5% of the food and clothing allowances in the IRS National Standards.
To find a chart showing the maximum additional allowance, go online using the link specified in the separate
instructions for this form. This chart may also be available at the bankruptcy clerk's office.
You must show that the additional amount claimed is reasonable and necessary.

$ *150*

31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial
instruments to a religious or charitable organization. 11 U.S.C. § 548(d)(3) and (4).

Do not include any amount more than 15% of your gross monthly income.

+ $ *0*

32. **Add all of the additional expense deductions.**
Add lines 25 through 31.

$ *223*

## Deductions for Debt Payment

33. **For debts that are secured by an interest in property that you own, including home mortgages, vehicle
loans, and other secured debt, fill in lines 33a through 33e.**

To calculate the total average monthly payment, add all amounts that are contractually due
to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

**Average monthly payment**

Mortgages on your home

33a. Copy line 9b here ...................................................... ➔ $ *1894*

Loans on your first two vehicles

33b. Copy line 13b here. ................................................... ➔ $ *0*

33c. Copy line 13e here. ................................................... ➔ $ *0*

33d. List other secured debts:

| Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
|---|---|---|---|
| _____ | _____ | ☒ No<br>☐ Yes | $_____ |
| _____ | _____ | ☒ No<br>☐ Yes | $_____ |
| _____ | _____ | ☒ No<br>☐ Yes | + $_____ |

33e. Total average monthly payment. Add lines 33a through 33d. ..........................  $_____  Copy total here ➔  $ *0*

Debtor 1 ___*Vance Strader*___
First Name   Middle Name   Last Name

Case number *(if known)* ___*2020346*___

**34. Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

☒ No. Go to line 35.

☐ Yes. State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the *cure amount*). Next, divide by 60 and fill in the information below.

| Name of the creditor | Identify property that secures the debt | Total cure amount | | Monthly cure amount |
|---|---|---|---|---|
| _____ | _____ | $_____ | ÷ 60 = | $_____ |
| _____ | _____ | $_____ | ÷ 60 = | $_____ |
| _____ | _____ | $_____ | ÷ 60 = + $_____ |

Total   $_____   Copy total here ➜   $_____

**35. Do you owe any priority claims—such as a priority tax, child support, or alimony—that are past due as of the filing date of your bankruptcy case?** 11 U.S.C. § 507.

☒ No. Go to line 36.

☐ Yes. Fill in the total amount of all of these priority claims. Do not include current or ongoing priority claims, such as those you listed in line 19.

Total amount of all past-due priority claims. ................   $_____   ÷ 60   $_____

**36. Projected monthly Chapter 13 plan payment**     $ *N/A 3200*

Current multiplier for your district as stated on the list issued by the Administrative Office of the United States Courts (for districts in Alabama and North Carolina) or by the Executive Office for United States Trustees (for all other districts).

To find a list of district multipliers that includes your district, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

x _____

Average monthly administrative expense   $ *N/A*   Copy total here ➜   $ *N/A*

**37. Add all of the deductions for debt payment.** Add lines 33e through 36.   $ *N/A*

---

**Total Deductions from Income**

**38. Add all of the allowed deductions.**

Copy line 24, *All of the expenses allowed under IRS expense allowances* ...............   $ *0*

Copy line 32, *All of the additional expense deductions* ...............   $ *0*

Copy line 37, *All of the deductions for debt payment* ...............   + $ *0*

Total deductions ...............   $ *0*   Copy total here ➜   $ *0*

---

Debtor 1  *Vance Strider*
First Name   Middle Name   Last Name

Case number *(if known)* *2020346*

| Part 2: | Determine Your Disposable Income Under 11 U.S.C. § 1325(b)(2) |
|---|---|

39. Copy your total current monthly income from line 14 of Form 122C-1, *Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period.* ............................... $ *5000-7200*

40. **Fill in any reasonably necessary income you receive for support for dependent children.** The monthly average of any child support payments, foster care payments, or disability payments for a dependent child, reported in Part I of Form 122C-1, that you received in accordance with applicable nonbankruptcy law to the extent reasonably necessary to be expended for such child.   $ *0*

41. **Fill in all qualified retirement deductions.** The monthly total of all amounts that your employer withheld from wages as contributions for qualified retirement plans, as specified in 11 U.S.C. § 541(b)(7) plus all required repayments of loans from retirement plans, as specified in 11 U.S.C. § 362(b)(19).   $ *0*

42. **Total of all deductions allowed under 11 U.S.C. § 707(b)(2)(A).** Copy line 38 here .........→  $ _____

43. **Deduction for special circumstances.** If special circumstances justify additional expenses and you have no reasonable alternative, describe the special circumstances and their expenses. You must give your case trustee a detailed explanation of the special circumstances and documentation for the expenses.

| Describe the special circumstances | Amount of expense |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | + $ _____ |
| **Total** | $ _____ |  Copy here → + $ _____ |

44. **Total adjustments.** Add lines 40 through 43. ...................................... $ _____  Copy here → − $ *0*

45. **Calculate your monthly disposable income under § 1325(b)(2).** Subtract line 44 from line 39.   $ *0*

| Part 3: | Change in Income or Expenses |
|---|---|

46. **Change in income or expenses.** If the income in Form 122C-1 or the expenses you reported in this form have changed or are virtually certain to change after the date you filed your bankruptcy petition and during the time your case will be open, fill in the information below. For example, if the wages reported increased after you filed your petition, check 122C-1 in the first column, enter line 2 in the second column, explain why the wages increased, fill in when the increase occurred, and fill in the amount of the increase.

| Form | Line | Reason for change | Date of change | Increase or decrease? | Amount of change |
|---|---|---|---|---|---|
| ☒ 122C-1 ☐ 122C-2 | — | Can increase if need | | ☐ Increase ☐ Decrease | $ 0 |
| ☒ 122C-1 ☐ 122C-2 | — | Same as above | | ☐ Increase ☐ Decrease | $ 0 |
| ☒ 122C-1 ☐ 122C-2 | — | Same as above | | ☐ Increase ☐ Decrease | $ 0 |
| ☒ 122C-1 ☒ 122C-2 | — | Same as above | | ☐ Increase ☐ Decrease | $ 0 |

Debtor 1    _Nance Strader_
First Name    Middle Name    Last Name

Case number (if known) _2020346_

| Part 4: | **Sign Below** |
|---|---|

By signing here, under penalty of perjury you declare that the information on this statement and in any attachments is true and correct.

✗ _____
Signature of Debtor 1

✗ _____
Signature of Debtor 2

Date _03320_
MM / DD / YYYY

Date _____
MM / DD / YYYY

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | *Vance Strader* |
| | First Name    Middle Name    Last Name |
| Debtor 2 | *Western* |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | District of *PA* |
| Case number | *2020346* |
| (If known) | |

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

- ☐ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).
- ☒ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

- ☐ 3. The commitment period is 3 years.
- ☒ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

Official Form 122C–1

# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

10/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

## Part 1:    Calculate Your Average Monthly Income

1. **What is your marital and filing status?** Check one only.
   - ☐ **Not married.** Fill out Column A, lines 2-11.
   - ☒ **Married.** Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ *2500 - 4800* | $ *0* |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse. | $ *0* | $ *0* |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Do not include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $ *2500-4800* | $ *0* |

| 5. | **Net income from operating a business, profession, or farm** | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|---|
| | Gross receipts (before all deductions) | $ *0* | $ | | |
| | Ordinary and necessary operating expenses | – $ *0* | – $ | | |
| | Net monthly income from a business, profession, or farm | $ *0* | $ | Copy here → $ | $ *0* |

| 6. | **Net income from rental and other real property** | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|---|
| | Gross receipts (before all deductions) | $ *2600* | $ | | |
| | Ordinary and necessary operating expenses | – $ *100* | – $ | | |
| | Net monthly income from rental or other real property | $ *2500* | $ | Copy here → $ *2500* | $ *0* |

Debtor 1 _Vance Strader_
First Name   Middle Name   Last Name

Case number (*if known*) _2020346_

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|

**7. Interest, dividends, and royalties** — $ _0_ — $ _0_

**8. Unemployment compensation** — $ _0_ — $ _0_

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ........................................ ↓

For you ........................................... $ _0_

For your spouse ............................. $ _0_

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. — $ _0_ — $ _0_

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

_____ $ _0_ — $ _0_

_____ $ _0_ — $ _0_

Total amounts from separate pages, if any. + $ _0_ — + $ _0_

**11. Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ _5000-7200_ + $ _0_ = $ _5000-7200_

**Total average monthly income**

---

**Part 2:    Determine How to Measure Your Deductions from Income**

**12.** Copy your total average monthly income from line 11. ........................................ $ _5000-7200_

**13. Calculate the marital adjustment.** Check one:

☐ You are not married. Fill in 0 below.

☐ You are married and your spouse is filing with you. Fill in 0 below.

☒ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

_____ $ _0_

_____ $ _0_

_____ + $ _0_

Total ........................................................................ $ _0_    Copy here ➔ – _0_

**14. Your current monthly income.** Subtract the total in line 13 from line 12. — $ _5000-7200_

*Vance Strader* — handwritten

Case number (*if known*) _20 20 346_

Debtor 1 _____

First Name   Middle Name   Last Name

**15. Calculate your current monthly income for the year.** Follow these steps:

15a. Copy line 14 here ➡ ......................................................................   $5000-7200

Multiply line 15a by 12 (the number of months in a year).   **x 12**

15b. The result is your current monthly income for the year for this part of the form. ..................   $60000-86000

**16. Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live.   *PA*

16b. Fill in the number of people in your household.   *0*

16c. Fill in the median family income for your state and size of household. ........................   $53,633
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**17. How do the lines compare?**

17a. ☐ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3.** Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C–2).

17b. ☒ Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C–2).** On line 39 of that form, copy your current monthly income from line 14 above.

| Part 3: | Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4) |
|---|---|

**18.** Copy your total average monthly income from line 11. ........................................   $5000-7200

**19. Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13.

19a. If the marital adjustment does not apply, fill in 0 on line 19a. ...................................   – $ 0

19b. **Subtract line 19a from line 18.**   $5000-7200

**20. Calculate your current monthly income for the year.** Follow these steps:

20a. Copy line 19b. ............................................................................   $5000-7200

Multiply by 12 (the number of months in a year).   **x 12**

20b. The result is your current monthly income for the year for this part of the form. ..................   $60000-86000

20c. Copy the median family income for your state and size of household from line 16c. ................   $53,633

**21. How do the lines compare?**

☐ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* Go to Part 4.

☒ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

Debtor 1 ___*Vance Strader*___    Case number (*if known*) _*2020346*_

First Name    Middle Name    Last Name

| Part 4: | Sign Below |
|---------|------------|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X** _____    **X** _____

Signature of Debtor 1    Signature of Debtor 2

Date _*3 3 20*_    Date _____

MM / DD / YYYY    MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 122C–2.

If you checked 17b, fill out Form 122C–2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

**Fill in this information to identify the case:**

Debtor name *Vance Strader*

United States Bankruptcy Court for the: *Western* District of *Pa*
(State)

Case number (If known): *2020346*

*this form does not apply To me*

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business** *I don't have a business*

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| From the beginning of the fiscal year to filing date: | From ___/___/___ MM / DD / YYYY | to    Filing date | ☐ Operating a business ☐ Other _____ | $_____ |
| For prior year: | From ___/___/___ MM / DD / YYYY | to ___/___/___ MM / DD / YYYY | ☐ Operating a business ☐ Other _____ | $_____ |
| For the year before that: | From ___/___/___ MM / DD / YYYY | to ___/___/___ MM / DD / YYYY | ☐ Operating a business ☐ Other _____ | $_____ |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| From the beginning of the fiscal year to filing date: | From ___/___/___ MM / DD / YYYY | to    Filing date | _____ | $_____ |
| For prior year: | From ___/___/___ MM / DD / YYYY | to ___/___/___ MM / DD / YYYY | _____ | $_____ |
| For the year before that: | From ___/___/___ MM / DD / YYYY | to ___/___/___ MM / DD / YYYY | _____ | $_____ |

*handwritten:* 3/9/15

*handwritten:* 20-20346 CMB

# Uber

# Vance Strader

Tax Summary for 2020/1

Thanks for doing driving with Uber in 2020/1. Below is a breakdown of your earnings over the month that may help you file your taxes.

## Driving Totals

Online Miles shows all of the miles you drove while online, including off trip miles.

**170**
COMPLETED TRIPS

**1,843**
ONLINE MILES







### Your Gross Earnings

Total Trip Earnings from Uber plus any other additional earnings

| | |
|---|---|
| Gross Trip Earnings | + $2,953.26 |
| Total Additional Earnings | + $118.92 |

**$3,072.18**

### Expenses, Fees and Tax

Expenses, Fees and Tax. For a complete breakdown, please refer to table 1 on page 2.

| | |
|---|---|
| Expenses, Fees and Tax | + $839.02 |

**$839.02**

### Your Net Payout

Not for tax filing purposes. This amount represents what was paid to your bank account.

| | |
|---|---|
| Net Earnings | $2,233.16 |

**$2,233.16**

*handwritten:* 2233.16

*handwritten:* I do not think Uber qualifies as an employer, but I am supplying this information anyways.

This is not an official tax document. Uber does not offer any tax advice.

Check with a tax professional or go to t.uber.com/taxes-faq for more information

*handwritten:* 1



# Vance Strader

Tax Summary for 2020/2

Thanks for doing driving with Uber in 2020/2. Below is a breakdown of your earnings over the month that may help you file your taxes.



## Driving Totals

Online Miles shows all of the miles you drove while online, including off trip miles.

**235**
COMPLETED TRIPS

**2,461**
ONLINE MILES





| Your Gross Earnings | Expenses, Fees and Tax | Your Net Payout |
|---|---|---|
| Total Trip Earnings from Uber plus any other additional earnings | Expenses, Fees and Tax. For a complete breakdown, please refer to table 1 on page 2. | Not for tax filing purposes. This amount represents what was paid in your bank account. |
| Gross Trip Earnings +$3,691.32 | Expenses, Fees and Tax +$1,071.93 | Net Earnings $2,975.65 |
| Total Additional Earnings +$356.26 | | |
| **$4,047.58** | **$1,071.93** | **$2,975.65** |

*2,975.65*

This is not an official tax document. Uber does not offer any tax advice.

Check with a tax professional or go to t.uber.com/taxes-faq for more information