**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 20-20346-CMB |
| Vance Strader | : Chapter 13 |
|         Debtor | : |
| | : |
| U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-4, Mortgage-Backed Notes, Series 2017-4 c/o Select Portfolio Servicing, Inc. | : Doc # |
| | : |
| | : Related to Doc #25 |
|         Movant | : |
|     vs. | : Hearing date/time: N/A |
| | : |
| Vance Strader | : |
|         Debtor/Respondent | : |
|     and | : |
| Ronda J. Winnecour, Esquire | : |
|         Trustee/Respondent | : |

**OBJECTION TO CONFIRMATION OF THE PLAN DATED 3/9/2020**

      U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-4, Mortgage-Backed Notes, Series 2017-4 c/o Select Portfolio Servicing, Inc. ("Movant"), by its attorneys, Hladik, Onorato & Federman, LLP, objects to confirmation of the Chapter 13 Plan of Debtor, Vance Strader ("Debtor"), as follows:

      1.    As of the bankruptcy filing date of January 30, 2020, Movant holds a secured Claim against the Debtor's property located at 432 Ella Street, Pittsburgh, PA 15221.

      2.    Movant is in the process of filing a Proof of Claim by the 04/09/2020 bar date, with an estimated secured claim in the amount of $29,893.93, and estimated pre-petition arrears in the amount of $8,612.02.

      3.    The Plan currently proposes payment to Movant in the amount of $0.00 for pre-petition arrears.

      4.    The Plan fails to cure the delinquency pursuant to 11 U.S.C. § 1322(b)(5).

      5.    The Plan violates of 11 USC § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.

  6. Movant objects to the feasibility of the Plan under 11 U.S.C. § 1325(a)(6). The Plan proposed by Debtor is not feasible. Movant requests that the bankruptcy case either be converted to a Chapter 7 or be dismissed pursuant to 11 U.S.C. § 1307.

  WHEREFORE, Movant respectfully requests that this Honorable Court deny confirmation of the Debtor's Chaper 13 Plan.

              Respectfully submitted,

Dated: 03/11/2020

              /s/Danielle Boyle-Ebersole, Esquire
              Danielle Boyle-Ebersole, Esquire
              Attorney I.D. # 81747
              Hladik, Onorato & Federman, LLP
              298 Wissahickon Avenue
              North Wales, PA 19454
              Phone 215-855-9521/Fax 215-855-9121
              debersole@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 20-20346-CMB |
| Vance Strader | : Chapter 13 |
|         Debtor | : |
| | : |
| U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-4, Mortgage-Backed Notes, Series 2017-4 c/o Select Portfolio Servicing, Inc. | : Doc # |
| | : Related to Doc #25 |
|         Movant | : |
|       vs. | : Hearing date/time: N/A |
| | : |
| Vance Strader | : |
|         Debtor/Respondent | : |
|    and | : |
| Ronda J. Winnecour, Esquire | : |
|         Trustee/Respondent | : |

**CERTIFICATE OF MAILING OF OBJECTION TO THE PROPOSED
PLAN TO PARTIES IN INTEREST**

    I, Danielle Boyle-Ebersole, Esquire, attorney for U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-4, Mortgage-Backed Notes, Series 2017-4 c/o Select Portfolio Servicing, Inc. ("Movant"), certify that I served a copy of the attached Objection to the Plan to the parties below on 03/11/2020:

Ronda J. Winnecour, Esquire  
Via ECF:  
cmecf@chapter13trusteewdpa.com  
*Trustee*

Vance Strader  
231 Yosemite Drive  
Pittsburgh, PA 15235  
Via First Class Mail  
*Pro Se Debtor*

                          Respectfully Submitted,

Date: 03/11/2020                /s/Danielle Boyle-Ebersole, Esquire  
                                       Danielle Boyle-Ebersole, Esquire  
                                       Attorney I.D. # 81747  
                                       Hladik, Onorato & Federman, LLP  
                                       298 Wissahickon Avenue  
                                       North Wales, PA 19454  
                                       Phone 215-855-9521/Fax 215-855-9121  
                                       debersole@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 20-20346-CMB |
| Vance Strader | : Chapter 13 |
|     Debtor | : |
| | : |
| U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-4, Mortgage-Backed Notes, Series 2017-4 c/o Select Portfolio Servicing, Inc. | : |
| | : Doc # |
| | : |
| | : Related to Doc #25 |
|     Movant | : |
| vs. | : Hearing date/time: N/A |
| | : |
| Vance Strader | : |
|     Debtor/Respondent | : |
| and | : |
| Ronda J. Winnecour, Esquire | : |
|     Trustee/Respondent | : |

## **ORDER**

Upon consideration of U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-4, Mortgage-Backed Notes, Series 2017-4 c/o Select Portfolio Servicing, Inc.'s Objection to Confirmation of the proposed Plan, and having heard the argument of counsel and for good cause having been shown;

It is on this _____ day of _____, 2020 ORDERED that the Confirmation is DENIED.

BY THE COURT:

_____
Honorable Carlota M. Bohm
Chief United States Bankruptcy Judge