*Vance Sprague*

## List of Creditors and alleged creditors and their addresses

1. US bank
   8950 Cypress water Blvd
   Coppell TX, 75019
2. PHH
   3000 Leadenhall Rd
   Mt Laurel NJ, 08954
3. PNC
   500 First Ave
   Pittsburgh PA, 15219
4. SPS
   3217 S. Decker lake Dr
   Salt Lake City UT, 84119
5. Wells Fargo Mortgage
   1200 West 7th St.
   Los Angeles CA, 90017
6. Capital One
   1680 Capital One Dr.
   Mc Lean VA, 22102
7. Creditone Bank
   6801 South Cimarren Rd.
   Las Vegas NV, 89193
8. Discover
   502 East Market St.
   Greenwood DE, 19950
9. Mercury

FILED 2020 MAR 13 P 2:53 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

1 of 4

    520 6th St.

    Brookings SD, 57006

10.    Wells Fargo Card

    420 Montgomery St.

    Des Moines IA, 50306

11.    Wells Fargo Card

    7000 Vista Dr.

    West Des Moines IA, 50266

    See attachment for bankruptcy plan and attachment A all of the above are account debtors, securities intermediaries, Non-bank servicers, debt collectors, trustees and not creditors.

12.    Jordan Tax Services

    7100 Baptist Rd.

    Bethel Park Pgh PA, 15105

13.    MBM Tax Collectors

    100 Purity Rd.

    Suite 3

    PennHills PA, 15235

    Jordan Tax Services and MBM tax collectors are collecting Federal Reserve notes for the municipal corporations government entities when collecting Federal Reserve notes see Supreme Court case Memphis Bank versus Garner. Jordan Tax Services and mbm tax collection are Private third party debt collectors, see Pollice versus National Tax funding third circuit Court of Appeals. these two entities cannot bring a valid proof of claim.

    14.    People's Natural Gas
        375 North Shore Dr.
        Pittsburgh PA, 15212
    15.    AT&T Wireless
        208 S Akard St.
        Dallas TX, 75202

Peoples Gas and AT&T are true creditors they provided a service. I will satisfied any and all obligations through the plan on valid proof of claim from all so called creditors.

*[signature]* 3/13/20