**Form 224**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Vance Strader**
**aka Advance Housing**
25−1799422
   Debtor(s)

Bankruptcy Case No.: 20−20346−CMB

Chapter: 13
Docket No.: 27 − 1, 24

## CERTIFICATION

The undersigned Clerk of the above−entitled Court certifies that:

The above−captioned case was filed on **January 30, 2020** without all documentation necessary to complete the filing. The Clerk notified the Debtor(s)' attorney, or Debtors(s) if not represented by an attorney, that the deadline for filing the required schedules, statements and/or other documents was **March 7, 2020** and failure to meet that deadline would result in the dismissal of the case.

As of **March 11, 2020,** the above deadline has passed and some or all of the required documents have not been filed with the Clerk.

                            Michael R. Rhodes
                            Clerk

## ORDER

**IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE,** based on the foregoing *Certification* and pursuant to *Fed.R.Bankr.P. 1007* and *Amended General Order #1991−1* of the Court.

Each *Income Attachment* issued in the case is now **TERMINATED.**

Debtor(s) must immediately serve a copy of this *Order* on each employer/entity subject to an *Attachment Order,* so that each such employer/entity knows to stop the attachment.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: March 11, 2020                             Carlota M. Bohm
                                                          United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 20-20346-CMB
Vance Strader                                                             Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: lfin              Page 1 of 2                Date Rcvd: Mar 11, 2020
                            Form ID: 224            Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2020.
db              +Vance Strader,    231 Yosemite Dr.,    Pittsburgh, PA 15235-2045
cr              +Penn Hills School District and Municipality of Pen,    Tax Division,
                  c/o Maiello, Brungo & Maiello, LLP,    Foxpointe II,    100 Purity Rd, Ste. 3,
                  Pittsburgh, PA 15235-4441
cr              +U.S. Bank National Association,    Robertson, Anschutz, Schneid & Crane LLC,
                  10700 Abbott's Bridge Road, Suite 170,    Duluth, GA 30097-8461
cr              +Wilkinsburg School District and Borough of Wilkins,    c/o Maiello Brungo & Maiello, LLP,
                  100 Purity Road,    Suite 3,    Pittsburgh, PA 15235-4441
15197013         HSBC Bank USA, National Association et al,    Wells Fargo Bank, N.A.,
                  Default Document Processing,    MAC# N9286-01Y,    1000 Blue Gentian Road,
                  Eagan, MN, 55121-7700
15212598        +Wilkinsburg Borough,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                  Pittsburgh, PA 15235-4441
15212597        +Wilkinsburg School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                  Pittsburgh, PA 15235-4441

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/Text: kburkley@bernsteinlaw.com Mar 12 2020 03:31:02     Duquesne Light Company,
                  c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                  Pittsburgh, PA 15219-1945
cr              +EDI: PRA.COM Mar 12 2020 07:13:00      PRA Receivables Management, LLC,    PO Box 41021,
                  Norfolk, VA 23541-1021
15214818         EDI: CAPITALONE.COM Mar 12 2020 07:13:00      Capital One Bank (USA), N.A.,
                  by American InfoSource as agent,    PO Box 71083,    Charlotte, NC  28272-1083
15194134        +E-mail/Text: bankruptcy@cavps.com Mar 12 2020 03:30:42      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
15196290         EDI: DISCOVER.COM Mar 12 2020 07:13:00      Discover Bank,   Discover Products Inc,
                  PO Box 3025,   New Albany, OH  43054-3025
15192459        +EDI: RMSC.COM Mar 12 2020 07:13:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
15191793         EDI: USBANKARS.COM Mar 12 2020 07:13:00      US BANK,    425 WALNUT ST,    CINCINNATI OH 45202
                                                                                               TOTAL: 7

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               HSBC Bank USA, National Association, et.al.
cr               PNC Mortgage, A Division Of Pnc Bank, National Ass
cr               U.S. Bank National Association, as indenture trust
                                                                                   TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2020 at the address(es) listed below:
              Danielle  Boyle-Ebersole    on behalf of Creditor    U.S. Bank National Association, as indenture
               trustee, for the holders of the CIM Trust 2017-4, Mortgage-Backed Notes, Series 2017-4 c/o
               Select Portfolio Servicing, Inc. debersole@hoflawgroup.com, pfranz@hoflawgroup.com
              James  Warmbrodt    on behalf of Creditor    PNC Mortgage, A Division Of Pnc Bank, National
               Association bkgroup@kmllawgroup.com
              Jennifer L. Cerce    on behalf of Creditor    Wilkinsburg School District and Borough of
               Wilkinsburg jlc@mbm-law.net
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn
               Hills jlc@mbm-law.net
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com

```
District/off: 0315-2           User: lfin              Page 2 of 2                    Date Rcvd: Mar 11, 2020
                               Form ID: 224            Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Sindi  Mncina   on behalf of Creditor   U.S. Bank National Association smncina@rascrane.com
          Thomas  Song   on behalf of Creditor   HSBC Bank USA, National Association, et.al. pawb@fedphe.com
                                                                                                                                                                         TOTAL: 9