| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Vance Strader** | Social Security number or ITIN | **xxx–xx–7017** |
| | First Name  Middle Name  Last Name | EIN | **25–1799422** |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed for chapter **13** | **1/30/20** |
| Case number: | **20–20346–CMB** | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case       12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Vance Strader | |
| 2. | **All other names used in the last 8 years** | aka Advance Housing | |
| 3. | **Address** | 231 Yosemite Dr.<br>Pittsburgh, PA 15235 | |
| 4. | **Debtor's attorney**<br>Name and address | Vance Strader<br>231 Yosemite Dr.<br>Pittsburgh, PA 15235 | Contact phone _____<br><br>Email: NONE |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 3/20/20 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 1, 2020 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 7/31/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/9/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/28/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**6/1/20** at **09:00 AM** , Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

Certificate of Notice    Page 3 of 4

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                    Case No. 20-20346-CMB
Vance Strader                                                             Chapter 13
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0315-2          User: lfin                   Page 1 of 2            Date Rcvd: Mar 20, 2020
                              Form ID: 309I                Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2020.
db             +Vance Strader,    231 Yosemite Dr.,    Pittsburgh, PA 15235-2045
aty            +Danielle Boyle-Ebersole,    Hladik, Onorato & Federman, LLP,    298 Wissahickon Avenue,
                 North Wales, PA 19454-4156
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
aty            +Jennifer L. Cerce,    Maiello Brungo & Maiello,    Southside Works,    424 S. 27th Street, Ste 210,
                 Pittsburgh, PA 15203-2380
aty            +Keri P. Ebeck,    Bernstein-Burkley,    707 Grant Street,   Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1945
aty            +Sindi Mncina,   RAS Crane LLC,    10700 Abbott's Bridge Road,    Suite 170,
                 Duluth, GA 30097-8461
aty            +Thomas Song,    Phelan Hallinan Diamond & Jones, LLP,    1617 JFK Boulevard,    Suite 1400,
                 Philadelphia, PA 19103-1814
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
cr             +Penn Hills School District and Municipality of Pen,     Tax Division,
                 c/o Maiello, Brungo & Maiello, LLP,    Foxpointe II,    100 Purity Rd, Ste. 3,
                 Pittsburgh, PA 15235-4441
cr             +U.S. Bank National Association,    Robertson, Anschutz, Schneid & Crane LLC,
                 10700 Abbott's Bridge Road, Suite 170,    Duluth, GA 30097-8461
cr             +Wilkinsburg School District and Borough of Wilkins,     c/o Maiello Brungo & Maiello, LLP,
                 100 Purity Road,   Suite 3,    Pittsburgh, PA 15235-4441
15217388       +Discover,   502 East Market St.,    Greenwood DE 19950-9700
15197013        HSBC Bank USA, National Association et al,    Wells Fargo Bank, N.A.,
                 Default Document Processing,    MAC# N9286-01Y,    1000 Blue Gentian Road,
                 Eagan, MN, 55121-7700
15217392       +Jordan Tax Services,    7100 Baptist Rd.,    Bethel Park Pgh PA 15102-3908
15217393       +MBM Tax Collectors,    100 Purity Rd.,    Suite 3,   PennHills PA 15235-4441
15217389       +Mercury,   520 6th St.,    Brookings SD 57006-2028
15217382       +PHH,   3000 Leadenhall Rd,    Mt Laurel NJ 08054
15217383      ++PNC BANK,    500 FIRST AVE P7-PFSC-02-F,    PITTSBURGH PA 15219-3129
               (address filed with court:    PNC,    500 First Ave,   Pittsburgh PA, 15219)
15217394       +People's Natural Gas,    375 North Shore Dr.,    Pittsburgh PA 15212-5866
15217381       +US bank,   8950 Cypress water Blvd,    Coppell TX 75019-4620
15217390        Wells Fargo Card,    420 Montgomery St.,    Des Moines IA, 50306
15217385       +Wells Fargo Mortgage,    1200 West 7th St.,    Los Angeles CA 90017-2387
15212598       +Wilkinsburg Borough,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
15212597       +Wilkinsburg School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 21 2020 04:24:17      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Mar 21 2020 04:24:31
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
cr             +E-mail/Text: kburkley@bernsteinlaw.com Mar 21 2020 04:26:11      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
cr             +EDI: PRA.COM Mar 21 2020 07:18:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15217395       +EDI: CINGMIDLAND.COM Mar 21 2020 07:18:00      AT&T Wireless,    208 S Akard St.,
                 Dallas TX 75202-4206
15217386       +EDI: CAPITALONE.COM Mar 21 2020 07:18:00      Capital One,    1680 Capital One Dr.,
                 Mc Lean VA 22102-3407
15214818        EDI: CAPITALONE.COM Mar 21 2020 07:18:00      Capital One Bank (USA), N.A.,
                 by American InfoSource as agent,    PO Box 71083,    Charlotte, NC   28272-1083
15194134       +E-mail/Text: bankruptcy@cavps.com Mar 21 2020 04:25:26      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
15217387       +E-mail/PDF: creditonebknotifications@resurgent.com Mar 21 2020 04:17:26      Creditone Bank,
                 6801 South Cimarren Rd.,    Las Vegas NV 89113-2273
15196290        EDI: DISCOVER.COM Mar 21 2020 07:18:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,   New Albany, OH   43054-3025
15217384       +E-mail/Text: jennifer.chacon@spservicing.com Mar 21 2020 04:26:26      SPS,
                 3217 S. Decker lake Dr,    Salt Lake City UT 84119-3284
15192459       +EDI: RMSC.COM Mar 21 2020 07:18:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
15191793        EDI: USBANKARS.COM Mar 21 2020 07:18:00      US BANK,    425 WALNUT ST,   CINCINNATI OH 45202
15217391       +EDI: WFFC.COM Mar 21 2020 07:18:00      Wells Fargo Card,    7000 Vista Dr.,
                 West Des Moines IA 50266-9310
                                                                                              TOTAL: 14
```

```
District/off: 0315-2           User: lfin              Page 2 of 2            Date Rcvd: Mar 20, 2020
                               Form ID: 309I           Total Noticed: 38

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              HSBC Bank USA, National Association, et.al.
cr              PNC Mortgage, A Division Of Pnc Bank, National Ass
cr              U.S. Bank National Association, as indenture trust
                                                                              TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2020 at the address(es) listed below:

```
         Danielle Boyle-Ebersole    on behalf of Creditor   U.S. Bank National Association, as indenture
          trustee, for the holders of the CIM Trust 2017-4, Mortgage-Backed Notes, Series 2017-4 c/o
          Select Portfolio Servicing, Inc. debersole@hoflawgroup.com, pfranz@hoflawgroup.com
         James  Warmbrodt    on behalf of Creditor   PNC Mortgage, A Division Of Pnc Bank, National
          Association bkgroup@kmllawgroup.com
         Jennifer L. Cerce    on behalf of Creditor    Wilkinsburg School District and Borough of
          Wilkinsburg jlc@mbm-law.net
         Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn
          Hills jlc@mbm-law.net
         Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
          jbluemle@bernsteinlaw.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         Sindi  Mncina    on behalf of Creditor    U.S. Bank National Association smncina@rascrane.com
         Thomas  Song    on behalf of Creditor    HSBC Bank USA, National Association, et.al. pawb@fedphe.com
                                                                                   TOTAL: 9
```