IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
                                           :

VANCE STRADER,                     :          Case No.  20-20346 CMB
                                           :

                                         :          Chapter 13
                Debtor          :

## ORDER

      *AND NOW*, this 20th day of March, 2020, it is hereby ***ORDERED, ADJUDGED***

***and DECREED*** that the ***ORDER DISMISSING CASE*** dated March 11, 2020 at Doc. No. 27 is

***VACATED.***

Carlota M. Böhm                          **dmr**
Chief U. S. Bankruptcy Judge

cm:  Vance Strader
    231 Yosemite Dr.
    Pittsburgh, PA  15235

FILED
3/20/20 3:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 20-20346-CMB
Vance Strader                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin            Page 1 of 1              Date Rcvd: Mar 20, 2020
                              Form ID: pdf900       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2020.
db            +Vance Strader,    231 Yosemite Dr.,   Pittsburgh, PA 15235-2045

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2020 at the address(es) listed below:
          Danielle Boyle-Ebersole   on behalf of Creditor   U.S. Bank National Association, as indenture
           trustee, for the holders of the CIM Trust 2017-4, Mortgage-Backed Notes, Series 2017-4 c/o
           Select Portfolio Servicing, Inc. debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
          James Warmbrodt   on behalf of Creditor   PNC Mortgage, A Division Of Pnc Bank, National
           Association bkgroup@kmllawgroup.com
          Jennifer L. Cerce   on behalf of Creditor   Penn Hills School District and Municipality of Penn
           Hills jlc@mbm-law.net
          Jennifer L. Cerce   on behalf of Creditor   Wilkinsburg School District and Borough of
           Wilkinsburg jlc@mbm-law.net
          Keri P. Ebeck   on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          Sindi Mncina   on behalf of Creditor   U.S. Bank National Association smncina@rascrane.com
          Thomas Song   on behalf of Creditor   HSBC Bank USA, National Association, et.al. pawb@fedphe.com
                                                                          TOTAL: 9