## UNITED STATES BANKRUPTCY COURT OF WESTERN PENNSYLVANIA

Vance Strader                                    20-20346-CBM

V

Any Alleged Creditor

FILED 2020 APR -2 P 1:02 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

NOTICE OF CONSTITUTIONAL CHALLENGE FOR WILLFUL DENIAL OF RIGHTS DUE PROCESS AND COMMON LAW TRIAL BY JURY ON ANY FINAL DECISIONS

NOTICE OF RECONSIDERATION OF WILLFUL DENIAL TO THIS FEDERAL COURT OF RECORD WITHOUT A LAWFUL CAUSE

NOTICE OF CONGRESSIONAL INQUIRY FOR DENIAL OF CONSTITUTIONAL RIGHTS

1. I Vance Strader constitutionally challenge to any statute, code from the bankruptcy court to force me to be on a commercial private side of the Court or force me to hire one of there private Bar card members, so i can't have a trial by jury. I constitutionally challenge and I require that the attorney general William Pelham Barr to intervene on this article 1 legislative Court operating in this commercial capacity to bar me from my trial by jury, pursuant to the 7th amendment of the UNITED STATES constitution.

2. The bankruptcy act says I'm entitled to a trial by jury and I'm also allowed a set off in an alleged bankruptcy proceeding. This privately owned bankruptcy Court of Western Pennsylvania, is denying me my right to a trial by jury along with set off. This is a blatant act of being at war with the Constitution and the laws of the United States.

3. The bankruptcy court of Western Pennsylvania is privately owned; it has a tax ID number and a dunning's number; it is an article 1 legislative Court operating in an administrative capacity and not judicial.

4. This court is also a Court under the executive branch of government pursuant to army and Navy manual 1947, which states that the court and the bar association is up under the military pursuant to the Reconstruction act and the lieber code, and pursuant to AR 840 - 10 the military flag can only hang indoors in the chapel or in a court,The executive military flag is hanging in this courtroom when you walk in the building.

5. Everyone in the bankruptcy court of Western Pennsylvania are oath takers; they swore to the people and God that they would uphold the Constitution binding me to a private language called legalese , the bankruptcy code and statutes, I constitutionally challenge that these codes for profit can overthrow the Constitution and or be above the Constitution. I require William P Barr, the attorney general, to intervene to see why this court is throwing my cases for frivolous nonsense,out without good cause and not following the Constitution and operating on perception presumptions and deceptions when the people are not allowed to have a jury of their peers.

6. When you ask for a trial by jury this courts ignore or deny dismissed and ignore you this is common practice when you're not an attorney and not a member of their private legal Society. I constitutionlly challenge any code statute allow these public officials to act in this manner, William P Barr needs to intervene to find out why his courts are operating in this manner. I constitutional challenge and require attorney general to intervene to see why this is common practice is allowed. These oath takers acting in their personal

capacity It is my belief that they think that they are above the law and do not have to follow the constitutional oath, there's no discretion to overthrow the Constitution for profit.

7. I constitutionally challenge that William P Barr the attorney general intervene pursuant to the Constitution my obligation to contract is being denied when there is a common-law side of the Court side and a commercial side of the bankruptcy court of Western Pennsylvania.This is clearly a due process violation with my right to be heard in the courts without paying one of their private bar card members.My case was dismissed without good cause for the second time with no opportunity to cure any alleged fault or any incorrection, the reason was that I did not turn in all the schedules forms to the bankruptcy court I turned in everything that was on the document that the clerk gave me for all the schedules.

8. I received a bogus order that is not in compliance with title 28 USC 1691 for the clerk and the judge are supposed to sign the order and there is no signature with a seal. this is why I constitutionally challenge, that the Attorney General William P Barr to intervene and find out why my money is being stolen by his court, by some code or statute without good cause. This is not a republican form of government when this bankruptcy court of Western Pennsylvania is privately owned and run by the private nonprofit Bar Association.

9. The Bankruptcy court of Western Pennsylvania is forcing me to contract with a commercial side, administrative , privately owned side of the courts. This is another violation of the Federal Constitution blatantly, openly and knowingly.

10. For all the reasons listed in paragraphs 1 and 9 this biased unconstitutional court must reconsider Its decision to throw my case out for the second time without good cause. The second dismissal somebody alleged I didn't provide the forms the court. The court is not being very specific about what form they are talking about. Plus that allow me opportunity to cure any defect not just steal my $320 along with the $100 two months prior.

11. The court sent me a letter stating that if all my forms weren't in that the trustee can file a motion to dismiss and it would be granted by a judge and not my jury of my peers. motion from the trustee was never filed it is my belief all my paperwork was turned in on the 9th the alleged deadline was the 7th which was on a Saturday. This is all legal garbage and nonsense to dismiss my case because attorneys make mistakes all the time and their cases are not thrown out on a whim.

12. I constitutionally challenge any statue or code that allows the court administrators to dismiss the people in a voter's cases to steal their money when the people, voters are paying these administrators $160,000 a years in the bankruptcy courts, the president didn't appoint them to do the same. It is my belief this is corruption in the Attorney General William P Barr need to intervene and find out why my money is being stolen from me on nonsense to block me from my day in court.

13. All oath takers in the bankruptcy court of Western Pennsylvania they're acting in their private capacity because they're not following the Constitution of the United States along with the laws of the United States there is no rule or discretion to overthrow the Constitution and laws of the United States. I'm entitled to a trial by jury pursuant to the 7th amendment if the controversy is more than $20 and which it is. When a judge or clerk

is this missing my case without a verdict from a jury of my peers it is a violation of the Constitution. They are acting in their private unofficial capacity William P Barr the attorney general of the United States of America needs to intervene to find out why these oak takers are not following the Constitution and the laws of the United States and getting paid with the obligations of the United States as defined in 12 USC 411.

14. I constitutionally challenge and that William Barr, the attorney general of the United States of America to intervene to find out why all oath takers acting in their private capacity, can take $420 of my property and labor in the bankruptcy Court Western of Pennsylvania.

15. I have a right to the courts and the law says I should not be forced to pay a fee for my rights to the courts as held in Pennsylvania vs Murdock supreme Court case Pennsylvania Constitution section XI says justice shall not be for sale. Common law magna Carta in sections 38 and 45 it says justice shall not be for sale and a right to a jury of my peers, this is why I'm constitutionally challenging and William Barr attorney general United States of America should intervene to see why I'm being charged a fee for a right and why my case have been dismissed for not paying and also the clerk told me I have 30 days to have the money in and my case was dismissed by judge and not my jury of my peers.

16. I'm being charged the fee for a right and my money's being stolen because allegedly I didn't pay for my right to the court can my first bankruptcy case files 2019 and in February 2020. This is a scam to steal my money in order to force me to hire one of their private bar cart members who are associated with the American and a British bar association an the private lawyers guild.

17. This is why I constitutionally challenge the bankruptcy court of Western Pennsylvania in any bankruptcy code statute ordinance that allows the members of the privately owned bankruptcy Court Western of Pennsylvania to steal my money to hire one of their private bar card members. Pursuant to the judiciary act which is one of the laws of the United States I have a right to represent myself a friend and or family member. This privately owned bankruptcy Court of Western Pennsylvania is doing nothing more than trying to get me to hire one of their private members and blocking me from my right to a trial by jury and I have my day in court which is a due process violation to block me from that right. And all men and women responsible for denying me due process and a right to the courts, the attorney general and order president's office should remove them from office.

18. I constitutionally challenge and the United States attorney general should intervene because the order dismissing my case to hire one of their private members. Again the orders to steal my money is faking ,and fraudulent pursuant to title 28 United States code 1691 call orders need to be signed by the clerk what a raised seal an aso-called judge.

19. Are constitutionally challenge and the Attorney General William Barr should intervene to see why I am being forced to commit perjury by saying and admit that I'm a debtor when I'm not. IRS publication 1212 say nominee and the privately owned federal Reserve The credit in question belongs to me and these financial institutions masquerading as creditors owe me a liability,As defined and general accounting acceptance principal which is known as the matching principle 12 USC 1831 n, statement of cash flow 95 fasb footnotes and modern money mechanics Page Six.

20. Chief justice Warren Burger was correct when he said most attorneys are incompetent and or crooked they want to charge me five to six thousand dollars and do not know how to do a proper proof of claim they do not understand what is a holder in due course under article 3 they do not understand Article 4 of The Uniform Commercial Code article 4A of the Uniform Commercial Code article 8 of The Uniform Commercial Code and article 9 of the Uniform Commercial Code along with Article 2. They do not understand Financial Accounting Standards Board 95, 140 and all the rest of the statements. I constitutionally challenge any statute code or ordinance that forces me to contract with the bankruptcy court with incompetent attorneys any Attorney General William Barr should intervene to find out why I cannot have my day in court with all my competent claims.

21. I constitutionally challenge and William P Barr should intervene on any statute code or ordinance allowing attorney hearsay testimony with a bogus proof of claims without a sworn affidavit by a creditor, a holder in due course, who is swearing that I owe them. The bankruptcy court of Western Pennsylvania is blocking me from presenting my case to a jury of my peers for them to render a verdict on who owes who, on whether I owe lawful money or Federal Reserve notes. There is no constitutionality or any code or statute that allows the court to deny you due process and a trial by jury with a living man come before the court with an injury or harm good night just unverifiable attorney hearsay testimony.

22. And in closing its the 13th Amendment violation the force me to pay an attorney debt collector and security intermediaries a payment plan when they are not a creditor or holder in due course that has injury in fact of a loss or harm. when it's a fact take judicial notice Consumer loans are from deposits of a negotiable instrument governed under

12usc1813L1 and article 3 which is treated like a draft under article 4 A which create a ledger as the fine in 12 USC 1831 n of assets ,and liabilities the liability is owed to the consumer and the receivables are securitized and turned into Financial assets under article 8 have the Uniform Commercial Code.It is a crime of slavery to make somebody work for a payment plan for disinterested third party for my own credit, it's impossible to default on your own credit. I constitutionally challenge any statute or code can overturn a common law any attorney general William Barr she intervened answer this question whether or not they're still a seventh amendment of the United States Constitution.

I require that this court and or any man or woman who is missing my case to reconsider All-22 paragraphs of this courts unconstitutional Acts when I always require a trial by jury with a verdict not an order from a judge.

I really object to public officials trampling over the Constitution when men and women in a military die about that document.

For the record I will be submitting a congressional inquiry as to why I cannot get a trial by jury and why my money is being stolen for frivolous matters, to force me to pay private bar card members to speak for me. And again it is my belief that I'm being treated this way because I'm not a bar card member and this Court and Corporations do not want none of the people who are voters to question the fraudulent fiat currency system.

Respectfully submitted in this court of record 01/02/20

Vance Strader

231 Yosemite Dr

Pgh pa 15235,    412-979-4870

I require all parties to email me including the court to email Plus regular mail. I'm having mail problems  commonlaw4commongood@gmail.com

**Certification of service**

I certify served by mail or emailed no 04/2/20

Donald Trump's office 1600 Pennsylvania Avenue Northwest Washington DC 20500

William P Bar justice department of the United States 950 Pennsylvania Avenue Northwest Washington DC 20530

Mike Doly 306 Cannon HOB Washington, DC 20515

Bob Casey 393 Russell Senate Office Building Washington, D.C. 205103

Pat Toomey 248 Russell Senate Office Building Washington, D.C. 20510

PROVOST MARSHAL GENERAL Maj. Gen. Kevin Vereen, Sgt. Maj. Larry Orvis

1400 Defense Pentagon Washington, DC 20301-1400.

**VERIFICATION**

I Verify and affirm that all my claims are true and I will verify in open court under penalty of perjury.

**UNITED STATES BANKRUPTCY COURT OF WESTERN PENNSYLVANIA**

Vance Strader                                                                               20-20346-CBM

V

Any Alleged Creditor

## ORDER

Upon Constitution of the United States I have a right to the court not to have my money stolen by Statute or code and I should have due process to be heard in front of a jury of my peers to render a verdict, which consists of six black who are not incompetent and 6 whites that are under the age of 50 if I have a choice I don't want to deal with nobody white and over 50 and or blacks that are taught by the American school system to be incompetent and uneducated.

Order confirming the courts righteous Behavior to give me my common law right to this federal court of record on a day of April 2nd 2020

_____

                                                                Carlota M Bohm

Form 224

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

Vance Strader
aka Advance Housing
25-1799422
   Debtor(s)

Bankruptcy Case No.: 20-20346-CMB

Chapter: 13
Docket No.: 27 - 1, 24

## CERTIFICATION

The undersigned Clerk of the above-entitled Court certifies that:

The above-captioned case was filed on **January 30, 2020** without all documentation necessary to complete the filing. The Clerk notified the Debtor(s)' attorney, or Debtors(s) if not represented by an attorney, that the deadline for filing the required schedules, statements and/or other documents **was March 7, 2020** and failure to meet that deadline would result in the dismissal of the case.

As of **March 11, 2020**, the above deadline has passed and some or all of the required documents have not been filed with the Clerk.

                                                      Michael R. Rhodes
                                                      Clerk

## ORDER

**IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE**, based on the foregoing *Certification* and pursuant to *Fed.R.Bankr.P. 1007* and *Amended General Order #1991-1* of the Court.

Each *Income Attachment* issued in the case is now **TERMINATED**.

Debtor(s) must immediately serve a copy of this *Order* on each employer/entity subject to an *Attachment Order*, so that each such employer/entity knows to stop the attachment.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349*, and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order*.

Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: March 11, 2020                                                      Carlota M. Bohm
                                                              United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

PGH00001

FILED
2020 APR -2 P 1:04
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH