UNITED STATES BANKRUPTCY COURT OF WESTERN PENNSYLVANIA



Vance Strader    20-20346-CBM

V

Any Alleged Creditor

**DECLARATION AND NOTICE FOR ADDITIONAL 30 DAYS FROM JUNE 1 2020 FOR MEETING WITH ALLEGED CREDITORS THERE ARE FAKES COMMITTING PERJURY SAYING THEY ARE AND OR WORK FOR A CREDITOR**

1. Statements of facts I was under the impression mycase was unlawfully dismissed without good cause by this court. and I not too long ago found out but that order was vacated for just and lawful cause that I brought to the attention of this administrative tribunals attention.

2. I'm under the impression that the government is shut down and I am trying to make sure I don't get covid-19 or anybody in my family. all the law libraries are closed and I do not have legal resources to research this legal code garbage ,That is repugnant to the Constitution as held in Marbury versus Madison. I don't know if the courts are going to be open on June 1st or if they're going to be closed, that is state and federal. I definitely don't want to be in court with some stupid mask on my face.

3. I need 30 additional days from the first June to do a proper proof of claim pursuant to the bankruptcy code the Freedom of Information Act fair debt collection practices Act

and a proof of claim under the Uniform Commercial Code. I'm proof of claim and verification of debt that I am the decedent and that I have accepted the liability for the decedent. I am not the beneficiary of the estate, that these so-called creditors and debt collectors are not trespassing on my estate, that anybody in this matter doesn't have a tax liability for your ultimate evaluation on your carryover bases and that bonds have to be put up for tax liability, All attorneys provide proof of retainer from their so-called creditor Along with their delegation of authority from the Federal Reserve on how they expand the money supply and on how they create their product, any statement without that is perjury and hearsay. All creditors must provide a sworn affidavit that they have suffered some sort of injury in fact that I have caused them as defined in article 3 cases and controversies of the United States Constitution and held in Lujan versus Defenders of Wildlife, On proof of claim prove that a financial asset Governor under article 8 of the UCC can be converted back to a promissory note under article 3 as defined in subject matter of article 3 are the Uniform Commercial Code. and finally that any so-called creditor or debt collector are not making a claim on my estate.

4. This is my notice and declaration on proof of claim Under the UCC in a bankruptcy code the Freedom of Information Act and the fair debt collection practices Act for any debt collector person or individual to verify their claim.

5. I require an additional 30 days from the 1st of June to do a proper proof of claim because I object for the record that any debt collector, or security intermediary as defined in article 8 of the UCC that they lent me credit when is an unimpeachable fact that banks or financial institutions don't lend credit. and that I cannot default On My Own Credit as

determined by the Federal Reserve Federal Reserve attorneys Walker Todd and James Daly ,When there is a matching principle and a set off as defined in general accounting acceptance principle, 12 USC 1831 n and cash flow payments to investors is not alone a defining statement of cash flow 95 footnotes, plus proof of claim of a funds transfer from their account. I require all the individuals in this matter to provide all 1099-a , oid and c as defined in publication 1212,as part of their proof of claim.

6. I Object for the record for the court, the clerks and the attorneys calling me a debtor when it is a fact that I am a private Banker drawer maker sender and originator other first payment order has a fine in the UCC4a. This is perjury to get me to say that I am a debtor and or make me write or sign paperwork saying I'm a debtor when a proof of claim will prove who's who.

And in conclusion I hope it's not the norm from the court to ignore Deny and dismiss the people's and voters' wishes for justice and equality in these courts of record, without any lawful cause.

Respectfully submitted in this court of record 05/18/20
Vance Strader
231 Yosemite Dr
Pgh pa 15235,    412-979-4870
I require all parties to email me including the court to email Plus regular mail. I'm having mail problems commonlaw4commongood@gmail.com

**Certification of service**

I certify served by mail or emailed no such creditors has appeared yet

**VERIFICATION** I Verify and affirm that all my claims are true and I will verify in open court under penalty of perjury.

**UNITED STATES BANKRUPTCY COURT OF WESTERN PENNSYLVANIA**

Vance Strader                                                              20-20346-CBM

V

Any Alleged Creditor

ORDER

Order confirming the courts righteous Behavior to give me Additional 30 days from the 1st of June to My proper proof of claim in this common law federal court of record on a day of May 18 2020

_____
Carlota M Bohm

