IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

VANCE STRADER,             Bankruptcy No. 20-20346 CMB

     Debtor                  Chapter 13

                              Related to Doc. No. 49

### ORDER

**AND NOW,** this *19th* day of *May, 2020*, a *Declaration And Notice For Additional 30 Days From June 1, 2020 For Meeting With Alleged Creditors There Are Fakes Committing Perjury Saying They Are And or Work For a Creditor*, has been filed in the above-captioned case by the Debtor, Vance Strader. It appears that the Debtor is requesting to have his Meeting of Creditors rescheduled to a date thirty (30) days after June 1, 2020.

***THEREFORE, IT IS HEREBY ORDERED*** that the 341 Meeting of Creditors scheduled for June 1, 2020 shall be **RESCHEDULED** by the Clerk, for a date at least 30 days after June 1, 2020.

BY THE COURT:

FILED
5/19/20 2:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm*   dmr
Carlota M. Böhm
Chief United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 20-20346-CMB
Vance Strader                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: lfin              Page 1 of 1                Date Rcvd: May 19, 2020
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2020.
db            +Vance Strader,    231 Yosemite Dr.,    Pittsburgh, PA 15235-2045

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2020 at the address(es) listed below:
        Danielle  Boyle-Ebersole    on behalf of Creditor    U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-4, Mortgage-Backed Notes, Series 2017-4 c/o Select Portfolio Servicing, Inc. debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
        James  Warmbrodt    on behalf of Creditor    PNC Mortgage, A Division Of Pnc Bank, National Association bkgroup@kmllawgroup.com
        Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com
        Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com, cnoroski@grblaw.com
        Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com, cnoroski@grblaw.com
        Jennifer L. Cerce    on behalf of Creditor    Wilkinsburg School District and Borough of Wilkinsburg jlc@mbm-law.net
        Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net
        Jerome B. Blank    on behalf of Creditor    Deutsche Bank National Trust Company, et.al. pawb@fedphe.com
        Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
        Mario J. Hanyon    on behalf of Creditor    HSBC Bank USA, National Association, et.al. pawb@fedphe.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Sindi  Mncina    on behalf of Creditor    U.S. Bank National Association smncina@rascrane.com
        Thomas  Song    on behalf of Creditor    HSBC Bank USA, National Association, et.al. pawb@fedphe.com
        Thomas  Song    on behalf of Creditor    Deutsche Bank National Trust Company, et.al. pawb@fedphe.com
                                                                                          TOTAL: 15