UNITED STATES BANKRUPTCY COURT OF WESTERN PENNSYLVANIA

Vance Strader

20-20346-CBM

V

Trial by Jury

Any Alleged Creditor

1-303.6

NOTICE OF OBJECTION OF PERJURY AND FRAUDULENT PROOF OF CLAIMS BY ACCOUNT DEBTORS SECURITY INTERMEDIARIES AND THIRD PARTY DEBT COLLECTORS CLAIMING TO BE A QUALIFIED HEIR ON MY ESTATE

Notice to Christopher A Wray for fraud in and on the federal courts with fake paper work, fraudulent oral statements and or pleadings by account debtors and third party debt collectors

Notice of congressional inquiry as to why Security intermediaries, account debtors and third party debt collectors can commit fraud and perjury by saying they have a promissory note as a promise to pay when in fact they have a payment order that paid a beneficiary and credits an account

Notice of constitutional challenge to Security intermediaries, account debtors and third party debt collectors can commit fraud and perjury by bring fake documents using the bankruptcy code in a federal court

Notice of verification in debt from all third party debt collectors security intermediaries an account debtors claiming to have a promissory note and or credit application that was exchanged for credit at the Federal Reserve window

Notice of I am rebutting any presumption that these are not Roman and or commercial courts

Notice Pursuant to Canons 2056, 2057 and the cestui que vie trust. I am a living original man and not a corporation I require all administrators claiming to be judges to set off and discharge any allege obligation that I have in this Federal Bankruptcy court financial institutions collecting Federal reserve notes and register with the security exchange commission

"Account debtor" means a person obligated on an account.
"Adverse claim" means a claim that a claimant has a property interest in a *financial asset* and that it is a violation of the rights of the claimant for another person to hold, transfer, or deal with the *financial asset.*
"Consideration" means any consideration sufficient to support a simple contract. The drawer or maker of an instrument has a defense if the instrument is issued without consideration. ucc3-303
"Creditor" means any person who offers or extends credit creating a debt or to whom a debt is owed,
"Financial asset," except as otherwise provided in Section 8-103, means: (i) a security;

(ii) an obligation of a person or a share, participation, or other interest in a person or in property or an enterprise of a person, which is, or is of a type, dealt in or traded on financial markets, or which is recognized in any area in which it is issued or dealt in as a medium for investment; or (iii) any property that is held by a securities intermediary for another person in a securities account if the securities intermediary has expressly agreed with the other person that the property is to be treated as a financial asset under this Article.

"Beneficiary" means the person to be paid by the beneficiary's bank.

"Beneficiary's bank" means the bank identified in a payment order in which an account of the beneficiary is to be credited pursuant to the order or which otherwise is to make payment to the beneficiary if the order does not provide for payment to an account.

"Consumer" means any natural person obligated or allegedly obligated to pay any debt. The term "consumer" includes the consumer's spouse, guardian, executor, or administrator.

Original that means africoid in God's original product call man and woman and not from the Neanderthal

Deception that means the work of Satan and totally against God

Federal Reserve means the privately owned Central Bank that is the Creditor of the United States

"Payment order" means an instruction of a sender to a receiving bank, transmitted orally, electronically, or in writing, to pay, or to cause another bank to pay, a fixed or determinable amount of money to a beneficiary if the instruction does not state a condition to payment to the beneficiary other than time of payment, the receiving bank is to be reimbursed by debiting an account of, or otherwise receiving payment from, the sender, the instruction is transmitted by the sender directly to the receiving bank or to an agent, funds-transfer system, or communication system for transmittal to the receiving bank.

"Proceeds", except as used in Section 9-609(b), means the following property whatever is acquired upon the sale, lease, license, exchange.

"Promissory note" means an order to pay, and does not contain an acknowledgment by a bank that the bank has received for deposit a sum of money or funds. An instrument is a "note" if it is a promise and is a "draft" if it is an order. If an instrument falls within the definition of both "note" and "draft,"

Qualified heir the term "qualified heir" means, with respect to any property, a member of the decedent's family who acquired such property (or to whom such property passed) from the decedent.

"Receiving bank" means the bank to which the sender's instruction is addressed.

"Sender" means the person giving the instruction to the receiving bank.

"Securities account" means an account to which a financial asset is or may be credited in accordance with an agreement under which the person maintaining the account undertakes to treat the person for whom the account is maintained as entitled to exercise the rights that comprise the financial asset.

(b) Except as otherwise provided in subsections (d) and (e), a person acquires a security entitlement if a securities intermediary:

(1) indicates by book entry that a financial asset has been credited to the person's securities account;

(2) receives a financial asset from the person or acquires a financial asset for the person and, in either case, accepts it for credit to the person's securities account; or

(3) becomes obligated under other law, regulation, or rule to credit a financial asset to the person's securities account.

(c) If a condition of subsection (b) has been met, a person has a security entitlement even though the securities intermediary does not itself hold the financial asset.

(d) If a securities intermediary holds a financial asset for another person, and the financial asset is registered in the name of, payable to the order of, or specially indorsed to the other person, and has not been indorsed to the securities intermediary or in blank, the other person is treated as holding the financial asset directly rather than as having a security entitlement with respect to the financial asset.

Securities Account means an account at a Reserve Bank containing BookEntry Securities.

Transfer means the electronic movement over the Fedwire Securities Service of a par amount of Book-Entry Securities by debit to the designated Securities Account of the Sender and by credit to the designated Securities Account of the Receiver, or by debit to one Securities Account of a Participant and credit to another Securities Account of that same Participant, in which case that Participant is both a Sender and a Receiver. A Transfer is either a Free Transfer or a Transfer Against Payment.

"Security certificate" means a certificate representing a security.

"Security entitlement" means the rights and property interest of an entitlement holder with respect to a financial asset .

"Securities intermediary" means: (i) a clearing corporation; or (ii) a person, including a bank or broker, that in the ordinary course of its business maintains securities accounts for others and is acting in that capacity.

Trust means the cestui que vie trust

Transfer means the electronic movement over the Fedwire Securities Service of a par amount of Book-Entry Securities by debit to the designated Securities Account of the Sender and by credit to the designated Securities Account of the Receiver, or by debit to one Securities Account of a Participant and credit to another Securities Account of that same Participant, in which case that Participant is both a Sender and a Receiver. A Transfer is either a Free Transfer or a Transfer Against Payment.

Promissory Notes Creditors  Loans

1. I am a creditor and Entitlement holder because it's my credit as defined in publications from the central bank and or the privately ownedFederal reserve Bank, from their publications out of Chicago , Boston and Dallas Texas it tells you that deposits former consumers negotiable instrument creates money and expands the money supply. Along with their circulars 6 and 7 which deals with payment orders and book entries. I am the creditor, issuer, drawer and maker of the first funds transfer from my payment order.

2. These security intermediaries are acting on my behalf of my security account at the Federal reserve Bank for a book entry from my payment order, which created a financial asset that is now a security and a liability or for recoupment, set off and rescission of any obligation that was not consummated with consideration as defined in tila better known as the truth in lending act which was annotated and Jesinosky versus countrywide.

3. For the record I resend all fake bogus loans and or mortgages for lack of consideration and consummation. Rescission does not start until consummation has been made. These fake loans have never been consummated. Anybody saying loan, they are going against the central bank in all their publications. It's a fraud to say you have something different than what the central bank does on their own product. Donald Trump and Bernie Sanders said the system is rigged and this is a rigged system when third party debt collectors come to court and saying loan, when a creditor of the United States the Central Bank says loans come from deposit of debt instruments that creates liabilities and financial assets,said by marriner s Eccles.

4. I require all security intermediaries, debt collectors and account debtors to show their delegation of authority to speak for the Federal Reserve Bank. and I also require proof of retainer from any attorney claiming to work for an alleged creditor.

5. None of the following corporate entities and or their attorneys are not creditors, they are debt collectors, account debtors and securities intermediaries for financial assets that belong to me. It was my payment order that was an asset to these financial institutions and they owed me a liability for the face value of the credit application and the promissory note. The following entities are All the fake claimants that claimed to have a

promissory note and mortgage, all the credit card financial institutions claiming to have a promise to pay.

6. I just received the proof of claim 2 days ago from the clerk because I'm not getting my mail. The mail carrier refused to deliver mail to my house. so I require all correspondence to be by email and regular mail.

7. I see a lot of unknown entities bringing fraudulent false claims who are security intermediaries, debt collectors, account debtors, persons and individuals who claimed to have a promissory note. I require all these people whose names are on this proof of claim document to prove their claim and verify these alleged bogus debt with account level documents as defined by the Consumer Financial Protection Bureau in the Hernandez case 1692g and the Pressler & Pressler case Account-level documents and false affidavits.

8. Account-level documents mean both sides of the Ledger, which means the asset side in a liability side that is required by general accounting acceptance principle and as described in 12 USC 1831 n(C). This is proof these attorneys in debt collector agents have committed perjury and presented fake documents in a federal court. When is it a fact that taking a promissory note to the Federal Reserve window is a deposit equivalent to cash as described in 12 USC 1813 L1 and fasb 95.

9. It is also a fact that a promissory note taken to the Federal Reserve window is a payment order that creates assets and liabilities, along with a transaction account that belongs to me.

10. This is fraud perjury on a public record, When a payment order it's not a promissory note, all loans come from deposits of negotiable instruments into a financial institution, which creates liabilities owed to the consumer. It's a lie, and fraud for the attorneys to say that someone has a promissory note and they gave consideration as the fine in 3-303 UCC. When it's a fact that they are trespassing on a truss to steal assets out of my Cestui Que Vie Trust.

11. I demand at all fake and bogus creditors saying they have a promissory note to pay to prove they gave consideration in the account that it came from, along with account-level

documents that I require from both sides of the Ledger , Along with Federal Reserve 4026 balance sheet, IRS form 8400, 1099-oid, 1099 a and c .

12. All debt collectors claiming to have a promissory note and or loan payments for a loan are committing perjury in a federal court with false affidavits as a Proof of claim or pleadings as described in 1692 J and it's criminal under 1692 D1 and it also violates the RICO statute and many others that I can't name.

13. Article 9 of the UCC describes what a promissory note is and isn't. Promissory note is not a payment order, is not receivables, it is not a financial asset, it is not a security, it is not a book entry. Promissory note under the common law do not have liabilities owed back to the consumer.

14. These debt collectors, account debtors insecurity ,intermediaries along with the attorneys are coming into court as a qualified heir trespassing on people's trust, an faking them into believing that they are in the judicial process. When it's a fact that an estate is being probated and trespassed on without right.

15. I require that all account debtors, security intermediaries and debt collectors to show their Fake fraudulent and bogus promissory note that they claim a loan was made by.Now that we know since I have explained it in detail, that expanding the money supply and creating new money with a promissory note in exchange for proceeds is not a loan. I am looking forward to these fake documents being brought into the Federal court sworn to by affidavit that they got it from the Federal Reserve discount window and it was a promise to pay.

16. Pursuant to the National currency act it says no officer from these Banks and financial institutions can circulate a note, if you do it is a high misdemeanor and if any provision is violated in the currency act the financial institutions and or Banks waive any right to collect any debts , credit and or money or its equivalent . All these fake creditors claiming to have a promissory note and that they also circulated it waive any rights to claim any debts.

TAXES

17. I require all these fake bogus alleged creditors to prove their claim and verify these fake bogus alleged debts and to verify these alleged fake bogus debts by the original creditor sworn to by affidavit that they have an injury in fact that I have caused them a financial harm. I require all persons individual debt collectors securities intermediary account debtors to cease and desist as defined in 1692 CC, until they prove their claim and verify this alleged debt from the original creditor

18. I require any and all debt collection attorneys to prove that these alleged obligations haven't been securitize and that they in the corporation masquerading as a city and a county. To prove that they're not getting cash flow payments for municipal bonds that they have sold to investors on The Wall Street. If you're given cash flow payments to investors you nothing more than a securities intermediary and a debt collector

19. I require that the court set up a hearing within the next 30 to 45 days for these fake and bogus creditors to come to court to swear under penalty of perjury that they are creditors and they have a promissory note as a promise to pay and that they gave their own consideration for that obligation.

20. I require hearing within this very same time frame at least debt collection attorneys collecting and allegef tax with Federal reserve notes and not lawful money as defined in the Constitution of the United States.

21. It is a fact that Federal reserve notes are exempt from local and state taxation especially a property tax. As held

22. in Memphis Bank versus Garner and as described and 31 USC 3124.

23. I object to anybody saying that they are owed a property tax when nobody owns their house pursuant to Senate document 43. It says the state owns all property state is singular. That means DC district of Columbia or Pennsylvania so I guess that means Donald Trump or Governor Wolf of Pennsylvania is making a claim.

24. Making someone pay for a house if they don't own whether its a mortgage or a tax violates the 13th amendment involuntary servitude.

25. I object to involuntary servitude in the Pennsylvania Constitution says they can tax a permissive and an authorized subjects, subjects are slaves and I need for the court to determine what is a permissive and authorized subject.Pennsylvania Constitution says man not subject.

26. I objected and require hearing for there to be a proof of claim got a corporation can tax private third parties and that any fake government can charge more than 10% annually as held in police v national tax funding

27. I require for the court and attorneys to define what is money and legal tender of the United States. In which the United States is dissolved and bankrupt. See the McFadden speech in 1932 and statement from congressman James traficanta 1993.

28. ***It is a fact that in 2014 the Pope said all debts are forgiven, so why am I in a Roman Court about a debt for my own trust. It is a fact that deceivers are administering these trusts and calling them judges, when they are not judges they are administrators in commerce collecting Federal reserve notes.***

29. The Federal Reserve gives me a remedy the Vatican gives me a remedy and the common law gives me a remedy for lack of consideration in a contract. This is nothing more then security intermediaries account debtors and third party debt collector using fake paperwork how to trick people into involuntary servitude along with the courts help.By stealing people's land and labor, by getting the consumer to admit that he is a debtor.

30. I understand the Uniform Commercial Code and that the country is under a negotiable instrument laws and I understand all the Publications and circular from the central bank I know that I'm not a debtor and I have an adverse claim on all these Securities that I put out here with my payment orders also known as a promissory note which is also proof of payment to a beneficiary and it credited an account. Plus I know what Federal Reserve Notes are and what they are not.

31. Any attorney allowed to bring fake documents file false affidavits and file them in a federal court for-profit should be disbarred and any public official weather state or

federal that allows this but one of the people bring it to their attention or they should do a sua sponte they should be removed from office via the president's office or congress.
Utility companies

32. I require all utilities companies to prove their claim by providing documentation that they have not gone into my trust account and already receive their credit and that these alleged debts and obligations have not been passed on to third parties. to also Define what do I owe money exchange or money to account or the legal tender of the United States

WHEREFORE I require an evidentiary hearing within the next 30 to 45 days I want however the court wants to schedule it based on covid-19 whether it would be in person or by telephone, for all these Pretender lenders, account debtors, security intermediaries and third party debt collectors masquerading Creditor and committing perjury in a federal court claiming to be a creditor when is the fact that creditor extends credit from their account.
And in conclusion I'm not educated nor am I an attorney but I know game in a con job when I see it. and it's a game and a con job for somebody to say they got a promissory note, has a promise to pay, or say that Federal Reserve notes are money and the only type of legal tender to offset any alleged obligation.

Respectfully submitted in this court of record 07/03/20

Vance Strader
231 Yosemite Dr
Pgh pa 15235,   412-979-4870
I require all parties to email me including the court to email Plus regular mail. I'm having mail problems  commonlaw4commongood@gmail.com

**Certification of service**

I certify served by mail and or emailed no 07/03/20

Donald Trump's office 1600 Pennsylvania Avenue Northwest Washington DC 20500

William P Bar justice department of the United States 950 Pennsylvania Avenue Northwest Washington DC 20530

Mike Doly 306 Cannon HOB Washington, DC 20515

Bob Casey 393 Russell Senate Office Building Washington, D.C. 205103

Pat Toomey 248 Russell Senate Office Building Washington, D.C. 20510

PROVOST MARSHAL GENERAL Maj. Gen. Kevin Vereen, Sgt. Maj. Larry Orvis 1400 Defense Pentagon Washington, DC 20301-1400.

All Pretender lenders, account debtors, security intermediaries and debt collectors

**VERIFICATION**

I Verify and affirm that all my claims are true and I will verify in open court under penalty of perjury.

UNITED STATES BANKRUPTCY COURT OF WESTERN PENNSYLVANIA

Vance Strader                                    20-20346-CBM

V

Any Alleged Creditor

# ORDER

To administrate my trust as trustee For these fake and fraudulent proof claims, because I am the executor and beneficiary. I require theTrustee of my trust to set off and close any alleged obligations and or set up a hearing within the next 30 to 45 days as a court may allow pursuant to covid-19.  this day of July 3rd 2020

_____

                                                                Carlota M Bohm

PGH00013