UNITED STATES BANKRUPTCY COURT OF WESTERN PENNSYLVANIA

Vance Strader                                        20-20346-CBM

V

Any Alleged Creditor

## ORDER

To administrate my trust as trustee For these fake and fraudulent proof claims,because I am the executor and beneficiary. I require theTrustee of my trust to set off and close any alleged obligations and or set up a hearing within the next 30 to 45 days as a court may allow pursuant to covid-19.  this day of July 3rd 2020

_____

                                                    Carlota M Bohm