FILED
7/9/2020
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**\*FILING FEE PAID\*** (Yes) No

## MINUTES OF CHAPTER 13 § 341(a) MEETING OF CREDITORS
## AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: Strader, Vance    JAD/TPA/(CMB)/GLT

Case Number: 20-20346

Date of Meeting: 7 / 6 / 20    Recording # _____

Debtor(s) present ✓ or Not Present ___ (___ No Payments Made or ✓ partial payments)

Attorney for debtor(s) Pro Se    (Present ✓ or Not Present ___)

Date of Plan at § 341: 3/11/20    Applicable commitment period ___ 3 yrs ___ 5 yrs

Cerce for Wilkinsburg SD & Boro

No payments to date.
petition filed Jan 2020
plan provides for no payments to any creditors.
Trustee understands Debtor objects to
all claims except for utilities, it seems.
In answer to question of whether Debtor admits
to owing any creditors any money, he
asked for a definition of money.
It does not appear the case is going anywhere

___ Meeting HELD and CONCLUDED
✓ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD

___ Order to Show Cause Requested
___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due: _____ ; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
✓ Continued to:
___ 341 Meeting OR ___ Conciliation Conf. OR ✓ *Contested Hearing
On 7/15/20 at 11:00 am/pm Location _____

Chapter 13 Trustee/Attorney for Trustee