## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 20-20346-CMB |
| Vance Strader | : | Chapter 13 |
| Debtor. | : | Related to Document Nos. 55, 56 |

### ORDER

*AND NOW*, this 8th day of July, 2020, pending before the Court is the *Notice of Objection of Perjury and Fraudulent Proof of Claims by Account Debtors Security Intermediaries and Third Party Debt Collectors Claiming to be a Qualified Heir on My Estate* ("Notice") accompanied by a proposed order (Doc. No. 56) filed by the Debtor, Vance Strader, pro se.

The Court construes the Notice to be an assortment of objections to unspecified claims with the caption generally naming "Any Alleged Creditor" in the place of a respondent. While the Court acknowledges the Debtor's pro se status and shows leniency with respect to his filings, the Notice fails to sufficiently identify affected parties in order to provide them with an opportunity to respond and defend against the requests for relief against them. Nonetheless, Debtor is entitled to file an objection to any disputed proof of claim. In doing so, he must at least identify the creditor against whom he seeks relief so that the party can receive appropriate notice and have an opportunity to respond. Once filed, the Court will schedule a hearing on the objection(s) and proceed to resolve the dispute.

Based on the foregoing, it is hereby ***ORDERED, ADJUDGED*** and ***DECREED*** that the Notice is **DISMISSED without prejudice** to permit Debtor to refile objection(s) to claim(s) identifying the creditor subject to each objection as the respondent to that objection.

Carlota M. Böhm    **glb**
Carlota M. Böhm
Chief U.S. Bankruptcy Judge

cm:
Vance Strader
231 Yosemite Dr.
Pittsburgh, PA 15235

FILED
7/8/20 10:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 20-20346-CMB
Vance Strader                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr            Page 1 of 1            Date Rcvd: Jul 08, 2020
                              Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2020.
db             +Vance Strader,    231 Yosemite Dr.,    Pittsburgh, PA 15235-2045

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2020 at the address(es) listed below:
        Charles Griffin Wohlrab    on behalf of Creditor    U.S. Bank National Association
        cwohlrab@rascrane.com
        Christopher A. DeNardo    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et
        al... pabk@logs.com
        Danielle Boyle-Ebersole    on behalf of Creditor    U.S. Bank National Association, as indenture
        trustee, for the holders of the CIM Trust 2017-4, Mortgage-Backed Notes, Series 2017-4 c/o
        Select Portfolio Servicing, Inc. debersole@hoflawgroup.com, pfranz@hoflawgroup.com
        James Warmbrodt    on behalf of Creditor    PNC Mortgage, A Division Of Pnc Bank, National
        Association bkgroup@kmllawgroup.com
        Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
        cnoroski@grblaw.com
        Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
        cnoroski@grblaw.com
        Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
        cnoroski@grblaw.com
        Jennifer L. Cerce    on behalf of Creditor    Wilkinsburg School District and Borough of
        Wilkinsburg jlc@mbm-law.net
        Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn
        Hills jlc@mbm-law.net
        Jerome B. Blank    on behalf of Creditor    Deutsche Bank National Trust Company, et.al.
        pawb@fedphe.com
        Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
        jbluemle@bernsteinlaw.com
        Mario J. Hanyon    on behalf of Creditor    HSBC Bank USA, National Association, et.al.
        pawb@fedphe.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Sindi Mncina    on behalf of Creditor    U.S. Bank National Association smncina@rascrane.com
        Thomas Song    on behalf of Creditor    HSBC Bank USA, National Association, et.al. pawb@fedphe.com
        Thomas Song    on behalf of Creditor    Deutsche Bank National Trust Company, et.al.
        pawb@fedphe.com
                                                                            TOTAL: 17