Form 314

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Vance Strader** | : | Case No. 20−20346−CMB |
| **aka Advance Housing** | : | Chapter: 13 |
| 25−1799422 | : | Next Hearing Date: July 15, 2020 at |
| *Debtor(s)* | : | 11:00 a.m. |

# ORDER

     *AND NOW,* this **The 9th of July, 2020,** as a result of the Proceeding held on July 6, 2020, it is hereby **ORDERED, ADJUDGED and DECREED** as follows: (only the provisions checked below apply to this case).

☐    A.    The Parties cannot resolve the plan disputes, therefore, **on or before ,** all *Objections* to the proposed *Plan*, if any, shall be filed and served on Debtor, Chapter 13 Trustee and any creditor whose claim may be affected by the Objection. ***Objections which are not timely filed will not be considered.***

    *On at ,* a Conciliation Conference is scheduled in at which time the Proponent of any *Objection* to the *Plan* and Counsel for the Debtor(s) shall appear and mediate the issues raised in the *Objection*.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐    B.    ***On or before ,*** the Debtor shall file an ***Amended Plan***, serving a copy of the *Amended Plan* and this *Order* on the Chapter 13 Trustee and all interested parties (all Parties listed on the current mailing matrix) and file a Certificate of Service with the Clerk of the Bankruptcy Court. *Failure to timely comply with the filing of the Amended Plan referred to in this Order will result in the automatic dismissal of this case without further notice or hearing.* **On or before , *Objections*** to the proposed *Plan*, if any, shall be filed and served on Debtor, Chapter 13 Trustee and any creditor whose claim may be affected by the Objection. ***Objections which are not timely filed will not be considered.***

    *On at ,* a Conciliation Conference is scheduled in at which time the Proponent of any Objection to the Plan and Counsel for the Debtor(s) shall appear and mediate the issues raised in the Objection.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

continued on reverse side or next page

☑     C.     A CONTESTED HEARING WILL BE HELD ON JULY 15, 2020 AT 11:00 A.M. TELPHONICALLY. – DEBTOR IS INSTRUCTED TO USE COURTCALL TO PARTICIPATE.
All counsel and parties–in–interest who intend to participate in the hearing must register with CourtCall at (866) 582–6878 (and arrange for payment of the regular charge) no later than twenty–four (24) hours prior to the scheduled hearing. During this temporary period, parties need not seek leave of the Court to participate telephonically, but instead, can contact CourtCall directly. All telephonic participants shall comply with Chief Judge Bohms telephonic procedures (as recently modified) located on the Courts webpage at: www.pawb.uscourts.gov/sites/default/files/pdfs/glt–proc–tele.pdf.

It is **FURTHER ORDERED** that the Debtor shall timely make full plan payments to the Chapter 13 Trustee, on or before the date upon which the respective plan payment is due, *time being of the essence*. The first payment is due thirty (30) days after the Chapter 13 Plan has been filed. Any failure to make pre–confirmation payments to the Trustee may result in the dismissal of the case upon the Trustee.s written or oral motion made prior to the or at the plan confirmation hearing.

Carlota M. Böhm, Judge
United States Bankruptcy Court

If Paragraph A, above, is checked, Case Administrator to serve all Parties on the Mailing Matrix.

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                                  Case No. 20-20346-CMB
Vance Strader                                                           Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: jhel              Page 1 of 2              Date Rcvd: Jul 09, 2020
                              Form ID: 314            Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2020.
db             +Vance Strader,   231 Yosemite Dr.,   Pittsburgh, PA 15235-2045
cr             +City and School District of Pittsburgh,   GRB Law,   437 Grant Street 14th Floor,
                 Frick Building,   Pittsburgh, PA  15219,   UNITED STATES OF AMERICA 15219-6101
cr             +County of Allegheny,   GRB Law,   437 Grant Street 14th Floor,   Frick Building,
                 Pittsburgh, PA  15219,   UNITED STATES OF AMERICA 15219-6101
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper, et al...,   8950 Cypress Waters Boulevard,
                 Coppell, TX 75019-4620
cr             +Penn Hills School District and Municipality of Pen,   Tax Division,
                 c/o Maiello, Brungo & Maiello, LLP,   Foxpointe II,   100 Purity Rd, Ste. 3,
                 Pittsburgh, PA 15235-4441
cr             +Pittsburgh Water & Sewer Authority,   GRB Law,   437 Grant Street 14th Floor,   Frick Building,
                 Pittsburgh, PA  15219,   UNITED STATES OF AMERICA 15219-6101
cr             +U.S. Bank National Association,   Robertson, Anschutz, Schneid & Crane LLC,
                 10700 Abbott's Bridge Road, Suite 170,   Duluth, GA 30097-8461
cr             +Wilkinsburg School District and Borough of Wilkins,   c/o Maiello Brungo & Maiello, LLP,
                 100 Purity Road,   Suite 3,   Pittsburgh, PA 15235-4441
15243285       +City of Pittsburgh & School District of Pittsburgh,   GRB Law,   c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street,   14th Floor,   Frick Building,   Pittsburgh PA 15219-6101
15243286       +County of Allegheny,   GRB Law,   c/o Jeffrey R. Hunt, Esquire,   437 Grant Street, 14th Floor,
                 Frick Building,   Pittsburgh PA 15219-6101
15225016        Deutsche Bank National Trust Company, et.al.,   PHH MORTGAGE CORPORATION,
                 BANKRUPTCY DEPARTMENT, P.O. BOX 24605,   WEST PALM BEACH FL 33416-4605
15217388       +Discover,   502 East Market St.,   Greenwood DE 19950-9700
15197013        HSBC Bank USA, National Association et al,   Wells Fargo Bank, N.A.,
                 Default Document Processing,   MAC# N9286-01Y,   1000 Blue Gentian Road,
                 Eagan, MN, 55121-7700
15217392       +Jordan Tax Services,   7100 Baptist Rd.,   Bethel Park Pgh PA 15102-3908
15217393       +MBM Tax Collectors,   100 Purity Rd.,   Suite 3,   PennHills PA 15235-4441
15217389       +Mercury,   520 6th St.,   Brookings SD 57006-2028
15217382       +PHH,   3000 Leadenhall Rd,   Mt Laurel NJ 08054
15217383      ++PNC BANK,   500 FIRST AVE P7-PFSC-02-F,   PITTSBURGH PA 15219-3129
                 (address filed with court:  PNC,   500 First Ave,   Pittsburgh PA, 15219)
15217394       +People's Natural Gas,   375 North Shore Dr.,   Pittsburgh PA 15212-5866
15230449       +Pittsburgh Water and Sewer Authority,   GRB Law,   c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh PA 15219-6101
15229008       +U.S. BANK NATIONAL ASSOCIATION,   Nationstar Mortgage LLC d/b/a Mr. Cooper,
                 ATTN: Bankruptcy Dept,   PO Box 619096,   Dallas, TX 75261-9096
15228977        U.S. Bank National Association, et al.,   c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250, Salt Lake City, UT 84165
15191793      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                 (address filed with court:  US BANK,   425 WALNUT ST,   CINCINNATI OH 45202)
15217381       +US bank,   8950 Cypress water Blvd,   Coppell TX 75019-4620
15224386        Wells Fargo Bank, N.A.,   Wells Fargo Card Services,   PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
15217391       +Wells Fargo Card,   7000 Vista Dr.,   West Des Moines IA 50266-9310
15217390        Wells Fargo Card,   420 Montgomery St.,   Des Moines IA, 50306
15217385       +Wells Fargo Mortgage,   1200 West 7th St.,   Los Angeles CA 90017-2387
15212598       +Wilkinsburg Borough,   c/o Maiello Brungo & Maiello, LLP,   100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
15212597       +Wilkinsburg School District,   c/o Maiello Brungo & Maiello, LLP,   100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 10 2020 03:58:57
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15217395       +E-mail/Text: g20956@att.com Jul 10 2020 03:55:37     AT&T Wireless,   208 S Akard St.,
                 Dallas TX 75202-4206
15217386       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 10 2020 03:58:52     Capital One,
                 1680 Capital One Dr.,   Mc Lean VA 22102-3407
15214818        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 10 2020 03:58:00
                 Capital One Bank (USA), N.A.,   by American InfoSource as agent,   PO Box 71083,
                 Charlotte, NC  28272-1083
15194134        E-mail/Text: bankruptcy@cavps.com Jul 10 2020 03:55:28     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
15217387       +E-mail/PDF: creditonebknotifications@resurgent.com Jul 10 2020 03:58:03     Creditone Bank,
                 6801 South Cimarren Rd.,   Las Vegas NV 89113-2273
15196290        E-mail/Text: mrdiscen@discover.com Jul 10 2020 03:54:38     Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
15226933       +E-mail/Text: kburkley@bernsteinlaw.com Jul 10 2020 03:55:43     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,   707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
15217384       +E-mail/Text: jennifer.chacon@spservicing.com Jul 10 2020 03:55:54     SPS,
                 3217 S. Decker lake Dr,   Salt Lake City UT 84119-3284
```

```
District/off: 0315-2          User: jhel              Page 2 of 2           Date Rcvd: Jul 09, 2020
                              Form ID: 314            Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
15192459        +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2020 03:58:44      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 10

             ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr              Deutsche Bank National Trust Company, et.al.
cr              HSBC Bank USA, National Association, et.al.
cr              PNC Mortgage, A Division Of Pnc Bank, National Ass
cr              U.S. Bank National Association, as indenture trust
cr*            +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                  707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
                                                                                   TOTALS: 4, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2020 at the address(es) listed below:
```
              Charles Griffin Wohlrab    on behalf of Creditor    U.S. Bank National Association
               cwohlrab@rascrane.com
              Christopher A. DeNardo    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et
               al... pabk@logs.com
              Danielle Boyle-Ebersole    on behalf of Creditor    U.S. Bank National Association, as indenture
               trustee, for the holders of the CIM Trust 2017-4, Mortgage-Backed Notes, Series 2017-4 c/o
               Select Portfolio Servicing, Inc. debersole@hoflawgroup.com,    pfranz@hoflawgroup.com
              James Warmbrodt     on behalf of Creditor    PNC Mortgage, A Division Of Pnc Bank, National
               Association bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor    Wilkinsburg School District and Borough of
               Wilkinsburg jlc@mbm-law.net
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn
               Hills jlc@mbm-law.net
              Jerome B. Blank    on behalf of Creditor    Deutsche Bank National Trust Company, et.al.
               pawb@fedphe.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Mario J. Hanyon    on behalf of Creditor    HSBC Bank USA, National Association, et.al.
               pawb@fedphe.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              Sindi  Mncina    on behalf of Creditor    U.S. Bank National Association smncina@rascrane.com
              Thomas  Song    on behalf of Creditor    HSBC Bank USA, National Association, et.al. pawb@fedphe.com
              Thomas  Song    on behalf of Creditor    Deutsche Bank National Trust Company, et.al.
               pawb@fedphe.com
                                                                                             TOTAL: 17
```