UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Vance Strader | : | Case No. 20-20346-CMB |
| | : | |
| | : | |
| Debtor. | : | Related to Document Nos. 30, 59, 61 |

### ORDER

      *AND NOW*, this 10th day of July, 2020 it is hereby **ORDERED, ADJUDGED** and ***DECREED*** that:

      Pursuant to the Debtor's Request to Reschedule/Continue Hearing on 7/15/20 (Doc. No. 61), the Telephonic Hearing scheduled for July 15th, 2020 at 11:00am is hereby **RESCHEDULED** to occur August 5th, 2020 at 12:00 pm via **TELEPHONE**. At that time the Debtor must be prepared to address the feasibility of his proposed Chapter 13 Plan dated March 11th, 2020 and the Chapter 13 Trustee's objection thereto.

      Parties or counsel of record who intend to participate in the hearing shall appear **telephonically** and shall make arrangements directed by Judge Böhm's Modified Telephonic Procedures at http://www.pawb.uscourts.gov/procedures-1 at least 24 hours in advance.

*Carlota M. Böhm*  glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

Copy Mailed to:
Vance Strader
231 Yosemite Dr.
Pittsburgh, PA  15235

FILED
7/10/20 10:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 20-20346-CMB
Vance Strader                                                                                   Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: gamr                  Page 1 of 2                  Date Rcvd: Jul 10, 2020
                             Form ID: pdf900             Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2020.
```
db           +Vance Strader,    231 Yosemite Dr.,    Pittsburgh, PA 15235-2045
cr           +City and School District of Pittsburgh,    GRB Law,    437 Grant Street 14th Floor,
               Frick Building,    Pittsburgh, PA  15219,    UNITED STATES OF AMERICA 15219-6101
cr           +County of Allegheny,    GRB Law,    437 Grant Street 14th Floor,    Frick Building,
               Pittsburgh, PA  15219,    UNITED STATES OF AMERICA 15219-6101
cr           +Nationstar Mortgage LLC d/b/a Mr. Cooper, et al...,    8950 Cypress Waters Boulevard,
               Coppell, TX 75019-4620
cr           +Penn Hills School District and Municipality of Pen,    Tax Division,
               c/o Maiello, Brungo & Maiello, LLP,    Foxpointe II,    100 Purity Rd, Ste. 3,
               Pittsburgh, PA 15235-4441
cr           +Pittsburgh Water & Sewer Authority,    GRB Law,    437 Grant Street 14th Floor,    Frick Building,
               Pittsburgh, PA  15219,    UNITED STATES OF AMERICA 15219-6101
cr           +U.S. Bank National Association,    Robertson, Anschutz, Schneid & Crane LLC,
               10700 Abbott's Bridge Road, Suite 170,    Duluth, GA 30097-8461
cr           +Wilkinsburg School District and Borough of Wilkins,    c/o Maiello Brungo & Maiello, LLP,
               100 Purity Road,    Suite 3,    Pittsburgh, PA 15235-4441
15243285     +City of Pittsburgh & School District of Pittsburgh,    GRB Law,    c/o Jeffrey R. Hunt, Esquire,
               437 Grant Street,    14th Floor,    Frick Building,    Pittsburgh PA 15219-6101
15243286     +County of Allegheny,    GRB Law,    c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,
               Frick Building,    Pittsburgh PA 15219-6101
15225016      Deutsche Bank National Trust Company, et.al.,    PHH MORTGAGE CORPORATION,
               BANKRUPTCY DEPARTMENT, P.O. BOX 24605,    WEST PALM BEACH FL 33416-4605
15217388     +Discover,    502 East Market St.,    Greenwood DE 19950-9700
15197013      HSBC Bank USA, National Association et al,    Wells Fargo Bank, N.A.,
               Default Document Processing,    MAC# N9286-01Y,    1000 Blue Gentian Road,
               Eagan, MN, 55121-7700
15217392     +Jordan Tax Services,    7100 Baptist Rd.,    Bethel Park Pgh PA 15102-3908
15217393     +MBM Tax Collectors,    100 Purity Rd.,    Suite 3,    PennHills PA 15235-4441
15217389     +Mercury,    520 6th St.,    Brookings SD 57006-2028
15217382     +PHH,    3000 Leadenhall Rd,    Mt Laurel NJ 08054
15217383    ++PNC BANK,    500 FIRST AVE P7-PFSC-02-F,    PITTSBURGH PA 15219-3129
              (address filed with court:  PNC,    500 First Ave,    Pittsburgh PA, 15219)
15217394     +People's Natural Gas,    375 North Shore Dr.,    Pittsburgh PA 15212-5866
15230449     +Pittsburgh Water and Sewer Authority,    GRB Law,    c/o Jeffrey R. Hunt, Esquire,
               437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh PA 15219-6101
15229008     +U.S. BANK NATIONAL ASSOCIATION,    Nationstar Mortgage LLC d/b/a Mr. Cooper,
               ATTN: Bankruptcy Dept,    PO Box 619096,    Dallas, TX 75261-9096
15228977      U.S. Bank National Association, et al.,    c/o Select Portfolio Servicing, Inc.,
               P.O. Box 65250, Salt Lake City, UT 84165
15191793    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:  US BANK,    425 WALNUT ST,    CINCINNATI OH 45202)
15217381     +US bank,    8950 Cypress water Blvd,    Coppell TX 75019-4620
15224386      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
               Des Moines, IA 50306-0438
15217391     +Wells Fargo Card,    7000 Vista Dr.,    West Des Moines IA 50266-9310
15217390      Wells Fargo Card,    420 Montgomery St.,    Des Moines IA, 50306
15217385     +Wells Fargo Mortgage,    1200 West 7th St.,    Los Angeles CA 90017-2387
15212598     +Wilkinsburg Borough,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
               Pittsburgh, PA 15235-4441
15212597     +Wilkinsburg School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
               Pittsburgh, PA 15235-4441
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 11 2020 03:46:34
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15217395     +E-mail/Text: g20956@att.com Jul 11 2020 03:47:53      AT&T Wireless,    208 S Akard St.,
               Dallas TX 75202-4206
15217386     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 11 2020 03:46:25      Capital One,
               1680 Capital One Dr.,    Mc Lean VA 22102-3407
15214818      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 11 2020 03:46:25
               Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
               Charlotte, NC  28272-1083
15194134     +E-mail/Text: bankruptcy@cavps.com Jul 11 2020 03:47:49      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
15217387     +E-mail/PDF: creditonebknotifications@resurgent.com Jul 11 2020 03:45:01      Creditone Bank,
               6801 South Cimarren Rd.,    Las Vegas NV 89113-2273
15196290      E-mail/Text: mrdiscen@discover.com Jul 11 2020 03:47:07      Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
15226933     +E-mail/Text: kburkley@bernsteinlaw.com Jul 11 2020 03:48:00      Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
               Pittsburgh, PA 15219-1945
15217384     +E-mail/Text: jennifer.chacon@spservicing.com Jul 11 2020 03:48:06      SPS,
               3217 S. Decker lake Dr,    Salt Lake City UT 84119-3284
```

```
District/off: 0315-2              User: gamr              Page 2 of 2              Date Rcvd: Jul 10, 2020
                                  Form ID: pdf900         Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
15192459         +E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2020 03:46:21      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                                TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Deutsche Bank National Trust Company, et.al.
cr              HSBC Bank USA, National Association, et.al.
cr              PNC Mortgage, A Division Of Pnc Bank, National Ass
cr              U.S. Bank National Association, as indenture trust
cr*            +Duquesne Light Company,   c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,   Pittsburgh, PA 15219-1945
                                                                                       TOTALS: 4, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2020 at the address(es) listed below:
              Charles Griffin Wohlrab   on behalf of Creditor    U.S. Bank National Association
               cwohlrab@rascrane.com
              Christopher A. DeNardo    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et
               al... pabk@logs.com
              Danielle Boyle-Ebersole   on behalf of Creditor    U.S. Bank National Association, as indenture
               trustee, for the holders of the CIM Trust 2017-4, Mortgage-Backed Notes, Series 2017-4 c/o
               Select Portfolio Servicing, Inc. debersole@hoflawgroup.com,   pfranz@hoflawgroup.com
              James Warmbrodt    on behalf of Creditor    PNC Mortgage, A Division Of Pnc Bank, National
               Association bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor    Wilkinsburg School District and Borough of
               Wilkinsburg jlc@mbm-law.net
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn
               Hills jlc@mbm-law.net
              Jerome B. Blank    on behalf of Creditor    Deutsche Bank National Trust Company, et.al.
               pawb@fedphe.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Mario J. Hanyon    on behalf of Creditor    HSBC Bank USA, National Association, et.al.
               pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sindi  Mncina    on behalf of Creditor    U.S. Bank National Association smncina@rascrane.com
              Thomas  Song    on behalf of Creditor    HSBC Bank USA, National Association, et.al. pawb@fedphe.com
              Thomas  Song    on behalf of Creditor    Deutsche Bank National Trust Company, et.al.
               pawb@fedphe.com
                                                                                                TOTAL: 17