Form 209

**UNITED STATES BANKRUPTCY COURT**  71 – 67
**WESTERN DISTRICT OF PENNSYLVANIA**  dric

In re:                                                    Bankruptcy Case No.: 20−20346−CMB

Chapter: 13
Hearing Date: 9/9/20 at 11:30 AM

**Vance Strader**
**aka Advance Housing**
25−1799422
    Debtor(s)

# CERTIFICATE OF SERVICE

I,_____, of ** _____

_____

_____

**CERTIFY:**

    **That I am at least 18 years of age:**

    **That on the _____ day of _____, _____, I served a copy of the within Order Setting Date Certain** *together with the Motion* **filed in this proceeding, on:**

**on the Respondent(s) in this proceeding, by (describe the mode of service):**

**at the following address(es):**

**I certify under penalty of perjury that the foregoing is true and correct.**

Executed on _____      _____
                (Date)                                                    (Signature)

**\*\*Indicate Current Mailing Address**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 20-20346-CMB
Vance Strader                                                                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: dric              Page 1 of 1               Date Rcvd: Jul 17, 2020
                               Form ID: 209            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2020.
db             +Vance Strader,    231 Yosemite Dr.,    Pittsburgh, PA 15235-2045

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2020 at the address(es) listed below:
      Charles Griffin Wohlrab    on behalf of Creditor    U.S. Bank National Association cwohlrab@rascrane.com
      Christopher A. DeNardo    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al... pabk@logs.com
      Danielle Boyle-Ebersole    on behalf of Creditor    U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-4, Mortgage-Backed Notes, Series 2017-4 c/o Select Portfolio Servicing, Inc. debersole@hoflawgroup.com, pfranz@hoflawgroup.com
      James Warmbrodt    on behalf of Creditor    PNC Mortgage, A Division Of Pnc Bank, National Association bkgroup@kmllawgroup.com
      Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com, cnoroski@grblaw.com
      Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com, cnoroski@grblaw.com
      Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com
      Jennifer L. Cerce    on behalf of Creditor    Wilkinsburg School District and Borough of Wilkinsburg jlc@mbm-law.net
      Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net
      Jerome B. Blank    on behalf of Creditor    Deutsche Bank National Trust Company, et.al. pawb@fedphe.com
      Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
      Mario J. Hanyon    on behalf of Creditor    HSBC Bank USA, National Association, et.al. pawb@fedphe.com
      Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Sindi Mncina    on behalf of Creditor    U.S. Bank National Association smncina@rascrane.com
      Thomas Song    on behalf of Creditor    HSBC Bank USA, National Association, et.al. pawb@fedphe.com
      Thomas Song    on behalf of Creditor    Deutsche Bank National Trust Company, et.al. pawb@fedphe.com
                                                                                    TOTAL: 17