Form 600a

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Vance Strader** : | Case No. 20−20346−CMB |
| **aka Advance Housing** : | Chapter: 13 |
| 25−1799422 : | |
| *Debtor(s)* : | |
| : | |
| Vance Strader : | |
| *Movant(s),* : | Related to Document No. 66 |
| : | |
| v. : | Hearing Date: 9/9/20 at 11:30 AM |
| Any Alleged Creditor : | |
| *Respondent(s).* : | |
| : | |

**ORDER SCHEDULING DATES FOR RESPONSE**
**AND TELEPHONIC HEARING ON MOTION**

    *AND NOW,* this ***The 17th of July, 2020***, a ***Notice of Objection of Perjury and Fraudulent Proof of Claims by U.S. Bank and Their Attorneys Who is an Account Debtors Security Intermediaries and Third Party Debt Collectors Claiming to be a Qualified Heir on my Estate*** having been filed at Doc. No. 66 by the Debtor, Vance Strader,

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1)   Pursuant to *Bankruptcy Rule 7004*, Counsel for the Moving Party shall ***IMMEDIATELY*** serve a copy of this *Order* and the *Motion* upon all parties from whom relief is sought, their counsel, the U.S. Trustee and all those identified on the Certificate attached to the *Motion*. Counsel for the Moving Party shall then file a *Certificate of Service*. **Failure to properly serve the Motion or file the Certificate may result in the dismissal of the Motion.**

    (2)   ***On or before August 17, 2020,*** any ***Response***, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 and served on the counsel for the Moving Party.

    (3)   This *Motion* is scheduled for a **telephonic**, non−evidentiary hearing on ***September 9, 2020*** at ***11:30 AM*** in Telephone Conference at which time the parties and/or their counsel shall appear **telephonically** and the Court will dispose of the *Motion*. Parties or counsel of record who intend to participate in the hearing shall make arrangements as directed by the Judge's procedures on the Court's website.

    (4)   If, after proper service, a Respondent fails to timely file a *Response*, the Court ***may*** determine that no hearing is required and accordingly enter an order by default. ***To determine if a default order has been entered, the Moving Party is directed to the Court's website at www.pawb.uscourts.gov, one day prior to the hearing. To view the calendar for Judge Carlota M. Bohm refer to the calendar section.*** In the event a default order has been entered, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

    (5)   A maximum of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy ***IMMEDIATELY***.

    Dated: July 17, 2020

                                                               Carlota M. Böhm, Judge
                                                               United States Bankruptcy Court

cm: Vance Strader

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Vance Strader  
     Debtor

Case No. 20-20346-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric      Page 1 of 1      Date Rcvd: Jul 17, 2020  
                     Form ID: 600a     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2020.  
db           +Vance Strader,   231 Yosemite Dr.,   Pittsburgh, PA 15235-2045

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2020      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2020 at the address(es) listed below:

      Charles Griffin Wohlrab   on behalf of Creditor   U.S. Bank National Association cwohlrab@rascrane.com  
      Christopher A. DeNardo   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper, et al... pabk@logs.com  
      Danielle Boyle-Ebersole   on behalf of Creditor   U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-4, Mortgage-Backed Notes, Series 2017-4 c/o Select Portfolio Servicing, Inc. debersole@hoflawgroup.com, pfranz@hoflawgroup.com  
      James Warmbrodt   on behalf of Creditor   PNC Mortgage, A Division Of Pnc Bank, National Association bkgroup@kmllawgroup.com  
      Jeffrey R. Hunt   on behalf of Creditor   County of Allegheny jhunt@grblaw.com, cnoroski@grblaw.com  
      Jeffrey R. Hunt   on behalf of Creditor   City and School District of Pittsburgh jhunt@grblaw.com, cnoroski@grblaw.com  
      Jeffrey R. Hunt   on behalf of Creditor   Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com  
      Jennifer L. Cerce   on behalf of Creditor   Wilkinsburg School District and Borough of Wilkinsburg jlc@mbm-law.net  
      Jennifer L. Cerce   on behalf of Creditor   Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net  
      Jerome B. Blank   on behalf of Creditor   Deutsche Bank National Trust Company, et.al. pawb@fedphe.com  
      Keri P. Ebeck   on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
      Mario J. Hanyon   on behalf of Creditor   HSBC Bank USA, National Association, et.al. pawb@fedphe.com  
      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
      Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
      Sindi Mncina   on behalf of Creditor   U.S. Bank National Association smncina@rascrane.com  
      Thomas Song   on behalf of Creditor   HSBC Bank USA, National Association, et.al. pawb@fedphe.com  
      Thomas Song   on behalf of Creditor   Deutsche Bank National Trust Company, et.al. pawb@fedphe.com

      TOTAL: 17