UNITED STATES BANKRUPTCY COURT OF WESTERN PENNSYLVANIA

Vance Strader

20-20346-CBM

Trial by jury demanded
1-103.6ucc

V

Any Alleged

Creditor

FILED
2020 JUL 34 P 4: 28
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

## MY DECLARATION OF

NOTICE OF OBJECTION OF FRAUDULENT PROOF OF CLAIMS BY

RESPONDENTS DUQUESNE LIGHT AND THEIR ATTORNEYS THIRD PARTY DEBT COLLECTORS CLAIMING TO BE A QUALIFIED HEIR ON MY

ESTATE

I require that the court set up a hearing before a common law jury That understands the

Uniform Commercial Code and the common law on 8/28/20 For DUQUESNE LIGHT To rebut my claims in a federal court by sworn affidavit that they have a Financial injury

Notice of objection to any attorney speaking for the dead Corporation without proof of a retainer and that affidavit swearing to an injury in fact by them or their client.

Notice of non rebuttal on any paragraph stands as truth in law and will be considered fraud for your silence

RESPONDENT HAS 30 DAY PLUS THREE DAYS FOR MAILING TO RESPOND

Notice Pursuant to Canons 2056, 2057 and the cestui que vie trust. I am a living original man and not a corporation I require all administrators claiming to be judges to set off and discharge

any allege obligation that I have in this Federal Bankruptcy court financial institution collecting Federal reserve notes and registered with the security exchange commission

Notice to the archbishop for non-compliance by administrator at my request 2056 and 2057

1. This Duquesne Light account is not my account, it belongs to a tenant. I have had Multiple light bills for over 20 years and always paid all my light bills. Duquesne Light was instructed to take these lights out of my name but they insisted on giving a tenant free lights when they wouldn't put a deposit down and kept the service in my name .

2. The tenant's lease says I Don't pay the light that she provided to them. I have no lease is where I paid somebody light bill and or gas bill.Plus she told them to pout all amounts in her name

Wherefore I required a court to deny their claim $2,000 plus for somebody else's light bill.

Wherefore I require my Verdict on 8/28/20 and or the court sua sponte to dismiss these fake fraudulent claims under perjury if the plaintiff has not appeared it has not stated a claim for Relief to be granted as held in twombly Iqbal, rule 12 B 6.

Respectfully submitted 07/27/20

Vance Strader

231 Yosemite Dr

Pgh pa 15235, 412-979-4870

I require all parties to email me including the court to email and mail. I'm having mail problems commonlaw4commongood@gmail.com

### Certification of service

I certify served Respondents DUQUESNE LIGHT. Notice the agent is notice to principal notice the principal is notice to agent

### VERIFICATION

I Verify and affirm that all my claims are true and I will verify in open court under penalty of perjury.

Yosemite Dr
Pa 15235



USPS FIRST-CLASS MAIL®

U.S. POSTAGE
$2.00
FCM LG ENV
15235
Date of sale
07/27/20
06  2S
11486486  SSK

944000727221637

5.40 OZ

Duquesne Light
411 Seventh Ave

SHIP TO:
Pittsburgh PA 15219

(420) 15219