UNITED STATES BANKRUPTCY COURT OF WESTERN PENNSYLVANIA

Vance Strader

20-20346-CBM

Trial by jury demanded

1-103.6ucc

V

Any Alleged

Creditor

## MY DECLARATION OF

NOTICE OF OBJECTION OF PERJURY AND FRAUDULENT PROOF OF CLAIMS BY

RESPONDENTS CAVALRY AND THEIR ATTORNEYS

THIRD PARTY DEBT COLLECTORS CLAIMING TO BE A QUALIFIED HEIR ON MY

ESTATE

I require that the court set up a hearing before a common law jury That understands the

Uniform Commercial Code and the common law on 8/28/20 For Cavalry LLC To rebut my claims of Calvary being a creditor and perjurying themselves in a federal court by sworn affidavit that they have a Financial injury

Notice of objection to any attorney speaking for the dead Corporation without proof of a retainer and that affidavit swearing to an injury in fact by them or their client.

Notice of non rebuttal on any paragraph stands as truth in law and will be considered fraud for your silence

Notice Pursuant to Canons 2056, 2057 and the cestui que vie trust. I am a living original man and not a corporation I require all administrators claiming to be judges to set off and discharge

any allege obligation that I have in this Federal Bankruptcy court financial institution collecting Federal reserve notes and registered with the security exchange commission

Notice to the archbishop for non-compliance by administrator at my request 2056 and 2057

1. I object to the respondent calvarya third party debt collector and their attorneys trying to collect on a fraudulent account that is more than 4 years old as I recall. I object to respondents cavalry and attorneys who are debt collectors also not stating the claim for which relief can be granted pursuant to twombly Iqbal the plaintiff must show evidence or some sort of injury or loss that I caused and not the statements from the attorney and or the debt collector.

2. I object to respondent Cavalry and the attorneys are all debt collectors they have not proven that there's an injury in fact with article 3 standing which there is no exception to in any Court in America. I object to cavalry and the attorneys not providing verification of this alleged debt and providing account level documents, as required by the Consumer Financial Protection Bureau.As required by the Hernandez case and the Pressler & Pressler case.

3. I also object to false affidavits as defined in the cfpb Pressler & Pressler case,Saying you lent credit is a deceptive form and a false affidavit, when it's an unimpeachable fact the banks don't lend credit, take judicial notice of this fact. saying there is a creditor and lender makes their documents a deceptive forms and a false affidavit, when the Creditor is the consumer in fractional banking, when we are strictly deals

with deposits. The credit application is a promissory note and a deposit that I was supposed to get a receipt for that deposit as defined in Financial Accounting Standards Board Cashflow 95 and also 12 USC 1813 L1 that a promissory note is equivalent to cash, along with 8400 form for deposits over 100000 dollars.

4. I will satisfy any alleged obligation alleged by respondent Cavalier debt collector, and their attorneys upon proof of claim, that I am not a decedent, and who owes this alleged obligation, a man or a juristic person. I require proof of claim that these attorneys have a license to practice law from the state, provide their Union card from the supreme Court, provide their insurance, Foreign registration statement and all oaths of offices. I require these attorneys respondents to provide their proof of a retainer from their client and a sworn affidavit as to how their client has an injury in fact and causation of a financial loss by me. I object to any non-compliance from the responding cavalry and these attorneys not providing improving their claim as I spoke about in this paragraph..These are the qualifications to be a Attorney.

5. In fractional banking the consumer is owed a liability, that I want credited to this account or return to me. It is perjury and fraud for Calvary respondents and their attorneys to ignore and be silent, when all financial institutions are to adhere to gaap General accounting accepted principles, there are liabilities owed to me on one side of the financial statement and assets on the other side of the financial statement. I require rescission pursuant to Jesinosky v Countrywide , TILA ,12 USC 1831 n c and in UCC 3 - 305 and 3 - 306. I Object to the fact that there was never Consummation of this bogus obligation.

6. I object to respondent Cavalry and their attorneys making a fraudulent claim of somebody who's not before the court that has an injury in fact and standing to bring a claim when there is no proof of consideration or proof of a funds transfer from their account to me, consideration is defined in 3-303. The code also says that without consideration there is no contract and no obligation all the bar card members know this, the Bar Association has a book called the ABCs of the UCC.

7. I object to respondents Cavalry and their attorneys bring a false claim before the court when there is no exception to an obligation without consideration.

8. I object to the unimpeachable fact the application is a promissory note and was treated as a payment order as defined in UCC 4A and it is now a security that has been securitized under article 8. It is an unimpeachable fact that article 3 of The Uniform Commercial Code in the subject matter clearly says this article does not apply to cash or its equivalent, payment orders and or securities that makes all statements fraudulent and flat-out perjury. Being ignorant of the law is no excuse for an attorney and these corporations they know or should know what the law is.

9. I object to respondent debt collector cavalry and your debt collection attorneys making statements with only attorney hearsay testimony when it's an unimpeachable fact that attorney statements and briefs are not facts for the court to consider see Trinsey vs Pagliaro. The plaintiff has no injury in fact see Lujan versus Defenders of Wildlife, they have not stated a claim by affidavit see twombly Iqbal the attorney cannot state the claim for the plaintiff.

10. I object to respondent Cavalry and their attorneys not having a contract and

consideration. I require to see the fake contract and proof of consideration from their account. Somebody's lying congress with title 12 or the Federal Reserve with their circulars and Publications modern money mechanics out of Chicago, Publications out of Dallas and Boston. Congress or the Federal Reserve is lying or the debt collectors and the attorneys are lying about how the Federal Reserve creates their product , Fractional banking, creating new money and expanding the money supply is not a loan, plus the I the consumer is owed a liability.I also required to see all contracts between the attorney Calvary debt collector along with Citi the account debtor security intermediary and debt collector to the show their contracts with the investors and with Calvary and their attorneys.

11. I object to being denied a trial by jury to render a verdict on what the facts are and the law along with putting the law on trial and nullifying these bogus laws that aren't in favor of the people.

12. title 12 is codified from the Federal Reserve Act so somebody's lying and I don't think it is Congress and the Federal Reserve.

**What jurisdiction is this**

13. I object to fraud and silence, what jurisdiction are these claims being brought under at law, equity, admiralty maritime, and or trust law.

14. I object to anybody coming to court under penalty of perjury and saying I owe money when there is no money in the United States, I object to the respondents saying the man owes Federal Reserve notes when it's an unimpeachable fact that a

Juristic person a corporation owes this alleged obligation this is all fraud and perjury and false affidavit pursuant to the cfpb Pressler & Pressler case. It's a fact you cannot pay anything, everything is a promise to pay and all credit belongs to me the consumer.

15. I Object to CITI and CAVALRY saying they are creditors in a fractional bank system . when they are account debtors ,debt collectors who owe a liability to me for my deposit.

RESPONDENT HAS 30 DAY PLUS THREE DAYS FOR MAILING TO RESPOND

Wherefore I require my Verdict on 8/28/20 and or the court sua sponte to dismiss these fake fraudulent claims under perjury if the plaintiff has not appeared it has not stated a claim for Relief to be granted as held in twombly Iqbal, rule 12 B 6.

Respectfully submitted 07/27/20

Vance Strader

231 Yosemite Dr

Pgh pa 15235, 412-979-4870

I require all parties to email me including the court to email and mail. I'm having mail problems commonlaw4commongood@gmail.com

**Certification of service**

I certify served Respondents Cavalry and or their attorneys at 500 Summit Lake Drive suite 400 Valhalla NY 10595. Notice the agent is notice to principal notice the principal is notice to agent

I also put the following government entities on notice of fraud, perjury in federal court and the overthrow of the US Constitution and the laws of the United States

Donald Trump's office 1600 Pennsylvania Avenue Northwest Washington DC

Archbishop Nelson J Perez 100 east Wynnewood RD Wynnewood PA 19096
William P Bar justice department of the United States 950 Pennsylvania Avenue Northwest Washington DC 20530

Christopher A Wray 935 Pennsylvania Avenue Washington DC 20535

Mike Doly 306 Cannon HOB Washington, DC 20515

Bob Casey 393 Russell Senate Office Building Washington, D.C. 205103

Pat Toomey 248 Russell Senate Office Building Washington, D.C. 20510

PROVOST MARSHAL GENERAL Maj. Gen. Kevin Vereen, Sgt. Maj. Larry Orvis

1400 Defense PentagonWashington, DC
20301-1400.

All Pretender lenders, account debtors, security intermediaries and debt collectors

**VERIFICATION**

I Verify and affirm that all my claims are true and I will verify in open court under penalty of perjury.



USPS FIRST-CLASS MAIL
U.S. POSTAGE $2.00
FCM LG ENV
15235
Date of sale 07/27/20 SSK
06 2S
11486486

SHIP TO:
Cavalry
500 Summit Lake D
Suite 400
Valhalla NY 10595

(420) 10595