UNITED STATES BANKRUPTCY COURT OF WESTERN PENNSYLVANIA

Vance Strader                    20-20346-CBM

Trial by jury demanded 1-103.6ucc

V

Any Alleged Creditor

**RECEIVED**
AUG 0 3 2020
CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLANIA

NOTICE OF OBJECTION OF PERJURY AND FRAUDULENT PROOF OF CLAIMS BY Respondents the privately owned City of Pittsburgh common County of Allegheny, Failing black schools school board of Pittsburgh, the nonprofit Library AND THEIR ATTORNEYS THIRD PARTY DEBT COLLECTORS CLAIMING TO BE A QUALIFIED HEIR ON MY ESTATE

**I require that the court set up a hearing before a common law jury That understands the Uniform Commercial Code and the common law on 8/28/20 For the Respondent decedent corporate fictions city of pgh, County Of Allegheny, failing black school board, the nonprofit Library and their attorneys GRB LAW To rebut my claims by sworn affidavit that they have a Financial injury that I caused. I object to any attorney speaking for the dead Corporation without proof of a retainer and that affidavit swearing to an injury in fact by their client.**

**Any paragraph on everybody stands is truth in law and will be considered fraud for your silence**

Notice Pursuant to Canons 2056, 2057 and the cestui que vie trust. I am a living original man and not a corporation I require all administrators claiming to be judges to set off and discharge any allege obligation that I have in this Federal Bankruptcy court financial institutions collecting Federal reserve notes and registered with the security exchange commission

Notice to the archbishop for non-compliance by administrator at my request for 2056 and 2057

1. I object to the fraud and hearsay attorney testimony when the plaintiff who has never sworn to anything, they have not stated a claim Pursuant to twombly Iqbal. There are no facts or evidence from the plaintiff only attorney hearsay testimony written and or oral arguments are not facts for the court to consider, this is for my jury of my peers to decide, the court knows this is all hearsay.

2. I object that the attorneys and court for not telling me what kind of negotiable instrument that these corporations will accept to satisfy this alleged obligation when it is an unimpeachable fact that there is no money and only credit in America.

3. I will satisfy any alleged obligation alleged by debt collectors, and respondents upon proof of claim, that I am not a decedent, who owes this alleged obligation, a man or a juristic person. I require proof of claim that these attorneys have a license to practice law from the state, provide their Union card from the supreme Court, provide their insurance Foreign registration statement and all oaths office. I require these attorneys respondents to provide their proof of a retainer from their client and a sworn affidavit as to how their client has an injury in fact and the causation of a financial loss by me.

**Federal Reserve notes and the obligations of the United States**

4. I require proof of claim that Federal reserve notes are lawful money pursuant to the United States Constitution, Pennsylvania Constitution and 12usc411, along with suspension of the gold clause under Title 31. I object to the respondent and their attorneys along with the court saying it's mandatory to pay an obligation with a Federal Reserve Note.

5. I require proof of claim that Federal reserve notes are not exempt from state and local taxation pursuing to Memphis Bank versus Garner also known as 31 USC 3124. I object to any private party masquerading as a government and or debt collector, persons and or individuals claiming that Federal reserve notes / commercial paper and obligations of the United States are not exempt from state and all subdivision taxation.

6. The annotated statute 31usc3124 in the supreme Court Memphis V Garner has clearly said there is an exemption to the statute which is a non property tax, this is a property tax which does not fall under the exemption. This is my belief and many other Americans believe this is nothing more than extortion by the gun. I object to any subordinate Governmental agency of the District of Columbia saying they do not have to follow the Supreme Court's opinions and they can supersede the Supreme Court's opinion for profit

7. I object to the respondent saying that Federal Reserve notes are lawful money and that Federal Reserve notes are not exempt from local and state taxation. I require proof of claim pursuant to Memphis Bank versus Garner and 31 USC 3124 that a property can be assessed with a Federal Reserve notes which has no value , 0 plus 0 equals 0.

8. I require proof of claim that the respondent has not securitized these alleged obligations and they have not been sold to investors. I object to the respondent and the attorneys saying these allege obligations have not been securitized and sold to investors which makes them as securities intermediary and they are debt collector giving cash flow payments to investors for profit.

9. I require proof of claim pursuant to the supremacy clause that the state any state statute can supersede Memphis Bank versus Garner from the supreme Court and the act of

Congress 31 USC 3124. I object to any court or any respondent along with their attorneys saying otherwise.

10. Pursuant to the clearfield doctrine I require proof of claim you are a government entity when collecting Federal reserve notes / commercial paper. I object to any Court attorney that these so-called municipalities are not privately owned.

11. I require proof of claim pursuant to senate document 43 that the state does not own all the properties and the people have use of the property and only tenants and not the owner.I objected anybody saying I'm the owner have any of this property when Senate document 43 says the state owns a property.

12. I require proof of claim in the territory called Pennsylvania but you can sell property that belongs to a corporation. The corporation is the decedent, the all capital name juristic person.

13. I require proof of claim from the respondents that respondent are not trespassing on my trust as a qualified heir pursuant to title 26

**There are no States only agencies of the District of Columbia**

14. Again as I stated before I object again to the court saying there are States when it's a fact there are no states only territories that are agencies of the District of Columbia. See on December 26th 1933 49 Statute 3097 Treaty Series 881 (Convention on Rights and Duties of States) stated CONGRESS replaced STATUTES with international law, placing all states under international law. December 9th 1945 International Organization Immunities Act relinquished every public office of the United States to the United Nations. I object to this deception saying that there are two separate jurisdictions state

and federal this is false and misleading and deceptive to say there's a sovereign United States and sovereign states. Everything has been mortgaged off including the people to the international monetary fund and the Federal Reserve banking system .

15. The United States is bankrupt; it only exists in name See McFadden And Senator James Traficana speeches before Congress. This means somebody's lying either Congress is lying by saying the United States is dissolving and bankrupt or the courts and the attorneys are lying by saying there are States and a United States government. pursuant to 28 USC 3002.I object to anybody saying there's a state and or government.

16. I require proof of claim that these privileged white attorneys are owed my labor for failing schools and deplorable black neighborhoods that privileged whites control the government and refuse to curb crime, keep the streets clean and maintain the roads. I require proof of claim how these white attorneys who live in gated communities are entitled to anything when they are privateers and do not and will not improve the community. Object to paying unlawful money to a private third party who are not going to improve roads, improve the school district and or curb crime.

17. Pursuant to Senate document 43 I require proof of claim, what form of species that the bankrupt and insolvent agency of the United States wants to satisfy these alleged obligations.

    Debt collectors

18. I object to any non-judicial filings of a lien, by the privately owned Corporation and Territory called Pennsylvania owns all the property, so how is here a lien? There is no

such thing as a non judicial proceeding without being before a judge or jury without a verdict, debt collectors cannot do this. Debt collectors cannot do a non-judicial process.

19. I object to debt collectors including the attorneys and municipal privately owned corporations not verifying this alleged debt because they have been securitized and sold as bonds, they are all collecting debts for third parties. Pursuant to the consumer financial protection bureau and the Federal trade commission's Hernandez case and the Pressler & Pressler case. The Hernandez case talks about verification. These debt collector has never Verified. In the Pressler & Pressler case it says to provide account-level documentation which I've never seen. The Pressler & Pressler case says no false affidavits. There is no lawful money, they never sent verification all court filings are false affidavits.

20. I object to third party debt collectors calling themselves the government and the debt collectors collecting for this alleged government pursuant to Pollice versus National tax funding a debt collector person and or individuals cannot charge more than 10% annually with penalties and interest combined. How are these third-party attorney debt collectors charging triple and or double the face value.

21. In Pollice v National Tax funding 3rd Circuit said nonprofits can't tax, so that goes for the library and private contractors can't taxes, that goes for the attorneys and these sexist and racist municipalities that are foreign States under international law and the United Nations as I have listed above everything's been privatized.

22. The United States Constitution says all taxes shall be uniform when The white schools are better roads are better houses are better crime is curved that is not a uniform tax.

Pursuant to Memphis Bank versus Garner you can't discriminate when taxing. There's never been no desegregation in America and there is no separate but equal. I object to the courts any attorneys saying the Discrimination is openly legal in America to tax.

23. I object to paying a private contractor collecting Federal reserve notes / obligations of the United States and or commercial paper for Pennsylvania or a subdivision of an agency of the District of Columbia. They are all subdivisions of Pennsylvania corporation city, boroughs and counties.

**Reasonable attorney fees when you're not an attorney collecting debts**

24. I objected to Respondent debt collectors persons and or individuals charging a so-called reasonable attorneys fees and that is for the jury to decide what is reasonable. I object to attorney debt collectors persons and or individuals calling yourselves attorneys when they do not have a license to practice law. The Supreme Court says the practice of law cannot be licensed and you need a license in Pennsylvania to practice law. The fair debt collection practices act says you're not an attorney when collecting debts so what reasonable attorney fee are you talking about.

25. I object to these private contractors and or corporations saying that they are a dejure Sovereign government to charge me $6,000 an attorney fees and interest for a house in Homewood that I asked them to verify the debt pursuant to the Consumer Financial Protection Bureau the Federal Trade Commission and the fdcpa along with the RICO statute when dealing with unlawful debts. I have a right pursuant to the Constitution and laws of the United States, for anybody to prove their claim and not be charged a fee when

you never approved your claim and I owe you $5,000 or $6,000 because you're privileged from a certain Society.

26. I I objected respondents charging a fee for questioning the fact pursuant to 28 USC 1333 where the district court has original jurisdiction over claims in Maritime and admiralty . I have a right to question and not be charged a fee if it's the wrong jurisdiction. A in rem action is an admiralty and Maritime claim against the thing. where there is no personal jurisdiction and subject matter jurisdiction this is a blatant due process violation, the courts know this and attorneys know it, there must be an international contract, an injured seamen ,a bond put upon for the court the prize. see savings and suitors and the Jones Act

**What jurisdiction is this**

27. I object to fraud based on silence . what jurisdiction are these claims being brought up under at law, equity, admiralty maritime, and or trust law.

28. I object to anybody coming to court under penalty of perjury and say I owe money when there is no money in the United States, I object to the respondents saying the man owes Federal Reserve notes when it's an unimpeachable fact that a Juristic person a corporation is alleged to owe this obligation this is all fraud and perjury, false affidavits pursuant to the cfpb Pressler & Pressler case. It's a fact you cannot pay anything, everything's a promise to pay and all credit belongs to me the consumer.

29. I require a hearing before a jury of my peers on August 28th 2020 or whenever the court see fit t schedule me and my hearing. respondent has 30 days including three days for

mailing to respond to my claims against them that I owe them the third parties Federal Reserve notes.

30. I objected to the city and its attorney respondents to the amount of Federal Reserve notes that I owe when said notes are exempt from state and local taxation I require my court to force them to prove their claim on how much unlawful money or Federal Reserve notes that I owe and what form of species shall suffice to satisfied these alleged obligations.

WHEREFORE I require that the court sua sponte disallowNo man or woman has an injury in fact, the plaintiff has not stated a claim for Relief to be granted, the attorney cannot stay to claim for a competent fact Witness, the collection of Federal Reserve notes for state and local taxation.I require a verdict from a jury If the court does not do his job sua sponte because there are no exceptions to article 3 standing an injury in fact,To subject matter jurisdiction in a County Case in inrem, there is no personal jurisdiction in the in rem action see the pennoyer rule..

Respectfully submitted and mailed on 27th of July to

GRB LAW
437 Grant Street 14th Floor Frick Building
PGH PA 151219

Respectfully submitted in this court of record 07/27/20

Vance Strader
231 Yosemite Dr
Pgh pa 15235,    412-979-4870

I require all parties to email me including the court to email and mail. I'm having mail problems commonlaw4commongood@gmail.com

**Certification of service**

I certify served Respondents GRB LAW 437 Grant Street 14th Floor Frick Building PGH PA 151219 Notice the agent is notice to principal notice the principal is notice to agent

I also put the following government entities on notice of fraud, perjury in federal court and the overthrow of the US Constitution and the laws of the United States to

Donald Trump's office 1600 Pennsylvania Avenue Northwest Washington DC 20500

Archbishop Nelson J Perez 100 east Wynnewood RD Wynnewood PA 19096

William P Bar justice department of the United States 950 Pennsylvania Avenue Northwest Washington DC 20530

Christopher A Wray 935 Pennsylvania Avenue Washington DC 20535

Mike Doly 306 Cannon HOB Washington, DC 20515

Bob Casey 393 Russell Senate Office Building Washington, D.C. 205103

Pat Toomey 248 Russell Senate Office Building Washington, D.C. 20510

PROVOST MARSHAL GENERAL Maj. Gen. Kevin Vereen, Sgt. Maj. Larry Orvis 1400 Defense Pentagon Washington, DC 20301-1400.

All Pretender lenders, account debtors, security intermediaries and debt collectors

**VERIFICATION**

I Verify and affirm that all my claims are true and I will verify in open court under penalty of perjury.



USPS FIRST-CLASS MAIL®
6.30 oz
U.S. POSTAGE $2.20
FCM LG ENV
15235
Date of sale 07/25/20
SSK
06 2S
11486486
9400072523477713

SHIP TO:
GRB Law
437 Grant St
14th Floor Frick Building
Pittsburgh PA 15219

(420) 15219