# UNITED STATES BANKRUPTCY COURT OF WESTERN PENNSYLVANIA

Vance Strader                          20-20346-CBM

                                       Trial by jury demanded
                                       1-103.6ucc

V

Any Alleged

Creditor



**My declaration and notice for constitutional questions and challenges for the bankruptcy act and code the public fiduciaries are acting in a willful non-compliance the seat a common law trial by jury**

**All public actors are acting in their private capacity this is also a public interest for willful non-compliance of trial by jury when requested**

**This is my declaration and notice for the Attorney General to intervene for refusal of a trial by jury and due process by Statute code and or act**

1. Are constitutionally question and challenge the statutes and codes and I require the attorney general for the purpose of public interest to intervene to find out why the people are being denied due process and fairness along with their trial by jury to make all decisions, Instead of the trustee or an administrator calling themselves the judge. Everything in America has been privatized and nobody's acting in their official capacity everything is in corporate with a tax ID number and

certified mail

#7019 0140 0008 5116 5708

Danny's number, it's a fact that Congress signed every public office over to the United Nations so all public servants are employees of the United Nations.

2. There is no exception to a common law trial by jury pursuant to the magna Carta articles of confederation along with the 7th amendment trial by jury as it was in 1776. There are no exceptions with article 3 standing, with verification of debt there is no attorney hearsay testimony and statements without a competent fact witness who has sworn to an injury in fact. a constitutional question and challenge that these attorneys can make claims in court with only hearsay when they not competent to testify for decedent as defined in rules of evidence 601 and 602

3. I constitutionally challenge and question that the administrative judiciary does not want the people to make their own decisions and be self-governing under the republic. I object to being forced into the international democracy world government under the uniform commercial code proceeding.

4. I constitutionally challenge and question that it is an unimpeachable fact that the jury is independent of the Magistrate. I require the Attorney General to intervene to see why the people and I must qualify for a trial by jury pursuant to statutes and codes. no man is bound by statutes codes for public policy. A man is bound by the law if he injures or harms someone under the common law and this is what I have been requesting.

5. I constitutionally question and challenge that a public fiduciary blocking me from the court of my peers in this common law venue. The justice department says all federal courts are common law courts of record, so why am I being blocked by trustees and administrators who are going totally against their oath of office.

6. I constitutionally question and challenge if there has been a suspension of 3 standing, trial by jury, a plaintiff must show facts and evidence of harm or loss for the court to have subject matter jurisdiction and verification of debt. If this has all been suspended I would like for the Attorney General's office and the Justice Department, I can't get the process and justice but all these issues is a condition proceeding before bringing somebody to court. I am getting the run around because I didn't hire one of their private members who knows nothing about fractional banking UCC 4,5 or $6,000 of Federal Reserve notes.

7. The Constitutional question and challenge that the court acts in a private capacity and violate due process under the law and does not allow my common-law jury of my peers to determine who is lying about fractional banking, expanding the money supply and creating new money.

8. Our constitution question and challenge that the members of the London bar Gild and the American bar association which is a subsidiary of the London bar guild. These privately owned Corporation will never let the people make their own decisions. This is nothing more than a feudal system and all courts are nothing more than a court of exchequer for offenses against the king.

9. The Constitutional question and challenge that I required a attorney general to intervene for the sake of public interest and the fact that these revenue agents calling themselves public fiduciaries to stop blocking the people from being in front of a jury of their peers

10. The Constitutional question in challenge in the public interest that county and federal courts are making it a routine habit to intentionally through intimidation and trickery to deny the people a trial by jury of their peers.

11. The federal question and constitutional challenge in the public interest when the law here in America now is strictly in solely attorney hearsay testimony when the plaintiff routinely the competent fact witness never ever appear or shows injury Bar member and the attorney bar member makes orders and gives judgment when there is no man or woman comes before the court with article 3 standing claiming to have an injury in fact that the alleged Defendant caused, this is a violation of article 3 standing, cases in controversy and the overthrow of the Constitution state and federal. Bernie Sanders and Donald Trump said this system is rigged the courts are rigged for profitIf you can't get a jury of your peers in The confident fact witness never shows up with an injury..The people cannot come to the court if they don't hire a private members the federal question and challenge is that I am being forced to stay on the commercial statutory side of the court instead of the common-law side of the court of the Republic

12. The constitutional question and challenge in the public interest that the people are in article 1 courts or any Court With no judicial Authority. When they are collecting Federal reserve notes and strictly and solely in commerce, When the government is in commerce they are private corporations like Walmart and giant eagles.

13. The Constitutional question and challenges are when collecting Federal Reserve notes and not going by the Constitution puts every public official in a private capacity, the trustees are operating in a private capacity when they are taking the people's money. I am in an administrative and commercial tribunal,that is a financial institution under the Federal Reserve where the court has to file a 1099-C along with being a financial institution under Title 31 for definitions of financial institution. When you walk up to the building it says United States Court what

United States are you talking about the bankrupt and dissolved US pursuant to McFadden and James traficant and speech before Congress..

14. The court and a trustee are denied my right to a trial by jury by Statute, act and or code constitutional question and challenge that a statute or code can overthrow the 7th amendment and article 3 cases in controversy

15. I constitutionally question and challenge Flatout perjury by third party debt collectors committing perjury in a federal court and saying they are creditors when is a fact they are not creditors in fractional banking, create new money and expand the money supply when there is a liability owed to the consumer in fractional banking. There is no consummation of a loan see Jesinosky versus countrywide.

16. I constitutionally question and challenge for the public interest and all parties are acting in a private commercial capacity by threatening and trying to dismiss my case because I won't go along with the financial game that I am a debtor of my own credit. I constitutionally question and challenge and require the attorney general to intervene to see how I'm a debtor just without a jury's verdict or they are not allowing me to do a proper proof of claim are these bogus creditors. Everything is strictly based on hearsay from attorneys and no plaintiff swearing by affidavit as held by Chief Justice rehnquist in lujan vs. Defenders of wildlife it was clearly stated that the plaintiff must allege a personal injury, the attorneys are not personally injured, a corporate fiction piece of paper this is not personally injured.

17. I constitutional question and challenge why the attorneys are allowed to put fraud before the court false affidavit flat-out commit perjury when you know about

fractional banking who the Creditor is and isn't and the Uniform Commercial Code along with article 3 standing you know the fraud. The attorneys can come in a federal court file false documents but yet and still I'm under the microscope if I don't follow a rule or procedure the courts and their employees want to dismiss my case but it's business as usual what the false the fake affidavits in federal and County Court. required for the public interest attorney general to stop this nonsense of treating the people like sheeple and allow the people to get their day in court even if they don't live in a gated community and make tons of money based on fraudulent claims.

18. All this is fraud when you're collecting on one side of the balance sheet financial statements when they are liabilities it's on the other side pursuant to General accounting acceptance principal.

19. Remedy sought is that I require due process fairness and my right to be heard in front of my common-law jury of my peers who understand the Bible, Constitution the Magna Carta and The Uniform Commercial Code. Plus the bankruptcy act in the 18 00s it says I have a right to a trial by jury.

Respectfully submitted  08/03/20

Vance Strader

231 Yosemite Dr

Pgh pa 15235, 412-979-4870

I require all parties to email me including the court to email and mail. I'm having mail problems commonlaw4commongood@gmail.com

PGH00026



RECEIVED

AUG 03 2020

CLERK U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLANIA