UNITED STATES BANKRUPTCY COURT OF WESTERN PENNSYLVANIA

FILED

2020 AUG 21 P 1:18

CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

Vance Strader                    20-20346-CBM

Trial by jury demanded 1-103.6ucc

V

Any Alleged Creditor

**Declaration and affidavit to seat a common-law trial by jury to determine whether or not my case be dismissed Pursuant to the 7th Amendment and the Magna Carta**

1. I require and have been demanding for all  final decisions to be determined by common law trial by jury. On my last teleconference hearing was in violation of the 7th Amendment there was no jury present to make the final decision. There were no creditors present to put any evidence owner record. The Bible makes it very clear thou shalt not bear false witness against thy neighbor. Deceiving and making false and misleading statements saying your creditor when you're nothing more than an attorney deceiving for Federal Reserve notes and they are not a creditors if you're an attorneys.

2.  It is my belief that this hearing was very  unjust,racist and very biased by privileged white people, whose goal is strictly to keep privileged white people and their corporations in  control of original people, other people and poor working class whites so they can be subservient to the privilege white people and their Satanic and corrupt corporations, because they Covet other people's labor ,property and  money more than they do Humanity. which is a sin against God.

3. I demand to be before a jury of my peers where all the people swear in and not like the teleconference where no one is swearing, there was no hearing all orders are void.

4. As I stated before I do not want any privileged white people over the age of 40 making any decisions for me or on my behalf I don't want to look at them, I don't want to hear them and I don't want to talk to them because history speaks for itself, if I have a choice. My choice is I require Six Original black people and 6 non-black original people under 40. and I also demand not to deal with any poor uneducated lazy original black people who came from the white liberal Democratic school system that has dumb them down.

5. These are also my objections object to no trial by jury of my peers, I object to no case and controversy before the court and I only hearsay attorney testimony and statements and in their briefs and objective due process when nobody swears to any fact and I was never told what does bogus hearing was all about. There is no notice there is no fairness and he's biased commercial courts that need to be abolished by executive branch and Congress.

6. I object to commercial privateers and pirates taking over the American court system where a man and woman can't get a trial by jury of their peers and cannot be heard there is absolutely no fairness in none of these financial institutions commercial private nisi Prius courts in Pennsylvania

**Wherefore** my remedy sought I required a common-law trial by jury to be seated pursuant to the 7th Amendment because the controversy is more than $20. I acquire a jury of my peers to make the final decision on dismissal , who is the Creditor by definition as opposed to hearsay biased privileged White attorney testimony and what is legal

tender of the United States since everybody else is ducking and dodging these

questions.

Submitted on 8- 21-20

Vance Strader

231 Yosemite Dr

Pgh pa 15235,    412-979-4870

I require all parties to email me including the court to email and mail. I'm having mail

problems commonlaw4commongood@gmail.com

I also put the following government entities on notice of fraud, perjury in federal

court and the overthrow of the US Constitution and the laws of the United States

.Under 18 U.S.C. § 287, the government must establish that the defendant:

1. made or presented a false, fictitious, or fraudulent claim to a department of
   the United States;

2. knew such claim was false, fictitious or fraudulent; and

3. did so with the specific intent to violate the law or with a consciousness that
   what he was doing was wrong.

*United States v. Slocum*, 708 F.2d 587, 596 (11th Cir. 1983)(*citing United States v.
Computer Sciences Corp.*, 511 F. Supp. 1125, 1134 (E.D. Va. 1981), *rev'd on other
grounds*, 689 F.2d 1181 (4th Cir. 1982).Coming to a federal court and saying
you're in a creditor when it's the fact that you're only an attorney you have no
cancel check from your account or nobody else's account that went to closing
Gourmet the loan as a funds transfer this is a false claim and it's fraud and

Criminal. and the courts allowing it and this is why I need to trial by jury for some sort of fairness by my peers

Notice to

Donald Trump's office 1600 Pennsylvania Avenue Northwest Washington DC 20500

Archbishop Nelson J Perez 100 east Wynnewood RD Wynnewood PA 19096

William P Bar justice department of the United States 950 Pennsylvania Avenue Northwest Washington DC 20530

Christopher A Wray 935 Pennsylvania Avenue Washington DC 20535

Mike Doly 306 Cannon HOB Washington, DC 20515

Bob Casey 393 Russell Senate Office Building Washington, D.C. 205103

Pat Toomey 248 Russell Senate Office Building Washington, D.C. 20510

PROVOST MARSHAL GENERAL Maj. Gen. Kevin Vereen, Sgt. Maj. Larry Orvis

1400 Defense Pentagon Washington, DC 20301-1400.

All Pretender lenders, account debtors, security intermediaries and debt collectors

**VERIFICATION**

I Verify and affirm that all my claims are true and I will verify in open court under penalty of perjury.

PGH00034

FILED

2020 AUG 21  P 1:20

CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH