## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **IN RE:** ) | **Bankruptcy No. 20-20346-CMB** |
| ) | |
| **VANCE STRADER,** ) | **Chapter 13** |
| ) | |
| Debtor. ) | **Related to Doc. No. 98** |
| ) | |

## ORDER

**AND NOW,** this 24th day of August, 2020, following the dismissal of the above-captioned case by Order of Court dated August 6, 2020 (Doc. No. 96), Debtor filed what the Court construes as a pro se motion to reconsider the dismissal of the case (hereinafter, "Motion," Doc. No. 98).

Upon review of the Motion, it appears the only basis raised by Debtor in support of his request for reconsideration is a demand for a jury trial on the issue of the dismissal of his bankruptcy case; however, as Debtor is not entitled to a jury trial on that issue,

It is hereby **ORDERED, ADJUDGED, AND DECREED** that the Motion is **DENIED.**

Carlota M. Böhm                              **dmr**
Chief United States Bankruptcy Judge

**MAIL TO:**
Vance Strader
231 Yosemite Drive
Pittsburgh, PA 15235

FILED
8/25/20 6:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 20-20346-CMB
Vance Strader                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 1              Date Rcvd: Aug 25, 2020
                              Form ID: pdf900         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2020.
db             +Vance Strader,   231 Yosemite Dr.,   Pittsburgh, PA 15235-2045

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2020 at the address(es) listed below:
          Bradley Joseph Osborne    on behalf of Creditor    U.S. Bank National Association, as indenture
           trustee, for the holders of the CIM Trust 2017-4, Mortgage-Backed Notes, Series 2017-4 c/o
           Select Portfolio Servicing, Inc. bosborne@hoflawgroup.com,  pfranz@hoflawgroup.com
          Charles Griffin Wohlrab    on behalf of Creditor    U.S. Bank National Association
           cwohlrab@rascrane.com
          Christopher A. DeNardo    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et
           al... pabk@logs.com
          Danielle  Boyle-Ebersole    on behalf of Creditor    U.S. Bank National Association, as indenture
           trustee, for the holders of the CIM Trust 2017-4, Mortgage-Backed Notes, Series 2017-4 c/o
           Select Portfolio Servicing, Inc. debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
          James  Warmbrodt    on behalf of Creditor    PNC Mortgage, A Division Of Pnc Bank, National
           Association bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jennifer L. Cerce    on behalf of Creditor    Wilkinsburg School District and Borough of
           Wilkinsburg jlc@mbm-law.net
          Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn
           Hills jlc@mbm-law.net
          Jerome B. Blank    on behalf of Creditor    Deutsche Bank National Trust Company, et.al.
           pawb@fedphe.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Kristen D. Little    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al...
           pabk@logs.com,  klittle@logs.com
          Mario J. Hanyon    on behalf of Creditor    HSBC Bank USA, National Association, et.al.
           pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Sindi  Mncina    on behalf of Creditor    U.S. Bank National Association smncina@rascrane.com
          Thomas  Song    on behalf of Creditor    HSBC Bank USA, National Association, et.al. pawb@fedphe.com
          Thomas  Song    on behalf of Creditor    Deutsche Bank National Trust Company, et.al.
           pawb@fedphe.com
                                                                       TOTAL: 19