UNITED STATES BANKRUPTCY COURT OF WESTERN PENNSYLVANIA

Vance Strader                                    20-20346-CBM

Trial by jury demanded 1-103.6ucc

V

Any Alleged Creditor

**Declaration and affidavit for Objection and notice for refusal and the Denying me aTrial by jury**

1. Objection and response to entry 99 on 8th 21 of 2020  I didn't ask for reconsideration this is my notice and affidavit and declaration for reconsideration of the unlawful proceeding on 8 5 2020 when no creditor appeared and put fasts or any testimony for the court to consider. There was no court on that date and the only man that showed up was me which was an ex parte proceeding so how do I lose my case and it gets dismissed.

2. This is all fraud on the court. I didn't ask for a reconsideration but somebody put reconsideration and or was instructed to do so in the docket. I think the FBI needs to be notified along with the justice department.

3. It is my belief that this is nothing more than being barred and not allowed access to the court and putting false information in the federal docket .

4. I asked for the court pursuant to the 7th Amendment to seat a common-law trial by jury to make the final verdict on what type of specie is owed for this alleged obligations, to make the determination by definition under the Uniform Commercial Code what is a creditor ,what is a promissory note and

if attorney debt collectors and others who bought my financial asset that was not performing for pennies on the dollar can come to court after the fact and lie and said they have a promissory note to pay under restatement of the law under contract second series.

5. The court cannot deny, ignore or dismiss a trial by jury when I requested it.

6. If you cannot get a trial by jury in America today because of the attorneys and the Judiciary, the Judiciary need to be abolished and re-established by the people of America. In the Pennsylvania Constitution I have a right to abolish any law I don't like for my case being dismissed, without being before my common law Court of record trial by jury.

7. Remedy Sought is for the court to vacate its unlawful order and allow my common law trial by jury Court of record to be seated and to render a verdict. It is a fact that a common-law jury is independent of the Magistrate and there is no hearsay attorney testimony and garbage lying deceitful prima facie evidence at common law.

Submitted on 8- 27-20

Vance Strader

231 Yosemite Dr

Pgh pa 15235,    412-979-4870

I require all parties to email me including the court to email and mail. I'm having mail problems  commonlaw4commongood@gmail.com

I also put the following government entities on notice of fraud, perjury in federal court and the overthrow of the US Constitution and the laws of the United States

Notice This is also a notice for Congressional inquiry to For allowing perjury my attorneys not allowing me to trial by jury in the court accept an attorney testimony as facts and their statements and briefs.

Donald Trump's office 1600 Pennsylvania Avenue Northwest Washington DC 20500

Archbishop Nelson J Perez 100 east Wynnewood RD Wynnewood PA 19096

William P Bar justice department of the United States 950 Pennsylvania Avenue Northwest Washington DC 20530

Christopher A Wray 935 Pennsylvania Avenue Washington DC 20535

Mike Doly 306 Cannon HOB Washington, DC 20515

Bob Casey 393 Russell Senate Office Building Washington, D.C. 205103

Pat Toomey 248 Russell Senate Office Building Washington, D.C. 20510

PROVOST MARSHAL GENERAL Maj. Gen. Kevin Vereen, Sgt. Maj. Larry Orvis 1400 Defense Pentagon Washington, DC 20301-1400.

All Pretender lenders, account debtors, security intermediaries and debt collectors

**VERIFICATION**

I Verify and affirm that all my claims are true and I will verify in open court under penalty of perjury.