UNITED STATES BANKRUPTCY COURT OF WESTERN PENNSYLVANIA

Vance Strader                    20-20346-CBM

Trial by jury demanded 1-103.6ucc

V

Any Alleged Creditor

[FILED stamp: 2020 AUG 28 P 4: 18 CLERK U.S. BANKRUPTCY COURT PITTSBURGH]

**Declaration and affidavit for demand for reconsideration**

Statement of facts

1. This is the first demand for reconsideration from the unlawful hearing on August 5th 2020 I didn't ask for a reconsideration, and I'm sure all these privileged educated individuals in this privately owned Corporation Called the bankruptcy court of Western Pennsylvania know it. I know all you educated individuals can read and or should be able to comprehend what you read. I asked for a trial by jury not a motion for reconsideration. So this is an unimpeachable fact on the record that I have been denied a trial by jury on all final decisions as I have requested.

**Constitutional challenge**

2. I put in a constitutional challenge see the exhibit of my certified return mail from the Attorney General's office. the law requires but this privately owned Corporation Called the bankruptcy court of Western Pennsylvania is supposed to certify that the bankruptcy code and or statute has been questioned, there was not to be any proceedings on August 5th 2020 until the Attorney General William P Barr intervene that ia statute ruler code has

been questioned in the interest of the public about these chords denying 350 million Americans access to the courts, without one of their bar members in the fact that that the American people are being denied their constitutional right to a trial by jury, this is a common practice in Pennsylvania in all the fake states and the defunct federal courts of the United States.

3. The United States is defunct and only exist in name only as said by Congress by McFadden's speech in 1932 and James Traficanta in 1993.Take judicial notice of this unimpeachable fact that this commercial Privately owned court is a legislative and a non Judicial Court of the United States Congress, all members of Congress are debtors in possession in chapter 11 for the international bankers.

4. The United States is dissolved and defunct, everybody is acting in their private capacity and definitely not in a judicial capacity. Everything in the United States is by contract and I do not wish to contract with anybody's Privately owned Commercial venue on hearsay attorney testimony with no competent fact witness who has an injury in fact to cross-examine, or with causation from me. This is a constitutional violation of impairing my obligation to contract.

5. It doesn't matter if the country is dissolved and bankrupt all So called public officials give their word they would go by the document called the Constitution. Just as one gives you their word in front of God to keep your marriage vows.

6. With all the statements listed above it is very deceptive false and misleading for the court all its employees along with their bar card dues paying members to say it's even a court, that attorneys are creditors , to imply that

lawful constitutional money is owed, Attorney statement are fact, that there is not a liability of pursuant to General accounting acceptance principles, better known as the matching principle, in that a disallowance in the bankruptcy code 501 and 502 is a state issue for disallowing of claims. along with a plan must be paid immediately, when the code says 30 days after the date of filing. I object to being deceived by CMB and the attorneys. When it is an unimpeachable fact pursuant to the code of professional conduct that attorneys can't flat out lie and or testify.

7. With all this deception and dishonesty makes it a fact that chief justice Warren Burger has publicly stated that most attorneys are incompetent and dishonest. President Donald Trump and Bernie Sanders said the system is rigged and I agree with them that the system is rigged along with all the attorneys and all the courts when it comes to Federal Reserve notes. I have experienced all this fraud and deception along with the court and the attorneys bearing false witness against thy neighbor to receive Federal Reserve notes over righteousness and Humanity. To worshipping Federal Reserve notes by putting the notes before God. I object to all the paragraphs listed above.

8. Pursuant to rule 5.1 specifically says the court must certify that a statute has been questioned and or constitutionally challenged for the Attorney General to intervene for the interest of the people.
**Remedy sought** is to vacate your unconstitutional order and wait for the Attorney General to intervene after you certify that an act of Congress has been questioned by my certified mail and my pleading, motion and or notice. I demand reconsideration based on the fact that I asked for a trial by jury

where the jury makes all the decisions and the jury is independent of the Magistrate see Black's Law 4th edition on what a common law court of record is. I object to all paragraphs because I was being deceived and was told false and misleading information by CMB and the debt collection attorneys.

**Lies deception false misleading statements and perjury by Attorneys in this Federal Tribunal**

9. Like Attorney statements are fact, attorneys are creditors, that there is not a liability owed to the consumer pursuant to General accounting acceptance principles, better known as the matching principle. The court said on August 5th 2020 that disallowance in the bankruptcy code 501 and 502 is a state issue for disallowing a fraudulent proof claim. The court said on this very same date that the court was not interested in hearing fraudulent proof of claims from the attorneys who filed under Penalty of perjury and said that they are creditors, without showing any funds transfer from their clients account to closing. It is an unimpeachable fact that there is no money pursuant to title 12 USC 411, along with a plan that must be paid immediately. That is what the court said on August 5 2020, when the code says 30 days after the date of filing.

10. I object to the court making these false and misleading statements along with the attorneys. The court is being biased and accepting attorney statements in their claims and in their briefs without any proof of a retainer or any sworn affidavits by their fictitious plaintiff who has no injury in fact, this is a violation of 28 USC 454 and 455. The court needs to recuse itself and allow a common law jury to make these determinations with a verdict. This is also

a violation of judicial Canon speaks of family members residing over cases with family members of the judge. The judge and attorneys are union Brothers and sisters that pays dues to the ABA which is a subsidiary of the London bar Guild along with the Inns of court. They are also agents of the state supreme court, because that is where they get their union card from that they payed Federal Reserve notes with. This action to receiving and taking Federal Reserve notes makes and puts all entities in Commerce under the Commerce Clause and makes them totally private, see the Clearfield Doctrine. This is a violation of due process when dealing with equity fairness and a right to be heard.

11. The court refused to let me speak and allow me my right to be heard because the Court kept interrupting me for its Union Brothers and sisters that were given unsworn Statements and testimony , so there are no facts on the record from the attorneys that made statements about your fraudulent proof of claims at the hearing on August 5th 2020.There are no facts for CMB to consider.

12. The proof of claim document says it is a felony and a crime to file a false proof of claim but the bias Bankruptcy Court said on the record that it is not interested in hearing about the attorneys False proof of claim Pursuant to Title 18 false claims.

**Title 18 false claims**

13. The court is allowing their brothers and sister bar Card members to file false and fraudulent proof of claims on ignorant and unsuspecting Americans and the court knows it and or should know it. Under 18 U.S.C. § 287, the government must establish that the defendant: 1 made or presented a false,

fictitious, or fraudulent claim to a department of the United States;2 knew such claim was false, fictitious or fraudulent; and 3 did so with the specific intent to violate the law or with a consciousness that what he was doing was wrong.*United States v. Slocum*, 708 F.2d 587, 596 (11th Cir. 1983)(*citing United States v. Computer Sciences Corp.*, 511 F. Supp. 1125, 1134 (E.D. Va. 1981), *rev'd on other grounds*, 689 F.2d 1181 (4th Cir. 1982).Coming to a federal court and saying you're in a creditor when it's the fact that you're only an attorney you have no cancel check from your account or nobody else's account that went to closing to fund the alleged the loan as a funds transfer this is a false claim and it's fraud and Criminal. and the courts allowing it and this is why I need to trial by jury for some sort of fairness by my peers

14. Remedy Sought For this unlawful proceeding and it's unlawful ordered to be vacated for the false claims put into the court by the attorneys and to allow the Attorney General to intervene along with the court certifying that a constitutional challenge and that a statute has been challenged for fraud by the officers of the Courts, a lack of evidence when there is no prima facie evidence at common law and that the prima facie evidence has been rebutted. I require for a jury to be seated with six blacks in six non-black under the age of 40. I don't want nobody who's White over 60 making no decisions about anything that I do, along with this privately owned commercial venue to certify in the interest of the public that this congressional act the bankruptcy code has been in question.

**Involuntary servitude pursuant to the 13th Amendment**

15. It is an unimpeachable fact that consumers are being tricked to committing perjury and saying that they're a debtor, when it's a fact in fractional banking and in general accounting acceptance principle the depositor of a promissory note which is equivalent to cash as defined in 12 USC 1813 L1 and a liability is owed to that consumer as defined in 12 USC 18 31 n c. The depositor is not the debtor; the financial institution is an account debtor that owes a liability as defined in the two statues I quoted in this paragraph 15.

16. The courts and the attorney know this and or should know it there is a set off that's in the schedules and this is nothing more than involuntary servitude when your liability that is not given back to you and it's not credited to your account or set off the alleged amount owed. All CPAs know this, the Federal Reserve says it, their attorney and accountant Walker Todd has said it publicly and all CFO's know this. These attorneys along with the courts are stealing people's labor with fake promises to pay and fraudulent proof of claims by attorneys.

17. Loan modification and reconstruction of debt is Involuntary servitude and a fraud when you are refused your set off and forced to labor for a satisfied obligation . When it's an unimpeachable fact that after three years a financial institution can file a 1099 a, saying you abandon your deposit, your property and they keep your liability. They take your payments, take your liability, steal your labor and take your house and or car when the promissory note is proof of payment when it is treated as an order when taken to the Federal Reserve discount window pursuant to UCC 3 - 104.

18. It is a fact under article 3 of The Uniform Commercial Code in the subject matter it says that this article does not apply to payment orders cash or

securities. These promissory notes Are treated as cash when they go to the Federal Reserve window and the receivables from that deposit is securitized which puts the deposit under article 8.

19. There is no breach of contract by the consumer pursuant to restatement of the law second series under contract. The breach is from the account debtor who owes the consumer a liability.

20. Remedy Sought is to Vacate your order that is not a verdict for my jury and to stop forcing me into involuntary servitude to pay for my own Deposits, credit and my own property ,to allow due process with a jury of my peers to hear how we are owed a liability on all their debts and all money in a fractional banking system come from the Consumer's deposit In which they are entitled back.these are all my objections for this paragraph and its topic what time required the court to rebut each topic and paragraph.

**Trial by jury**

21. response to entry 99 on 8th 21 of 2020   I didn't ask for reconsideration this is my notice and affidavit and declaration for reconsideration of the unlawful proceeding on 8 5 2020 when no creditor appeared to put any testimony on the court to consider. There was no court on that date and the only man that showed up was me. This was an ex parte proceeding so how do I lose and my case gets dismissed.

22. This is all fraud on the court. I didn't ask for a reconsideration but somebody put reconsideration and or was instructed to do so in the docket and I think the FBI needs to be notified along with the justice department.

23. It is my belief that this is nothing more than Being allowed access to the court and putting false information in the federal docket . I asked for the

court pursuant to the 7th Amendment to seat a common-law trial by jury to make the final verdict on what type of specie is owed for this alleged obligations, to make the determination by definition under the Uniform Commercial Code what is a creditor ,what is a promissory note and if attorney debt collectors and others who bought my financial asset that was not performing for pennies on the dollar can come to court after the fact and lie and said they have a promissory note to pay under restatement of the law under contract second series.

24. The court cannot deny, ignore or dismiss a trial by jury when I requested it.

25. If you cannot get a trial by jury in America today because of the attorneys and the Judiciary the Judiciary needs to be abolished and re-established by the people of America. In the Pennsylvania Constitution I have a right to abolish any law I don't like and my case being dismissed I want to before my common law Court of record trial by jury.

26. Remedy Sought is for the court to vacate its unlawful order and allow my common law trial by jury Court of record to be seated and to render a verdict. It is a fact that a common-law jury is independent of the Magistrate and there is no hearsay attorney testimony and garbage lying and deceitful prima facie evidence at common law.

**lack of payment**

27. The bankruptcy code says payment is in the legal tender of the United States when the petition is filed. That is my question: what is legal tender? I know for a fact it is not just Federal Reserve notes from the privately owned Federal Reserve Bank which are also known as the obligations of the United States has held in Memphis Bank versus Garner Supreme Court case.

28. The country is under the Uniform Commercial Code which is commercial instrument laws. I asked the court what commercial instrument would satisfy these obligations since CMB refuses to set off, close and settle these alleged obligations as required in Canon 2056 and 2057.
29. These attorney debt collectors are coming in under fraud as a qualified heir on my estate what fake and fraudulent paperwork saying there is a contract to pay under restatement of the law second series. When it's a fact and an unimpeachable one that this is a matter of dealing with my trust and it's not a civil matter.
30. The facts are for my jury to determine that the code allows me to cure any defect and the jury has the ability to nullify the code and the law based on the fact that I put before my court of record.
31. Remedy Sought is for the court to tell me what type of species and or legal tender of the United States that is required to satisfy the alleged obligations.

**Archbishop**

32. CMB refuses to set off, close and settle these alleged obligations as required in Canon 2056 and 2057. I'm waiting for the Archbishop to respond back to me for this violation of the following canons, the Bible and the Ten Commandments.

**Void order**

33. The order dismissing my case back judge is a void order because it does not have the signature of the judge and the clerk but the clerk's Signature and raised seal on it.

34. Remedy Sought is to vacate the void order that does not have the judge's signature and the clerk's raised seal on it along with the clerk signature.

35. **Verification of debt from the Consumer Financial Protection Bureau**

36. Pursuant to verification of the fdcpa and the Consumer Financial Protection Bureau and the Hernandez case and a Pressler & Pressler case.

37. There is no exception two verification when it comes to these alleged debts said by the Consumer Financial Protection Bureau and the Federal Trade Commission. I disputed the debt but all these alleged creditors and Pretender lenders and none of them have verified the alleged debt from the original creditor which is me, all debts come from deposit of debt instruments as said by Paul Warburg. he said if there were no debts no new money would be created and this is how our monetary system works. This is what he said before Congress.

38. In the Hernandez case the Consumer Financial Protection Bureau said all attorney debt collectors must verify all alleged debts. In the Pressler & Pressler case the Consumer Financial Protection Bureau says that all debt collectors must provide account level documents. They said account not loan. I required account level documents that means both sides of the Ledger and or financial statements dealing with payables and receivable liabilities and assets which the court will not allow. These attorney debt collectors will not provide this is a violation. This will expose the fraud and the involuntary servitude that the people are forced into working to pay their own credit off.

39. Remedy Sought Is for this commercial court that is privately owned to vacate their unlawful order and allow my trial by jury to judge the facts on if I'm owed a liability, if these attorney debt collectors must verify these alleged fake bogus debts and if my case should be dismissed because I didn't pay Federal Reserve notes on fraudulent and perjury proof of claim from attorney debt collectors in this federal court.

**Title 11 United States code 101 definitions**

40. **(5)** The term "claim" means—

    **(A)** right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or

    **(B)** right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

41. There is no claim when I have a liability from fractional banking from my deposit of my promissory note/ order into a financial institution see definition of promissory note an article 9 of the Uniform Commercial Code along with article 4a are the Uniform Commercial Code it is a fraud for these attorneys to come in the court and said they have a promise to pay as a contract as defined in restatement of the law second series contracts. I know it's a fraud and so does a court.

42. **(6)** The term "commodity broker" means futures commission merchant, foreign futures commission merchant, clearing organization, leverage transaction merchant, or commodity options dealer, as defined in section 761

of this title, with respect to which there is a customer, as defined in section 761 of this title.

43. Attorneys debt collectors the court and these corporations of these securitize trust for pooling and services agreement are commodity brokers and security intermediaries and they are not creditors and not a holder in due course as defined in article 3 of The Uniform Commercial Code 3-302.There is no consideration from a deposit into a financial institution and I have a defense if there is no consideration along with rescission and set off see 3 - 303 of the Uniform Commercial Code.

44. Pursuant to section 502 of the code claims are unenforceable for lack of consideration it says any law , such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law for a reason other than because such claim is contingent or unmatured.

45. (10)The term "creditor" means—

(A)entity that has a claim against the debtor that arose at the time of or before the order for relief concerning the debtor;There is no creditor from a deposit amount credit and lack of consideration of funds transfer from their account to closing .

46. (12)The term "debt" means liability on a claim.None of the attorneys debt collectors can bring a claim for these so-called securitized Trust or any of these corporations making these false proof of claims none have a claim without proof of consideration. The only consideration given is my deposit which makes these individuals with these false claims  they are an account debtor who owes me as a creditor for my deposit these Pretender lenders

owe me a liability and payables pursuant to General accounting acceptance principal and fractional banking.

47. I have proven without a doubt that these attorneys are committing perjury and not following the rules along with the court by definition none of these attorneys who filed a false proof of claim is a creditor and or a holder in due course.

48. Remedies sought is For the privately owned Commercial Court call the United States Bankruptcy Court to vacate their void order that does not have the signature and seal of the clerk along with the judge's signature these stamped copies are void and not real orders as defined in title 28 dealing with orders.

Submitted on 8- 27-20
Vance Strader
231 Yosemite Dr
Pgh pa 15235,   412-979-4870

I require all parties to email me including the court to email and mail. I'm having mail problems  commonlaw4commongood@gmail.com

I also put the following government entities on notice of fraud, perjury in federal court and the overthrow of the US Constitution and the laws of the United States

Notice This is also a notice for Congressional inquiry to For allowing perjury my attorneys not allowing me to trial by jury in the court accept an attorney testimony as facts and their statements and briefs.

Donald Trump's office 1600 Pennsylvania Avenue Northwest Washington DC 20500

Archbishop Nelson J Perez 100 east Wynnewood RD Wynnewood PA 19096

William P Bar justice department of the United States 950 Pennsylvania Avenue Northwest Washington DC 20530

Christopher A Wray 935 Pennsylvania Avenue Washington DC 20535

Mike Doly 306 Cannon HOB Washington, DC 20515

Bob Casey 393 Russell Senate Office Building Washington, D.C. 205103

Pat Toomey 248 Russell Senate Office Building Washington, D.C. 20510

PROVOST MARSHAL GENERAL Maj. Gen. Kevin Vereen, Sgt. Maj. Larry Orvis 1400 Defense Pentagon Washington, DC 20301-1400.

All Pretender lenders, account debtors, security intermediaries and debt collectors

**VERIFICATION**

I Verify and affirm that all my claims are true and I will verify in open court under penalty of perjury.