IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 20-20346-CMB |
| VANCE STRADER, | ) | Chapter 13 |
| Debtor. | ) | Related to Doc. Nos. 101 and 102 |

## ORDER

**AND NOW,** this 1st day of September, 2020, this Court finds as follows:

1. The above-captioned case was dismissed by Order of Court dated August 6, 2020 (Doc. No. 96).

2. On August 21, 2020, Debtor filed his *Declaration and affidavit to seat a common-law trial by jury to determine whether or not my case be dismissed Pursuant to the 7th Amendment and the Magna Carta* (Doc. No. 98). To the extent the filing sought reconsideration of the Order dismissing the case and a jury trial on the issue of dismissal, the request was denied by Order dated August 24, 2020 (Doc. No. 99).

3. Thereafter, on August 28, 2020, Debtor has filed the following: *Declaration and affidavit for Objection and notice for refusal and the Denying me a Trial by jury* (Doc. No. 101) and *Declaration and affidavit for demand for reconsideration* (Doc. No. 102).

4. To the extent the most recent filings request that the Court vacate the Order dismissing the case, reconsider the dismissal, and/or provide for a jury trial on the issue of dismissal, there is no basis to grant these requests. Further, no appeal of the Order dismissing the case was filed, and reconsideration of the Order has been denied.

Therefore, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the relief sought in the filings at Doc. Nos. 101 and 102 is **DENIED.**

It is **FURTHER ORDERED** that filings seeking the same relief will be summarily denied for the reasons set forth in this Order.

Carlota M. Böhm    **dmr**
Chief United States Bankruptcy Judge

FILED
9/1/20 3:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**MAIL TO:**
Vance Strader
231 Yosemite Drive
Pittsburgh, PA 15235

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Vance Strader
    Debtor

Case No. 20-20346-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: dric                Page 1 of 1            Date Rcvd: Sep 01, 2020
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2020.
db             +Vance Strader,    231 Yosemite Dr.,    Pittsburgh, PA 15235-2045

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2020 at the address(es) listed below:
        Bradley Joseph Osborne    on behalf of Creditor    U.S. Bank National Association, as indenture
         trustee, for the holders of the CIM Trust 2017-4, Mortgage-Backed Notes, Series 2017-4 c/o
         Select Portfolio Servicing, Inc. bosborne@hoflawgroup.com,    pfranz@hoflawgroup.com
        Charles Griffin Wohlrab    on behalf of Creditor    U.S. Bank National Association
         cwohlrab@rascrane.com
        Christopher A. DeNardo    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et
         al... pabk@logs.com
        Danielle Boyle-Ebersole    on behalf of Creditor    U.S. Bank National Association, as indenture
         trustee, for the holders of the CIM Trust 2017-4, Mortgage-Backed Notes, Series 2017-4 c/o
         Select Portfolio Servicing, Inc. debersole@hoflawgroup.com,    pfranz@hoflawgroup.com
        James Warmbrodt    on behalf of Creditor    PNC Mortgage, A Division Of Pnc Bank, National
         Association bkgroup@kmllawgroup.com
        Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
         cnoroski@grblaw.com
        Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
         cnoroski@grblaw.com
        Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
         cnoroski@grblaw.com
        Jennifer L. Cerce    on behalf of Creditor    Wilkinsburg School District and Borough of
         Wilkinsburg jlc@mbm-law.net
        Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn
         Hills jlc@mbm-law.net
        Jerome B. Blank    on behalf of Creditor    Deutsche Bank National Trust Company, et.al.
         pawb@fedphe.com
        Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
         jbluemle@bernsteinlaw.com
        Kristen D. Little    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al...
         pabk@logs.com,    klittle@logs.com
        Mario J. Hanyon    on behalf of Creditor    HSBC Bank USA, National Association, et.al.
         pawb@fedphe.com
        Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Sindi Mncina    on behalf of Creditor    U.S. Bank National Association smncina@rascrane.com
        Thomas Song    on behalf of Creditor    HSBC Bank USA, National Association, et.al. pawb@fedphe.com
        Thomas Song    on behalf of Creditor    Deutsche Bank National Trust Company, et.al.
         pawb@fedphe.com
                                                                                                     TOTAL: 19